B1 (Official Form 1)(4/10)

| **United States Bankruptcy Court**<br>**Central District of California** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Townsend Corporation** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA Land Rover Jaguar Anaheim Hills** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**33-0829872** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |

| Street Address of Debtor (No. and Street, City, and State):<br>**5425 E. La Palma Avenue**<br>**Anaheim, CA** | Street Address of Joint Debtor (No. and Street, City, and State): |
|---|---|
| ZIP Code **92807** | ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Orange** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| ZIP Code | ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13    ☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts,<br>defined in 11 U.S.C. § 101(8) as<br>"incurred by an individual primarily for<br>a personal, family, or household purpose."    ■ Debts are primarily<br>business debts. |

| **Filing Fee** (Check one box) | Check one box: | **Chapter 11 Debtors** |
|---|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). | |

| **Statistical/Administrative Information** | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

**Estimated Number of Creditors**

| ☐<br>1-<br>49 | ☐<br>50-<br>99 | ■<br>100-<br>199 | ☐<br>200-<br>999 | ☐<br>1,000-<br>5,000 | ☐<br>5,001-<br>10,000 | ☐<br>10,001-<br>25,000 | ☐<br>25,001-<br>50,000 | ☐<br>50,001-<br>100,000 | ☐<br>OVER<br>100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**

| ☐<br>$0 to<br>$50,000 | ☐<br>$50,001 to<br>$100,000 | ☐<br>$100,001 to<br>$500,000 | ☐<br>$500,001<br>to $1<br>million | ☐<br>$1,000,001<br>to $10<br>million | ■<br>$10,000,001<br>to $50<br>million | ☐<br>$50,000,001<br>to $100<br>million | ☐<br>$100,000,001<br>to $500<br>million | ☐<br>$500,000,001<br>to $1 billion | ☐<br>More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**

| ☐<br>$0 to<br>$50,000 | ☐<br>$50,001 to<br>$100,000 | ☐<br>$100,001 to<br>$500,000 | ☐<br>$500,001<br>to $1<br>million | ☐<br>$1,000,001<br>to $10<br>million | ■<br>$10,000,001<br>to $50<br>million | ☐<br>$50,000,001<br>to $100<br>million | ☐<br>$100,000,001<br>to $500<br>million | ☐<br>$500,000,001<br>to $1 billion | ☐<br>More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(4/10)                                                                                          Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Townsend Corporation** |

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

<table>
<tr>
<td><strong>Exhibit A</strong><br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition.</td>
<td><strong>Exhibit B</strong><br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)          (Date)</td>
</tr>
</table>

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**

(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**

(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)                                                                                                      Page 3

| **Voluntary Petition** | Name of Debtor(s): **Townsend Corporation** |
|---|---|
| *(This page must be completed and filed in every case)* | |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
　Signature of Debtor

X _____
　Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
　Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Attorney\***

X **/s/ Martin J. Brill**
_____
Signature of Attorney for Debtor(s)

**Martin J. Brill 53220**
_____
Printed Name of Attorney for Debtor(s)

**Levene, Neale, Bender, Yoo & Brill LLP**
_____
Firm Name

**10250 Constellation Blvd.**
**Suite 1700**
**Los Angeles, CA 90067**
_____
Address

**(310) 229-1234**
_____
Telephone Number

**September  9, 2011          53220**
_____
Date

\*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Ernest W. Townsend IV**
_____
Signature of Authorized Individual

**Ernest W. Townsend IV**
_____
Printed Name of Authorized Individual

**President**
_____
Title of Authorized Individual

**September  9, 2011**
_____
Date

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

## United States Bankruptcy Court
### Central District of California

In re   **Townsend Corporation**                                      Case No.

