MARTIN J. BRILL (State Bar No. 53220)
TODD M. ARNOLD (State Bar No. 221868)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone:  (310) 229-1234
Facsimile:  (310) 229-1244
Email: mjb@lnbyb.com, tma@lnbyb.com

Proposed Attorneys for Debtors and Debtors in Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>TOWNSEND CORPORATION<br>d/b/a Land Rover Jaguar Anaheim Hills,<br><br>        Debtor and Debtor in Possession.<br>_____<br><br>In re:<br><br>LRJC, INC.<br>d/b/a Land Rover Jaguar Cerritos,<br><br>        Debtor and Debtor in Possession. | Case No.: 8:11-bk-22690-RK<br><br>Case No.: 8:11-bk-22695-RK<br><br>Chapter 11 Cases<br><br>**DEBTORS' NOTICE OF EMERGENCY MOTION AND EMERGENCY MOTION FOR JOINT ADMINISTRATION; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**<br><br>[Omnibus Statement of Facts and Omnibus Declarations in Support of Motion Filed Concurrently Herewith]<br><br>**Hearing:**<br>  Date:     September 12, 2011<br>  Time:    11:00 a.m.<br>  Place:   Courtroom "5D"<br>            411 West Fourth Street<br>            Santa Ana, CA 92701-4593 |

## SUMMARY AND NOTICE

**PLEASE TAKE NOTICE THAT,** pursuant to Local Bankruptcy Rule 2081-1, 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 1015, Townsend Corporation d/b/a Land Rover Jaguar Anaheim Hills ("LRJ Anaheim") and LRJC, Inc. d/b/a Land Rover Jaguar Cerritos ("LRJ Cerritos"), the debtors and debtors in possession in the above captioned cases for which joint administration is being sought (collectively, the "Debtors"), hereby move on an emergency basis for the entry of an order of the Court authorizing and directing the joint administration of the Debtors' pending chapter 11 cases (the "Motion").

As discussed in the concurrently filed Omnibus Statement of Facts in Support of First Day Motions (the "Omnibus Facts")[1] and the declarations of Ernest W. Townsend IV and Todd M. Arnold (the "Omnibus Declarations") annexed thereto, on September 9, 2011 (the "Petition Date"), the Debtors commenced their bankruptcy cases (the "Cases") by each filing a voluntary petition for relief under Chapter 11 of title 11, United States Code § 101, et seq. (the "Bankruptcy Code").[2]  No trustees have been appointed, and the Debtors are continuing to manage their financial affairs as debtors in possession pursuant to Sections 1107 and 1108.

Each of the Debtors operates an auto dealership under Dealership Agreements with JLRNA.. The Debtors have common ownership and senior management. The Debtors also share the same bookkeeper and maintain centralized accounting.  Likewise the Debtors share BMW FS as their primary secured creditor.  Based on the foregoing and for other reasons discussed below, the Debtors believe that joint administration of their Cases is appropriate.  Therefore, the Debtors are requesting that the Court approve joint administration of the Debtors' Cases and the use of the proposed caption attached to the Omnibus Facts as Exhibit "10."

**PLEASE TAKE FURTHER NOTICE THAT,** in order to provide maximum notice of this Motion, concurrently with the filing of this Notice and Motion with the Court, the Debtors served by overnight mail a copy of this Notice and Motion and all supporting papers upon the Office of the

---

[1] Unless otherwise stated, all capitalized terms herein have the same meanings as in the Omnibus Facts.

[2] Unless otherwise stated, all section references herein are to the Bankruptcy Code.

United States Trustee, creditors with claims allegedly secured by the assets of the Debtors, the Debtors' 20 largest unsecured creditors, and all of those parties who have requested special notice.

**PLEASE TAKE FURTHER NOTICE THAT,** the relief sought in this Motion is based upon this Notice of Motion and Motion, the Omnibus Facts, the Omnibus Declarations and the exhibits thereto, the statements, arguments and representations of counsel to be made at the hearing on the Motion, and any other evidence properly presented to the Court at or prior to the hearing on the Motion.

**WHEREFORE**, the Debtors respectfully request that the Court enter an order:

1.    affirming the adequacy of the notice given;

2.    granting the Motion in its entirety;

3.    authorizing and directing the joint administration of the Cases;

4.    approving the proposed caption attached to the Omnibus Facts as Exhibit "10;" and

5.    granting such other and further relief as the Court deems just and proper.