                                              Debtor(s)          Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **Land Rover North America**<br>**555 MacArthur Blvd.**<br>**Mahwah, NJ 07430** | **Michael Morgan**<br>**Land Rover North America**<br>**555 MacArthur Blvd.**<br>**Mahwah, NJ 07430**<br>**201-818-8500** | Chargeback | **Disputed** | 1,972,672.00 |
| **Land Rover North America-**<br>**Parts**<br>**PO BOX 674266**<br>**Detroit, MI 48267** | Dealer 266<br>**Land Rover North America- Parts**<br>PO BOX 674266<br>Detroit, MI 48267<br>201-818-8094 | | **Disputed** | 749,639.63 |
| **Enterprise Rent a Car (AH)**<br>**22921 SAVI RANCH PKWY**<br>**Yorba Linda, CA 92887** | **Enterprise Rent a Car (AH)**<br>**22921 SAVI RANCH PKWY**<br>**Yorba Linda, CA 92887**<br>**714-841-5779** | | | 82,575.36 |
| **Unipart North**<br>**America(Jaguar Parts)**<br>**PO BOX 651570**<br>**Charlotte, NC 28265** | Dealer 5464<br>**Unipart North America-Jaguar Parts**<br>PO BOX 651570<br>Charlotte, NC 28265<br>888-524-3577 | | | 54,296.24 |
| **American Express**<br>**PO BOX 360001**<br>**Ft. Lauderdale, FL 33336** | **Customer Service**<br>**American Express**<br>PO BOX 360001<br>Ft. Lauderdale, FL 33336<br>800-528-2122 | | | 37,911.34 |
| **Sentry Insurance Company**<br>**Box 88315**<br>**Milwaukee, WI 53288** | Dane Taylor<br>**Sentry Insurance Company**<br>Box 88315<br>Milwaukee, WI 53288<br>800-447-0633 | | | 36,815.32 |
| **Blue Shield California**<br>**File 55331**<br>**Los Angeles, CA 90074** | **Blue Shield California**<br>**File 55331**<br>Los Angeles, CA 90074<br>916-350-3297 | | | 26,943.35 |
| **Land Rover North America -**<br>**Rotunda**<br>**555 MacArthur Blvd.**<br>**Mahwah, NJ 07430** | Land Rover North America - Rotunda<br>555 MacArthur Blvd.<br>Mahwah, NJ 07430 | | **Disputed** | 21,087.25 |

B4 (Official Form 4) (12/07) - Cont.

In re   **Townsend Corporation**                                                    Case No. _____

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **Thomas McNerney**<br>1314 Anacapa<br>Irvine, CA 92602 | **Thomas McNerney**<br>1314 Anacapa<br>Irvine, CA 92602 | To be paid pursuant to emergency motion to pay pre-petition wages | | 9,600.00 |
| **Jerry DeSouza**<br>3288 Stargate Dr.<br>Corona, CA 92882 | **Jerry DeSouza**<br>3288 Stargate Dr.<br>Corona, CA 92882 | To be paid pursuant to emergency motion to pay pre-petition wages | | 7,700.00 |
| **Shell**<br>PO BOX 689010<br>Des Moines, IA 50368 | **Shell**<br>PO BOX 689010<br>Des Moines, IA 50368<br>888-376-9575 | | | 6,486.50 |
| **Autotrader.com LLC**<br>P.O. Box 932207<br>Atlanta, GA 31193 | **Autotrader.com LLC**<br>P.O. Box 932207<br>Atlanta, GA 31193<br>800-353-9350 | | | 6,450.00 |
| **City of Anaheim**<br>201 South Anaheim Blvd.<br>Anaheim, CA 92805 | **City of Anaheim**<br>201 South Anaheim Blvd.<br>Anaheim, CA 92805<br>714-765-3300 | | | 6,034.43 |
| **The Siegmann Family Trust**<br>1780 E MC FADDEN STREET #117<br>Santa Ana, CA 92705 | **The Siegmann Family Trust**<br>1780 E MC FADDEN STREET #117<br>Santa Ana, CA 92705 | | | 5,639.50 |
| **Jay Allen**<br>28935 Boleada<br>Mission Viejo, CA 92692 | **Jay Allen**<br>28935 Boleada<br>Mission Viejo, CA 92692 | To be paid pursuant to emergency motion to pay pre-petition wages | | 5,078.26 |
| **LBA/Met Partners**<br>PO BOX 749019<br>Los Angeles, CA 90074 | **LBA/Met Partners**<br>PO BOX 749019<br>Los Angeles, CA 90074 | | | 4,800.00 |
| **On-Line Administrators Inc.**<br>PO Box 4539<br>Chatsworth, CA 91311 | **On-Line Administrators Inc.**<br>PO Box 4539<br>Chatsworth, CA 91311<br>818-773-8000 | | | 4,626.61 |
| **Christopher Williams**<br>110 N. Limo St., Unit C<br>Sierra Madre, CA 91024 | **Christopher Williams**<br>110 N. Limo St., Unit C<br>Sierra Madre, CA 91024 | To be paid pursuant to emergency motion to pay pre-petition wages | | 4,319.72 |
| **SKS, Inc.**<br>PO BOX 469110<br>Escondido, CA 92046 | **SKS, Inc.**<br>PO BOX 469110<br>Escondido, CA 92046<br>714-533-1379 | | | 3,966.77 |