Dated: September 9, 2011

TOWNSEND CORPORATION
d/b/a Land Rover Jaguar Anaheim Hills

- and -

LRJC, INC.
d/b/a Land Rover Jaguar Cerritos


By:___/s/ Todd M. Arnold_____
      MARTIN J. BRILL
      TODD M. ARNOLD
      LEVENE, NEALE, BENDER, YOO
       & BRILL L.L.P.
      Proposed Attorneys for Debtors and
      Debtors in Possession

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.

### STATEMENT OF FACTS

SEE OMNIBUS STATEMENT OF FACTS IN SUPPORT OF FIRST DAY MOTIONS (THE "OMNIBUS FACTS") AND THE DECLARATIONS OF ERNEST W. TOWNSEND IV AND TODD M. ARNOLD (THE "OMNIBUS DECLARATIONS") ANNEXED THERETO FILED CONCURRENTLY HEREWITH.

CAPITALIZED TERMS NOT OTHERWISE DEFINED HEREIN SHALL HAVE THE SAME MEANINGS AS IN THE OMNIBUS FACTS.

### II.

### DISCUSSION

The Debtors request that the Court approve joint administration of the Debtors' Cases. Rule 1015 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") provides that the Court may order the joint administration of cases involving a debtor and an affiliate where such an order "may tend to avoid unnecessary costs and delay." Fed. R. Bankr. P. 1015(b)(4) & (c). Bankruptcy Rule 1015 is designed to promote the fair and efficient administration of related cases of affiliated debtors, while ensuring that no rights of individual creditors are unduly prejudiced. See 8 Collier on Bankruptcy ¶ 1015.03 (15th Ed. 1990); In re Brookhollow Assocs., 435 F.Supp. 763, 766 (D. Mass. 1977), aff'd, 575 F.2d 1003 (1st Cir. 1986) (joint administration "help[s] the bankruptcy court to administer economically and efficiently different estates with substantial interests in common"); In re H&S Transportation Co., 55 B.R. 786 (Bankr. M.D. Tenn. 1985).

Unlike substantive consolidation which pools the assets and liabilities of related entities, joint administration is merely procedural; each of the Debtors' estates herein would remain a separate legal entity and creditors' individual rights against each estate would be preserved. In re N.S. Garrott & Sons, 63 B.R. 189, 191 (E.D. Ark. 1986); In re Arnold, 33 B.R. 765, 767 (Bankr. E.D.N.Y. 1983).

Joint administration of the Cases is warranted and appropriate under Bankruptcy Rule 1015(b).  As set forth in the Omnibus Facts, Ernest Townsend is the President and owns the majority of the equity in both of the Debtors and Joshua Townsend is the Vice President and owns 40% of the equity in both of the Debtors and is largely responsible for their day-to-day operations.  As such, the Debtors are "affiliates" as that term is defined in the Bankruptcy Code.  See 11 U.S.C. § 101(2)(B).

In addition to the commonality of ownership and senior management, the Debtors each operate under Dealership Agreements with JLRNA, share the same bookkeeper, and maintain centralized accounting functions.  Likewise the Debtors share BMW FS, which has cross-guaranties, as their primary secured creditor.  Based on the foregoing, the Debtors believe that joint administration of their cases is appropriate.

The Debtors further believe that joint administration of their cases will avoid duplicative expenses and will ensure that creditors in the cases will receive appropriate notice of pertinent matters.  In addition, the Debtors believe that joint administration of the cases, including the use of a single pleadings docket, the combining of notices to creditors of the two estates, and the joint handling of purely administrative matters will aid in expediting the cases and rendering the process less costly, without prejudicing the substantive rights of any creditor.

The Debtors further believe that, in the event an official committee of unsecured creditors ("Committee") is formed, joint administration of the cases will assist the OUST in forming one (1) Committee, which should further reduce costs to the estates.  Additionally, granting joint administration will eliminate further need for the Debtors to file identical motions and orders in each of the cases when seeking relief that is common to both of the Debtors, will avoid the further waste of judicial resources related to, for example, the docketing of identical motions, declarations and orders in each of the cases, and will permit the Debtors' estates to avoid the substantial copy costs and service costs associated with filing and serving motions and other pleadings in the cases that seek collective relief for the Debtors.