B4 (Official Form 4) (12/07) - Cont.

In re **Townsend Corporation**                                                    Case No. _____

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) | (2) | (3) | (4) | (5) |
|-----|-----|-----|-----|-----|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **Sandy Holguin**<br>**836 Bridgewood St.**<br>**Corona, CA 92881** | **Sandy Holguin**<br>**836 Bridgewood St.**<br>**Corona, CA 92881** | **To be paid pursuant to emergency motion to pay pre-petition wages** | | **3,500.00** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **September 9, 2011**          Signature **/s/ Ernest W. Townsend IV**
                                              **Ernest W. Townsend IV**
                                              **President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Verification of Creditor Mailing List - (Rev. 10/05)                                   2005 USBC, Central District of California

# MASTER MAILING LIST
## Verification Pursuant to Local Bankruptcy Rule 1007-2(d)

Name        **Martin J. Brill 53220**

Address     **10250 Constellation Blvd. Suite 1700 Los Angeles, CA 90067**

Telephone   **(310) 229-1234**

■ Attorney for Debtor(s)
□ Debtor in Pro Per

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| List all names including trade names used by Debtor(s) within last 8 years:<br>**Townsend Corporation<br>DBA Land Rover Jaguar Anaheim Hills** | Case No.: |
| | Chapter:      **11** |
| | |

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of **23** sheet(s) is complete, correct, and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date:   **September 9, 2011**           **/s/ Ernest W. Townsend IV**

                                        **Ernest W. Townsend IV/President**
                                        Signer/Title

Date:   **September 9, 2011**           **/s/ Martin J. Brill**

                                        Signature of Attorney
                                        **Martin J. Brill 53220**
                                        **Levene, Neale, Bender, Yoo & Brill LLP**
                                        **10250 Constellation Blvd.**
                                        **Suite 1700**
                                        **Los Angeles, CA 90067**
                                        **(310) 229-1234**

Townsend Corporation
5425 E. La Palma Avenue
Anaheim, CA 92807

Martin J. Brill
Levene, Neale, Bender, Yoo & Brill LLP
10250 Constellation Blvd.
Suite 1700
Los Angeles, CA 90067

U.S. Trustee
Ernst & Young Plaza
725 S. Figueroa Street, 26th Floor
Los Angeles, CA 90017