In consideration of the foregoing, the Debtors are requesting that the Court approve joint administration of the Debtors' estates and the use of the proposed caption attached hereto as Exhibit "10."

## III.

## <u>CONCLUSION</u>

**WHEREFORE**, the Debtors respectfully request that the Court enter an order:

1.     affirming the adequacy of the notice given;

2.     granting the Motion in its entirety;

3.     authorizing and directing the joint administration of the Cases;

4.     approving the proposed caption attached to the Omnibus Facts as Exhibit "10;" and

5.     granting such other and further relief as the Court deems just and proper.

Dated: September 9, 2011                TOWNSEND CORPORATION
                                        d/b/a Land Rover Jaguar Anaheim Hills

                                        - and -

                                        LRJC, INC.
                                        d/b/a Land Rover Jaguar Cerritos

                                        By:___/s/ Todd M. Arnold_____
                                             MARTIN J. BRILL
                                             TODD M. ARNOLD
                                             LEVENE, NEALE, BENDER, YOO
                                              & BRILL L.L.P.
                                             Proposed Attorneys for Debtors and
                                             Debtors in Possession

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I.
Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business
address is: 10250 Constellation Boulevard, Suite 1700, Los Angeles, CA 90067

A true and correct copy of the foregoing document described as ***DEBTORS' NOTICE OF EMERGENCY
MOTION AND EMERGENCY MOTION FOR JOINT ADMINISTRATION; MEMORANDUM OF POINTS
AND AUTHORITIES IN SUPPORT THEREOF*** will be served or was served **(a)** on the judge in chambers
in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to
controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served
by the court via NEF and hyperlink to the document. On ***September 9, 2011***, I checked the CM/ECF
docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are
on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Todd M Arnold     tma@lnbrb.com
- Martin J Brill     mjb@lnbrb.com
- United States Trustee (SA)     ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

II.  **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On ***September 9, 2011,*** I served the following person(s) and/or entity(ies) at the last known address(es)
in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed
envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service
addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be
completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page **(Service by Overnight Mail)**

III.  **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for
each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ***September 9, 2011,***
I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in
writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here
constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after
the document is filed.

Via Personal Attorney Service –and- Overnight Mail Saturday Delivery
The Hon. Robert N. Kwan
United States Bankruptcy Court
411 West Fourth Street, Room 5165
Santa Ana, CA 92701

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true
and correct.

| September 9, 2011 | Lourdes Cruz | /s/ Lourdes Cruz |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                    **F 9013-3.1.PROOF.SERVICE**

LRJAH
LRJC
File No. 5121
RSN Consolidated

Debtor
Townsend Corporation
5425 E. La Palma Avenue
Anaheim, CA 92807-0000

Debtor
LRJC, Inc.
10861 183rd Street
Cerritos, CA 90703-0000

U.S. Trustee - Santa Ana
411 West Fourth Street, Suite 9041
Santa Ana, CA 92701-8000

LRJAH
LRJC
File No. 5121
Secured Creditors (Consolidated

LRJAH

ADP Commercial Leasing
15 WATERVIEW BOULEVARD-MS
#934
PARSIPPANY, NJ 07054

ADP Dealer Services
PO BOX 88921
Chicago, IL 60695

BMW Financial Services NA LLC
Jeff Burnside
5550 Britton Parkway
Hilliard, OH 43026

BMW Financial Services NA, LLC
300 Chestnut Ridge Road
Woodcliff Lake, NJ 07677

BMW Financial Services NA, LLC
Attn: Manager, Ret. Comm. Fin.
5515 Parkcenter Circle
Dublin, OH 43017

Employment Development Dept.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001

Ford Motor Company
1555 Fairlane Dr., Suite 200
Allen Park, MI 48101

IRS/OHIO
PO Box 145595
Cincinnati, OH 45250-5595

Sterling Savings Bank
5005 SW Meadows Road, Suite 400
Lake Oswego, OR 97035

Wynn's, A Div. of Illinois
Tool Works, Inc.
1050 W. Fifth St.
Azusa, CA 91702

LRJC

ADP Commercial Leasing
15 WATERVIEW BOULEVARD-MS
#934
PARSIPPANY, NJ 07054

ADP Dealer Services
PO BOX 88921
Chicago, IL 60695

Anthony Rector
13337 South Street # 569
Cerritos, CA 90703

Bank of the West
Trinity Division
475 Sansome Street, 19th Floor
San Francisco, CA 94111