700 Credit
DEPT 101015
Los Angeles, CA 91189

A Thread Ahead
P.O. Box 889
San Fernando, CA 91341

Access Purchasing Network
21418 Osborne St.
Canoga Park, CA 91304

ADP Commercial Leasing
15 WATERVIEW BOULEVARD-MS #934
PARSIPPANY, NJ 07054

ADP Dealer Services
PO BOX 88921
Chicago, IL 60695

ADP, Inc.
504 Clinton Center Drive
Suite 4400
Clinton, MS 39056

Adrian Gomez
425 N. Diana Pl.
Fullerton, CA 92833

Ambassador Automotive
4730 E. Wesley Dr.
Anaheim, CA 92807

America Shredding
9400 Hall Road
Downey, CA 90241

American Express
PO BOX 360001
Ft. Lauderdale, FL 33336

Anaheim Hills Auto Body
3500 East La Palma Avenue
Anaheim, CA 92806

Anaheim Hills Carwash
5814 E. La Palma Ave.
Anaheim, CA 92807

Anaheim Wheel & Tire
3421 E. La Palma Ave.
Anaheim, CA 92806

Ascensus
PO BOX 36472
Newark, NJ 07188

Aspen Marketing Services Inc.
39878 Treasury Center
Chicago, IL 60694

AT&T
PO Box 5025
Carol Stream, IL 60197

AT&T
PO Box 5019
Carol Stream, IL 60197

AT&T
Payment Center
Sacramento, CA 95887

AT&T
14575 Presidio Square
Room CR
Houston, TX 77083

AT&T
Bankr. Dept.
P.O. Box 769
Arlington, TX 76004

AT&T Long Distance
PO Box 5017
Carol Stream, IL 60197

Audio Fonix
28142 Camino Capistrano
Laguna Hills, CA 92677

Audio Messaging Solutions
P.O. Box 890271
Charlotte, NC 28289

Auto Advisory Services
14771 Plaza Drive, Suite A
Tustin, CA 92780

Auto Appearance Specialists
2910 S. Archibald Ave. #A339
Ontario, CA 91761

Auto Registration Experts
17870 Skypark Circle, Suite 280
Irvine, CA 92614

Auto Shop Equipment
6675 Doolittle Avenue
Riverside, CA 92503

Autotrader.com LLC
P.O. Box 932207
Atlanta, GA 31193

Basics Etc.
PO BOX 1149
Temecula, CA 92593

Benmatt Industries
PO Box 820959
Philadelphia, PA 19182

Blue Shield California
File 55331
Los Angeles, CA 90074

BMC Group VDR LLC
600 1st Avenue, Suite 300
Seattle, WA 98104

BMW Financial Services NA LLC
Jeff Burnside
5550 Britton Parkway
Hilliard, OH 43026

BMW Financial Services NA, LLC
300 Chestnut Ridge Road
Woodcliff Lake, NJ 07677

BMW Financial Services NA, LLC
Attn: Manager, Ret. Comm. Fin.
5515 Parkcenter Circle
Dublin, OH 43017

Board of Equalization
Special Taxes and Fees Division
P.O. Box 942879
Sacramento, CA 94279-6087

Brian Fairbanks
2175 S. Mallul Dr., #105
Anaheim, CA 92802

CA State Board of Equalization
P.O. Box 942879
Sacramento, CA 94279

CAC Automotive Mfg. Co.
2065 E. West Maple Rd
Commerce, MI 48390

California Chrome Wheels
PO Box 802936
Santa Clara, CA 91380

Caren Carpio
8890 Academy Dr.
Buena Park, CA 90621

Carfax
16630 Collection Center Dr
Chicago, IL 60693

Cheyenne American Corporation
5427 E. La Palma Ave.
Anaheim, CA 92807

Chris Davila
7140 Atlantic Place
Long Beach, CA 90805

Christopher Williams
110 N. Limo St., Unit C
Sierra Madre, CA 91024

Cintas Corporation
15541 MOSHER AVE
Tustin, CA 92780

City of Anaheim
201 South Anaheim Blvd.
Anaheim, CA 92805

City of Anaheim
P.O. Box 3069
Anaheim, CA 92803-3069

Clean Tech
5820 Martin Rd.
Irwindale, CA 91706

Club Towing & Transportation
9317 La Shell Dr.
Tujunga, CA 91042

Coastal Maintenance
23052-H Alicia Parkway
Mission Viejo, CA 92692

Coats Car Care Products
1049 S. Melrose St.
Placentia, CA 92870

Command Delivery Systems
PO Box 190
Los Alamitos, CA 90720

Commerical Door
1160 N. Van Horne Way
Anaheim, CA 92806

Cross-Sell Inc.
PO Box 3927
Norfoldk, VA 23514

CVR
PO Box 88930
Chicago, IL 60695

David Irvin
81 Pearl
Laguna Niguel, CA 92677

Dealer Fusion Inc.
1401 Willow Pass
Concord, CA 94520

Department of Motor Vehicles
P.O. Box 942869
Sacramento, CA 94269

DirecTv
PO Box 60036
Los Angeles, CA 90060

DMV-OL Collections
P.O. Box 932342  MS-L224
Sacramento, CA 94232-3420

Duracoat
190 S. Wineville Avenue
Ontario, CA 91761

Dyenamic Auto Reconditioning
PO Box 4301
Costa Mesa, CA 92628

Elanders USA
4525 Acworth Industrial Drive
Acworth, GA 30101

Employment Development Dept.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001