BMW Financial Services
Flooring Interest
5550 Britton Parkway
Hilliard, OH 43026

BMW Financial Services
Loan Interest
5550 Britton Parkway
Hilliard, OH 43026

BMW Financial Services NA, LLC
Attn: Manager, Ret. Comm. Fin.
5515 Parkcenter Circle
Dublin, OH 43017

Wynn's, A Div. of Illinois
Tool Works, Inc.
1050 W. Fifth St.
Azusa, CA 91702

LRJAH
LRJC
File No. 5121
20 Largest (Consolidated

LRJAH

Michael Morgan
Land Rover North America
555 MacArthur Blvd.
Mahwah, NJ 07430

Land Rover North America- Parts
PO BOX 674266
Detroit, MI 48267

Enterprise Rent a Car (AH)
22921 SAVI RANCH PKWY
Yorba Linda, CA 92887

LBA/Met Partners
PO BOX 749019
Los Angeles, CA 90074

Unipart North America-Jaguar Parts
PO BOX 651570
Charlotte, NC 28265

American Express
PO BOX 360001
Ft. Lauderdale, FL 33336

Dane Taylor
Sentry Insurance Company
Box 88315
Milwaukee, WI 53288

Blue Shield California
File 55331
Los Angeles, CA 90074

Land Rover North America - Rotunda
555 MacArthur Blvd.
Mahwah, NJ 07430

Sandy Holguin
836 Bridgewood St.
Corona, CA 92881

Thomas McNerney
1314 Anacapa
Irvine, CA 92602

Jerry DeSouza
3288 Stargate Dr.
Corona, CA 92882

Shell
PO BOX 689010
Des Moines, IA 50368

Autotrader.com LLC
P.O. Box 932207
Atlanta, GA 31193

City of Anaheim
201 South Anaheim Blvd.
Anaheim, CA 92805

The Siegmann Family Trust
1780 E MC FADDEN STREET #117
Santa Ana, CA 92705

Jay Allen
28935 Boleada
Mission Viejo, CA 92692

On-Line Administrators Inc.
PO Box 4539
Chatsworth, CA 91311

Christopher Williams
110 N. Limo St., Unit C
Sierra Madre, CA 91024

SKS, Inc.
PO BOX 469110
Escondido, CA 92046

LRJC

LRNA - Parts
PO BOX 674266
Detroit, MI 48267

Unipart North America-Jaguar Parts
PO BOX 651570
Charlotte, NC 28265

Fernando Glickman
2934 Candelwood St.
Lakewood, CA 90812

Sentry Insurance Company
Box 88315
Milwaukee, WI 53288

Enterprise Rent a Car (Cerr)
10901 AUTO SQUARE DRIVE
Cerritos, CA 90703

City of Cerritos
18125 Bloomfield Ave.
Cerritos, CA 90703

Cerritos Center for the Performing Arts
12700 Center Court Drive
Cerritos, CA 92833

Cerritos Auto Square
3349 CAHUENGA BOULVARD WEST
Los Angeles, CA 90068

Southern California Edison
PO Box 300
Rosemead, CA 91772

Autotrader.com LLC
PO Box 932207
Atlanta, GA 31193

Christopher Stark
29 Alegria
Irvine, CA 92620

Robert Giannini
3902 Berenice Pl.
Los Angeles, CA 90031

Aramark Uniform Services
PO Box 101004
Pasadena, CA 91189

Eric Moreno
15765 Lashburn St.
Whittier, CA 90603

On-Line Administrators Inc.
PO Box 4539
Chatsworth, CA 91311

Kenneth Benson
1118 S. Miramar Avenue
Anaheim Hills, CA 92808

BP Lubricants USA Inc.
PO Box 409383
Atlanta, GA 30384

Trinity Financial Services
P.O. BOX 7167
Pasadena, CA 91109

Justin Ellis
5601 E. Orangethorpe, U107
Anaheim Hills, CA 92807

Vartan Asatryan
17155 Barneston St.
Granada Hills, CA 91344