Enterprise Rent a Car  AH
22921 SAVI RANCH PKWY
Yorba Linda, CA 92887

Ernest W. Townsend IV
112 Lower Broadford Rd.
Bellevue, ID 83313

European Motor Car Works
2923 Tech Center Dr.
Santa Ana, CA 92705

Federal Express
PO Box 7221
Pasadena, CA 91109

First Choice
4471 E. Santa Ana St.
Ontario, CA 91761

Ford Motor Company
1555 Fairlane Dr., Suite 200
Allen Park, MI 48101

Ford of Orange
1350 Katella Avenue
Orange, CA 92867

Franchise Tax Board
Bankruptcy Unit
P.O. Box 2952
Sacramento, CA 95812-2952

Francisco Burgos
863 S. Philadelphia
Anaheim, CA 92805

Frazier Auto Upholstery
2960 E. Miraloma Ave.
Anaheim, CA 92806

GE Water & Process Technologies
PO BOX 60000
San Francisco, CA 94160

Gini Bittner
2860 E. Alden Place
Anaheim, CA 92806

Glass-Man Glass Company
3512 E. 1st St.
Long Beach, CA 90803


Grainger
310 East Ball Rd
Anaheim, CA 92805


Grand Prix Performance
1718 Newport Blvd.
Costa Mesa, CA 92627


Great American Business Products
PO Box 4422
Houston, CA 77210


Guardian
PO BOX 95101
Chicago, IL 60694


Guardian
PO Box 51508
Los Angeles, CA 90051


Hap's Auto Parts
2716 Del Amo
Lakewood, CA 90712


Hector Rodriguez
16234 S. Bellflower, #9
Bellflower, CA 90706

Hilario Pena Casanova
1950 Meyer Pl., Apt. B
Costa Mesa, CA 92627


Ikon Financial Services
PO BOX 650073
Dallas, TX 75265


Ikon Office Solutions
PO Box 31001-0850
Pasadena, CA 91110


IMN
200 Fifth Avenue
Waltham, MA 02451


Ingrid Anderson
901 S. 6th Ave., #234
Hacienda Heights, CA 91745


Internal Revenue Service
Insolvency I Stop 5022
300 N. Los Angeles St., #4062
Los Angeles, CA 90012-9903


Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114


Interstate Battery
10891 FORBES AVENUE SUITE A
Garden Grove, CA 92843

Introtech Automotive
3961 Schaefer Avenue
Chino, CA 91710

IRS/OHIO
PO Box 145595
Cincinnati, OH 45250-5595

ITW Wynn's U.S.
75 Remittance Dr.
Chicago, IL 60675

J2 Enterprises
11800 Sterling Ave., Suite E
Riverside, CA 92503

Jay Allen
28935 Boleada
Mission Viejo, CA 92692

Jerry DeSouza
3288 Stargate Dr.
Corona, CA 92882

JMG Security
17150 NEWHOPE STREET SUITE 109
Fountain Valley, CA 92708

John Sanderson
1230 Portola Ave.
Torrance, CA 90501

Jon Coulter
3311 E. Meadowridge
Orange, CA 92867

Joseph Remmers
242 N. Wheeler St.
Orange, CA 92869

Joshua Townsend

Juan Arzate
12560 Haster St., #156
Garden Grove, CA 92840

Juan Santiago
207 S. Nutwood
Anaheim, CA 92804

Ken Van Dorn
270 S. Craig Dr.
Orange, CA 92869

Kensington Enterprises
5429 E. La Palma Ave.,
Anaheim, CA 92807

Keytrak, Inc.
Dept. 663
Houston, TX 77210

Kip Prahl & Associates
PO Box 203768
Houston, TX 77216

Klim Granovsky
42 Cloudcrest
Aliso Viejo, CA 92656

Lakin Tire West
15305 Spring Ave.
Santa Fe Springs, CA 90670

Land Rover Encino
File 50541
Los Angeles, CA 90074

Land Rover Miramar
9455 Clatyon Drive
San Diego, CA 92126

Land Rover North America
555 MacArthur Blvd.
Mahwah, NJ 07430

Land Rover North America - Rotunda
555 MacArthur Blvd.
Mahwah, NJ 07430

Land Rover North America- Parts
PO BOX 674266
Detroit, MI 48267

Land Rover Pasadena
3475 E. Colorado Blvd.
Pasadena, CA 91107

Land Rover Rancho Mirage
71-387 Highway 111
Rancho Mirage, CA 92270

Land Rover South Bay
File 50541
Los Angeles, CA 90074

Lauren Turner
6437 E. Calle Del Norte
Anaheim Hills, CA 92807

LBA/Met Partners
PO BOX 749019
Los Angeles, CA 90074

Leather Only Inc.
9220 Summerbell Lane
Houston, TX 77074

Lo Jack
200 Lowder Brook Dr.
Westwood, MA 02090

Lucas Dam
203 E. Santa Fe Court
Placentia, CA 92870

Lunar Motoring Group
5405 Alton Parkway
Irvine, CA 92604

Mark Automotive Manufacturing
48765 West Road
Wixom, MI 48393

Matco Tools
802 Skyler Way
Brea, CA 92821

Maurillio Pineda
1188 N. West St., #302
Anaheim, CA 92801

Meridian Auto Parts
10211 Pacific Mesa, Suite 404
San Diego, CA 92121

MHT Luxury Alloys
12300 Industry St.
Garden Grove, CA 92841

My Hua
14622 Bowling Green
Westminster, CA 92683

Ned R. Healy & Company Inc.
PO Box 2120
Huntington Beach, CA 92647

Newport Wheel & Refinishing
1725 Monrovia Ave.
Costa Mesa, CA 92627


Nickey Petroleum
925 Lakeview Avenue
Placentia, CA 92870


Norwalk Tow & Transport Inc.
11920 Regentview Ave.
Downey, CA 90241


Office Depot
File 81901
Los Angeles, CA 90074


On-Line Administrators Inc.
PO Box 4539
Chatsworth, CA 91311


Orange County Tax Collector
P.O. Box 1980
Santa Ana, CA 92702-1980


Our First Aid Company
PO Box 18473
Anaheim Hills, CA 92807


Pacific Match Paint
24331 Landover Rd.
Laguna Hills, CA 92653

Parts Source
2997 E. La Palma Avenue
Anaheim, CA 92806

Patrick Fulco
P.O. Box 707
Silverado, CA 92676

Pattison Sign Group
410 N. Cedar Bluff Road, Suite 101
Knoxville, TN 37923

Pitney Bowes Financial Services LLC
PO BOX 845460
Louisville, KY 40285

Praxair Distribution
Dept. LA 21511
Pasadena, CA 91185

Purchase Power
PO BOX 856042
Louisville, KY 40285

Richard Lloyd
911 Anacapa, #111
Irvine, CA 92602

Richard Sutton Jr.
32658 Clearvail Dr.
Temecula, CA 92592

Roger Roundy
20045 Bedford Canyon Rd.
Corona, CA 92881

Romeo's Tow & Service Inc.
825 S. Tafolla St.
Placentia, CA 92870

Sandy Holguin
836 Bridgewood St.
Corona, CA 92881

Scottsdale Group LLC
9779 E. Reflecting Mountain Way
Scottsdale, AZ 85262

Sentry Insurance Company
Box 88315
Milwaukee, WI 53288

Service Specialties
12-B Mason
Irvine, CA 92618

Shane Boal
817 Via Amadeo
San Dimas, CA 91773

Shell
PO BOX 689010
Des Moines, IA 50368

SKS, Inc.
PO BOX 469110
Escondido, CA 92046

Soaperman Inc. dba Greaseater
1578A W San Bernardino Rd
Covina, CA 91722

SPX Service Solutions
PO Box 406799
Atlanta, GA 30384

State Board of Equalization
POB 942879
Sacramento, CA 94279

Sterling Savings Bank
5005 SW Meadows Road, Suite 400
Lake Oswego, OR 97035

Steven Hamm
5700 Carbon Canyon Rd., Sp. 16
Brea, CA 92823

Steven Lambert
5847 E. Rocking Horse #17
Orange, CA 92869

Strictly Tint
9282 Arrow Route
Rancho Cucamonga, CA 91730

The Siegmann Family Trust
1780 E MC FADDEN STREET #117
Santa Ana, CA 92705

Thomas McNerney
1314 Anacapa
Irvine, CA 92602

Tire Rack Wholesale
7101 Vorden Parkway
South Bend, IN 46628

Tropical Glass
1050 W. Katella
Orange, CA 92867

Unipart North America Jaguar Parts
PO BOX 651570
Charlotte, NC 28265

United Parcel Service
PO Box 894820
Los Angeles, CA 90189

Universal Brass Inc.
PO Box 279
Auburn, WA 98071

Velvet Touch Wheel Services Inc.
1914 Mission Rd.
Escondido, CA 92029

Verizon Wireless
PO Box 660108
Dallas, TX 75266

Victor Sanchez
1931 E. Meats Ave., #90
Orange, CA 92865

Webnet Services
247 Route 100
Somers, NY 10589

Welsh Enterprise Inc.
PO Box 4130
Steubenville, OH 43952

West Coast Rim Shine
PO Box 3913
Mission Viejo, CA 92690

Wheel Repair Specialists
1330 E. Pomona St.
Santa Ana, CA 92705

Wynn's, A Div. of Illinois
Tool Works, Inc.
1050 W. Fifth St.
Azusa, CA 91702

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| **Martin J. Brill**<br>**Levene, Neale, Bender, Yoo & Brill LLP**<br>**10250 Constellation Blvd.**<br>**Suite 1700**<br>**Los Angeles, CA 90067**<br>**(310) 229-1234**<br>**53220**<br>☐ *Attorney for:* Debtor | |
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |

| In re:<br><br>**Townsend Corporation**<br><br>Debtor(s). | CASE NO.:<br>**CHAPTER: 11**<br>ADV. NO.: |
|---|---|

## ELECTRONIC FILING DECLARATION
### (CORPORATION/PARTNERSHIP)

☒ Petition, statement of affairs, schedules or lists       Date Filed: **September 9, 2011**

☐ Amendments to the petition, statement of affairs, schedules or lists    Date Filed: _____

☐ Other: _____    Date Filed: _____

## PART I - DECLARATION OF AUTHORIZED SIGNATORY OF DEBTOR OR OTHER PARTY

I, the undersigned, hereby declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct hard copy of the Filed Document in such places on behalf of the Filing Party and provided the executed hard copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.

_____       **September 9, 2011**
*Signature of Authorized Signatory of Filing Party*       Date

**Ernest W. Townsend IV**
*Printed Name of Authorized Signatory of Filing Party*

**President**
*Title of Authorized Signatory of Filing Party*

## PART II - DECLARATION OF ATTORNEY FOR FILING PARTY

I, the undersigned Attorney for the Filing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed the *Declaration of Authorized Signatory of Debtor or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration, the Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration, the Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document available for review upon request of the Court or other parties.

_____       **September 9, 2011**
*Signature of Attorney for Filing Party*       Date

**Martin J. Brill 53220**
*Printed Name of Attorney for Filing Party*

*November 2006*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com       Best Case Bankruptcy

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Martin J. Brill<br>Levene, Neale, Bender, Yoo & Brill LLP<br>10250 Constellation Blvd.<br>Suite 1700<br>Los Angeles, CA 90067<br>(310) 229-1234<br>53220<br><br>☐ Attorney for: Debtor | |

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| In re:<br><br>   **Townsend Corporation**<br><br>                                    Debtor(s). | CASE NO.:<br>CHAPTER: 11<br>ADV. NO.: |

## ELECTRONIC FILING DECLARATION
### (CORPORATION/PARTNERSHIP)

☒ Petition, statement of affairs, schedules or lists          Date Filed:   **September 9, 2011**

☐ Amendments to the petition, statement of affairs, schedules or lists          Date Filed: _____
☐ Other:          Date Filed: _____

### PART I - DECLARATION OF AUTHORIZED SIGNATORY OF DEBTOR OR OTHER PARTY

I, the undersigned, hereby declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the signature in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct hard copy of the Filed Document in such places on behalf of the Filing Party and provided the executed hard copy of the Filed Document to the Filing Party's attorney, and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.

_____          **September 9, 2011**
*Signature of Authorized Signatory of Filing Party*          Date

**Ernest W. Townsend IV**
*Printed Name of Authorized Signatory of Filing Party*

**President**
*Title of Authorized Signatory of Filing Party*

### PART II - DECLARATION OF ATTORNEY FOR FILING PARTY

I, the undersigned Attorney for the Filing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed the *Declaration of Authorized Signatory of Debtor or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration, the Declaration of Authorized Signatory of Debtor or Other Party,* and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration, the Declaration of Authorized Signatory of Debtor or Other Party,* and the Filed Document available for review upon request of the Court or other parties.

_____          **September 9, 2011**
*Signature of Attorney for Filing Party*          Date

**Martin J. Brill 53220**
*Printed Name of Attorney for Filing Party*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com          Best Case Bankruptcy

## UNANIMOUS BOARD RESOLUTION AUTHORIZING CHAPTER 11 BANKRUPTCY FILING BY TOWNSEND CORPORATION (A CALIFORNIA CORPORATION)

The following resolutions were duly enacted by a unanimous vote of the Board of

Directors (the "Board") of Townsend Corporation, a California corporation (the

"Company"), at a meeting of the Board held on September $8$, 2011, and the same shall

remain in full force and effect, without modification, unless and until the Board adopts a

further resolution to the contrary:

> RESOLVED, that Ernest Townsend, or any other officer of the Company as directed by Ernest Townsend (the "Designated Officer") is hereby authorized on behalf of and in the name of the Company to execute a Chapter 11 bankruptcy petition and all related documents and papers on behalf of the Company in order to enable the Company to commence a Chapter 11 bankruptcy case if the Designated Officer deems it to be in the best interests of the Company to do so;

> FURTHER RESOLVED, that the Designated Officer has the authority to cause the Company to employ the law firm of Levene, Neale, Bender, Yoo & Brill L.L.P. ("LNBYB") for purposes of filing the Chapter 11 bankruptcy case for the Company and representing the Company in its Chapter 11 bankruptcy case as bankruptcy counsel, and the Designated Officer has the authority to execute an application for the Company to employ LNBYB as bankruptcy counsel to the Company in connection with the Company's Chapter 11 bankruptcy case;

> FURTHER RESOLVED, that in the event of a Chapter 11 bankruptcy filing by the Company, the Designated Officer is hereby authorized on behalf of and in the name of the Company to execute and file and to cause counsel to the Company to prepare with the assistance of the Company as appropriate all petitions, schedules, lists and other papers, documents and pleadings in connection with the Company's bankruptcy case, and to take any and all action which the Designated Officer deems necessary and proper in connection with the Company's bankruptcy case without the need for any further approval of the Board. Such actions which the Designated Officer has the authority to cause the Company to take without any further approval of the Board shall include, but not be limited to, the following: employing and compensating counsel and other

professionals (both prior to and after the Company's bankruptcy filing); seeking Bankruptcy Court approval for the Company to use cash collateral and/or post-bankruptcy financing and executing any agreements related to any of the foregoing; compensating employees; hiring and terminating employees; purchasing product or materials; selling product; entering into or continuing with agreements; collecting accounts receivable; negotiating with creditors, lenders, vendors, suppliers and landlords; assuming, assigning, or rejecting executory contracts and unexpired leases; renegotiating the terms of executory contracts and unexpired leases; signing new or amended contracts and leases; commencing and defending litigation involving the Company; causing the Company to sell all or substantially all of the Company's assets; and causing the Company to file and seek to confirm a plan of reorganization.

Dated: September___, 2011

_____
Ernest Townsend, Board Chairman

professionals (both prior to and after the Company's bankruptcy
filing); seeking Bankruptcy Court approval for the Company to use
cash collateral and/or post-bankruptcy financing and executing any
agreements related to any of the foregoing; compensating employees;
hiring and terminating employees; purchasing product or materials;
selling product; entering into or continuing with agreements;
collecting accounts receivable; negotiating with creditors, lenders,
vendors, suppliers and landlords; assuming, assigning, or rejecting
executory contracts and unexpired leases; renegotiating the terms of
executory contracts and unexpired leases; signing new or amended
contracts and leases; commencing and defending litigation involving
the Company; causing the Company to sell all or substantially all of
the Company's assets; and causing the Company to file and seek to
confirm a plan of reorganization.

Dated: September 6, 2011

Ernest Townsend, Board Chairman

2