MARTIN J. BRILL (State Bar No. 53220)
TODD M. ARNOLD (State Bar No. 221868)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: mjb@lnbyb.com, tma@lnbyb.com

Proposed Attorneys for Debtors and Debtors in Possession

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA
### SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>TOWNSEND CORPORATION<br>d/b/a Land Rover Jaguar Anaheim Hills,<br><br>           Debtor and Debtor in Possession.<br>_____<br><br>In re:<br><br>LRJC, INC.<br>d/b/a Land Rover Jaguar Cerritos,<br><br>           Debtor and Debtor in Possession.<br>_____<br><br>Affects:<br><br>☐  TOWNSEND CORPORATION Only<br><br>☐  LRJC, INC. Only<br><br>☒  BOTH DEBTORS | Lead Case No.: 8:11-bk-22690-RK (jointly administered with Case No.: 8:11-bk-22695-RK)<br><br>Chapter 11 Cases<br><br><br>**DEBTORS' NOTICE OF EMERGENCY MOTION AND EMERGENCY MOTION FOR ENTRY OF AN ORDER APPROVING STIPULATION AND AGREEMENT FOR ORDER AUTHORIZING USE OF CASH COLLATERAL, CONTINUED DISCRETIONARY FLOOR PLAN FINANCING AND PROVIDING FOR ADEQUATE PROTECTION; MEMORANDUM OF POINTS AND AUTHORITIES AND DECLARATIONS IN SUPPORT THEREOF**<br><br><u>**Hearing:**</u><br>  Date:     September 27, 2011<br>  Time:     3:00 p.m.<br>  Place:    Courtroom "5D"<br>              411 West Fourth Street<br>              Santa Ana, CA 92701-4593 |

## SUMMARY AND NOTICE

**PLEASE TAKE NOTICE THAT,** pursuant to L.B.R. 2081-1(a)(9) and (a)(12), 4001-2, and 9075-1, Fed.R.Bankr.P. 4001, and 11 U.S.C. §§ 105(a) and 363, Townsend Corporation d/b/a Land Rover Jaguar Anaheim Hills ("LRJ Anaheim") and LRJC, Inc. d/b/a Land Rover Jaguar Cerritos ("LRJ Cerritos"), the debtors and debtors in possession in the above captioned cases for which joint administration is being sought (collectively, the "Debtors"), hereby move on an emergency basis, by way of this motion (the "Motion"), for the entry of an order approving the Stipulation and Agreement for Order Authorizing Use of Cash Collateral, Continued Discretionary Floor Plan Financing and Providing for Adequate Protection (the "Stipulation") to be entered into by the Debtors and BMW Financial Services NA, LLC ("BMW FS"), which is attached hereto as Exhibit "1."[1]

**PLEASE TAKE FURTHER NOTICE THAT,** a hearing on the Motion will be held at the above referenced date, time, and location and that objections may be made up to or at the time of the hearing.

**PLEASE TAKE FURTHER NOTICE THAT,** as discussed below and in the annexed declarations in support hereof (the "Declarations"), on September 9, 2011 (the "Petition Date"), the Debtors commenced their bankruptcy cases by each filing a voluntary petition for relief under Chapter 11 of title 11, United States Code § 101, et seq. (the "Bankruptcy Code").[2] No trustees have been appointed, and the Debtors are continuing to manage their financial affairs as debtors in possession pursuant to Sections 1107 and 1108.

Each of the Debtors operates an auto dealership. The Debtors required the immediate use of cash collateral so that they could maintain operations and going concern value while they attempt to effectuate a sale of substantially all of their assets and/or a reorganization. Therefore, the Debtors previously filed an emergency motion to approve the use of cash collateral (the "Cash Collateral

---

[1] Due to the emergency nature of the Motion, the parties could not get a fully executed Stipulation to attach to the Motion. A fully executed copy of the Stipulation will be lodged with the Court in advance of or at the hearing on the Motion.

[2] Unless otherwise stated, all section references herein are to the Bankruptcy Code.

Motion"). The Debtors filed the Cash Collateral Motion in an abundance of caution, as the Debtors hoped to be able to reach agreement with BMW FS regarding the use of cash collateral and continued postpetition financing by BMW FS. The Cash Collateral Motion was approved at a hearing held on September 23, 2011, at 11:00 a.m. At that time, the Court set the instant hearing to consider the Motion and Stipulation in the event the parties were able to agree to terms. Shortly after the hearing on the Cash Collateral Motion, the Debtors and BMW FS agreed to terms for the use of cash collateral and continued postpetition financing by BMW FS. Those terms are set forth in the Stipulation attached hereto as Exhibit "1."

Only through the Stipulation and, in particular, the postpetition financing provided under the Stipulation, can the Debtors continue to operate their business and maintain going concern value. In short, without such financing, the Debtors cannot continue to purchase new (and possibly used) inventory. In that case, the Debtors new inventory would be allocated to other dealers and the Debtors would lose sales and would have to cease operations, which would severely damage their going concern value.

Likewise, the Debtors have no ability to continue to operate their businesses and maintain the going concern value thereof unless the Debtors have immediate access to, and use of, their cash collateral to pay the Debtors' ordinary operating expenses, including, but not limited to, payroll, rent, utilities, etc. The expenses the Debtors must be able to pay are set forth in the budgets (the "Budgets") for each of the Debtors collectively attached hereto as Exhibit "2." The Debtors' inability to pay those expenses would cause immediate and irreparable harm to the Debtors and their businesses. The inability of the Debtors to use their cash collateral would likely result in the immediate closure of the Debtors' dealerships, which would lead to a precipitous decline in the Debtors' going concern value and gravely jeopardize any sale or reorganization of the Debtors' businesses, which would harm all creditors of the Debtors, including causing substantial losses for BMW FS.

Accordingly, the Debtors respectfully request that the Court enter an order authorizing the Debtors to use cash collateral and obtain postpetition financing from BMW FS pursuant to the terms of the Stipulation.

**PLEASE TAKE FURTHER NOTICE THAT** Pursuant to Local Bankruptcy Rule 4001-2, the Debtors make the following statements regarding the relief requested by the Debtors pertaining to the Debtors' use of cash collateral, the proposed postpetition financing, the Stipulation, and the proposed order approving this Motion and the Stipulation attached hereto as Exhibit "3."

| **Provision** | **Paragraph** |
|---|---|
| Cross-collateralization clauses | Only to the extent allowed under existing loan documents. |
| Provisions or findings of fact that bind the estate or all parties in interest with respect to the validity, perfection or amount of the secured party's lien or debt. | There are provisions in the Stipulation regarding the amount of BMW FS's prepetition debt and BMW FS's liens. <br><br> ¶¶ E-J. <br><br> There are provisions in the Stipulation limiting the time in which the Debtors or a Committee can challenge BMW FS's loan documents and liens. <br><br> ¶¶ 11 |
| Provisions or findings of fact that bind the estate or all parties in interest with respect to the relative priorities of the secured party's lien and liens held by persons who are not party to the stipulation, or which create a lien senior or equal to any existing lien. | There are provisions in the Stipulation regarding the amount of BMW FS's prepetition debt and BMW FS's liens. <br><br> ¶¶ E-J. |

| **Provision** | **Paragraph** |
|---|---|
| | There are provisions in the Stipulation limiting the time in which the Debtors or a Committee can challenge BMW FS's loan documents and liens.<br><br>¶¶ 11 |
| Waivers of 11 U.S.C. § 506(c), unless the waiver is effective only during the period in which the debtor is authorized to use cash collateral or borrow funds. | Yes<br><br>¶¶ 12 and 14 |
| Provisions that operate, as a practical matter, to divest the debtor in possession of any discretion in the formulation of a plan or administration of the estate or to limit access to the court to seek any relief under other applicable provision of law. | No |
| Releases of liability for the creditor's alleged prepetition torts or breaches of contract. | Yes<br><br>¶ 20 |
| Waivers of avoidance actions arising under the Bankruptcy Code. | No |
| Automatic relief from the automatic stay upon default, conversion to chapter 7, or appointment of a trustee. | No – However, the Stipulation provides for expedited consideration of whether relief from stay should be granted if there is a default and failure to cure.<br><br>¶ 37 |
| Waivers of procedural requirements, including those for foreclosure mandated under applicable non-bankruptcy law, and for perfection of replacement liens. | Yes – The Stipulation provides for BMW FS to be able to obtain a surrender of the Debtors' collateral and premises in the event of a default and failure to cure. |

| **Provision** | **Paragraph** |
|---|---|
| | ¶ 37<br><br>Also, as discussed above, BMW FS is being provided with standard replacement liens in postpetition collateral |
| Adequate protection provisions which create liens on claims for relief arising under 11 U.S.C. §§ 506(c), 544, 545, 547, 548 and 549. | No |
| Waivers, effective on default or expiration, of the debtor's right to move for a court order pursuant to 11 U.S.C. § 363(c)(2)(B) authorizing the use of cash collateral in the absence of the secured party's consent. | No |
| Provisions that grant a lien in an amount in excess of the dollar amount of cash collateral authorized under the applicable cash collateral order. | No |
| Provisions providing for the paying down of prepetition principal owed to a creditor. | No |
| Findings of fact on matters extraneous to the approval process. | No |

**PLEASE TAKE FURTHER NOTICE THAT,** in order to provide maximum notice of this Motion, concurrently with the filing of this Notice and Motion with the Court, the Debtors served by email an/or overnight mail a copy of this Notice and Motion and all supporting papers upon the Office of the United States Trustee, creditors with claims allegedly secured by the assets of the Debtors, the Debtors' 20 largest unsecured creditors, and all of those parties who have requested special notice.

**PLEASE TAKE FURTHER NOTICE THAT,** the relief sought in this Motion is based upon this Notice of Motion and Motion, the annexed Memorandum of Points and Authorities and the exhibits thereto, the statements, arguments and representations of counsel to be made at the hearing on the Motion, and any other evidence properly presented to the Court at or prior to the hearing on the Motion.

**WHEREFORE**, the Debtors respectfully request that the Court enter an order:

1.      affirming the adequacy of the notice given;

2.      granting the Motion and approving the Stipulation on an interim basis pending a final hearing thereon;

3.      authorizing the Debtors to use cash collateral and to pay the expenses set forth in the Budgets on an interim basis pending a final hearing;

4.      authorizing the Debtors to obtain postpetition financing from BMW FS in accordance with the terms of the Stipulation on an interim basis pending a final hearing;

5.      setting a final hearing on the Motion; and

6.      granting such other and further relief as the Court deems just and proper.

Dated: September 23, 2011          TOWNSEND CORPORATION
                                   d/b/a Land Rover Jaguar Anaheim Hills

                                   - and -

                                   LRJC, INC.
                                   d/b/a Land Rover Jaguar Cerritos


                                   By:___/s/ Todd M. Arnold_____
                                          MARTIN J. BRILL
                                          TODD M. ARNOLD
                                          LEVENE, NEALE, BENDER, YOO
                                           & BRILL L.L.P.
                                          Proposed Attorneys for Debtors and
                                          Debtors in Possession

1

2

<u>**MEMORANDUM OF POINTS AND AUTHORITIES**</u>

3

**I.**

4

<u>**STATEMENT OF FACTS**</u>

5

**A.    BACKGROUND**

6

On September 9, 2011 (the "<u>Petition Date</u>"), the Debtors commenced their bankruptcy cases

7

by each filing a voluntary petition for relief under Chapter 11 of title 11, United States Code § 101,

8

<u>et</u> <u>seq.</u> (the "<u>Bankruptcy Code</u>").[3]  No trustees have been appointed, and the Debtors are continuing

9

to manage their financial affairs as debtors in possession pursuant to Sections 1107 and 1108.

Ernest Townsend, who holds a bachelor's degree in economics from California State

10

University, Sacramento and a business degree from Harvard Business School and who has held

11

numerous senior management positions at large companies such as Frank's Nursery and Crafts, Dole

12

Food Company of North America, and Kraft/Philip Morris, has owned and operated car dealerships

13

in Southern California for over 13 years.  The Debtors are principally owned and operated by Ernest

14

Townsend and his son, Joshua Townsend.  LRJ Anaheim has been in business since 2000.  LRJ

15

Cerritos has been in business since 2006.  The Debtors sell new Jaguar and Land Rover vehicles and

16

various previously owned vehicles.  The Debtors also have a service and parts departments.

17

Additional information regarding the Debtors and their business operations can be found at

18

http://www.lrjah.com/ (LRJ Anaheim) and http://lrjcerritos.com/ (LRJ Cerritos).

19

**B.    REASONS FOR FILING BANKRUPTCY AND EXIT STRATEGY**

20

**1.    ISSUES WITH JAGUAR LAND ROVER NORTH AMERICA, LLC**

21

The Debtors are parties to various agreements (the "<u>Dealer Agreements</u>") with Jaguar Land

22

Rover North America, LLC ("<u>JLRNA</u>").  Under the terms of the Dealer Agreements, among other

23

things, (1) JLRNA sells new Jaguar and Land Rover vehicles (the "<u>New Vehicles</u>") to the Debtors,

24

which the Debtors then sell to their customers, and (2) JLRNA provides certain business builder

25

---

[3] Unless otherwise stated, all section references herein are to the Bankruptcy Code.

programs (the "<u>Business Builder Programs</u>"), pursuant to which JLRNA is required to make payments to the Debtors if certain conditions are met (the "<u>Business Builder Payments</u>").

In summary, under the Business Builder Programs, by the last day of the month following a quarter, JLRNA makes Business Builder Payments to the Debtors based on sales of New Vehicles from the prior quarter (a "<u>Business Builder Period</u>").  At present, in order for sales of New Vehicles to count for the purposes of Business Builder Payments, the following general requirements (which have changed over time when it suited JLRNA) must be met (1) the vehicle has to be sold in the applicable Debtors' territory or an unassigned territory and (2) the vehicle must be registered to an end-user and there has to be proof of the address of the end-user.  Up until about February 2011, the registration of the subject New Vehicle and proof of the address of the end-user were not requirements for New Vehicle sales to qualify under the Business Builder Programs.  It is believed that this was added as a requirement to prohibit the sale of New Vehicles to auto brokers and auto brokers subsequently selling New Vehicles to dealers or end-users outside of the United States.

If the requirements are not met with respect to a particular New Vehicle, then JLRNA does not make the Business Builder Payment for such vehicle.  If the requirements are not met with respect to 10% or more of the New Vehicles sold during a Business Builder Period, then JLRNA does not make any Business Builder Payments for any New Vehicle sales during the Business Builder Period, including New Vehicle sales that would otherwise meet the requirements of the Business Builder Programs.  The Business Builder Payments make up a substantial portion of the Debtors' revenue and are essential to the funding of the Debtors' continued operations and profitability.

LRJ Anaheim has an ongoing dispute with JLRNA due to alleged issues raised by JLRNA regarding Business Builder Payments to LRJ Anaheim under the Business Builder Programs and JLRNA's efforts to recoup prior payments to LRJ Anaheim by offsetting payments that came due and will come due in 2011.

LRJ Anaheim disputes and continues to dispute the claims made by LRJNA regarding audit issues related to in the LRJ Anaheim Business Builder Program and LRJNA's efforts to offset to

recover prior Business Builder Payments. To the contrary, as discussed above, LRJ Anaheim is owed at least $1,160,995 by JLRNA for Business Builder Payments, warranty payments, and incentive payments. LRJ Cerritos also disputes any alleged issues regarding LRJ Cerritos' compliance with the provisions of the LRJ Cerritos Dealership Agreements.

However, rather than jeopardize the value of the Debtors' businesses, the Debtors decided to sell their businesses. Prior to the Petition Date, the Debtors retained a broker to market both of the Debtors' dealerships for sale. The Debtors obtained an offer from a well-known Southern California auto dealer (the "Potential Buyer"). The Debtors engaged in substantial discussions with the Potential Buyer and sought JLRNA's approval of the sale of the Debtors' dealerships to the Potential Buyer. JLRNA approved the Potential Buyer, and the Debtors and the Potential Buyer exchanged drafts of an asset purchase agreement.

For inexplicable reasons, as the parties were negotiating and the Potential Buyer was conducting its due diligence, the Debtors believe that Carrie Catherine, of JLRNA, made false statements about the Debtors' inventory and other issues. The Debtors also believe that, contrary to the confidentiality provisions of the Dealership Agreements and the Debtors' admonishments, Carrie Catherine, made statements to the Potential Buyer regarding the Debtors' business. It is still unknown why JLRNA and Carrie Catherine would take actions manifestly contradictory to their efforts to terminate their business relationship with the Debtors and to replace them with the Potential Buyer. In any event, as a result of, among other things, the foregoing conduct by JLRNA, on the afternoon of August 31, 2011, the Potential Buyer indicated that it was no longer interested in purchasing the Debtors' dealerships.

Since the Petition Date, the Debtors have continued to attempt to work toward a sale to the Potential Buyer, who resurfaced after the Petition Date, or some other buyer. In addition, the Debtors intend to engage a broker or financial advisor specializing in the sale of auto dealerships to attract additional potential buyers and obtain the best possible price for the Debtors and their assets.

2.    **BMW FINANCIAL SERVICES NA, LLC**

The Debtors finance their inventory and operations principally through various loan agreements (the "<u>Loan Agreements</u>") with BMW Financial Services NA, LLC ("<u>BMW FS</u>").  More specifically, by way of the Loan Agreements, BMW FS provides what are commonly referred to as "flooring" loans to the Debtors.  That is, when the Debtors order New Vehicles from JLRNA, BMW FS pays JLRNA for the New Vehicles, which increases the Debtors' obligations to BMW FS, but generally does not result in obligations to JLRNA.  Pursuant to the Loan Agreements, BMW FS has also financed the Debtors' purchases of previously owned vehicles (the "<u>Used Vehicles</u>").  BMW FS has also provided other loans to the Debtors for the build-out of their dealerships.

As set forth in the Stipulation, as of the Petition Date, the Debtors owed BMW FS approximately $10,284,316 including the following: (a) $631,131 on a capital loan for the LRJ Anaheim Land Rover dealership in 2006 owed by LRJ Anaheim, (b) $563,334 on a capital loan for the LRJ Anaheim Jaguar dealership addition in 2005 owed by LRJ Anaheim, (c) $4,205,170 in flooring loans owed by LRJ Anaheim, and (d) $4,884,681 in flooring loans owed by LRJ Cerritos (collectively, the "<u>BMW FS Claim</u>").  The BMW FS Claim is cross-guaranteed and secured by a first priority lien on substantially all of the Debtors' assets, including, among other things, the Debtors' New Vehicles, Used Vehicles, furniture, fixtures, equipment, and bank accounts.  As of the Petition Date, the Debtors were current on the BMW FS Claim.

3.    **EXIT STRATEGY**

Due to cash flow issues created before the Petition Date by, among other things, JLRNA's non-payment of various amounts owed to the Debtors, the Debtors inability to obtain flooring loans from BMW for Used Vehicles, and the Debtors pay down of substantial amounts owed to BMW FS for Used Vehicle Flooring loans, the Debtors decided to file for bankruptcy protection in order to maintain the value of their businesses pending a sale or reorganization.  The Debtors believe that they will have a motion to approve a proposed sale of substantially all of the Debtors' assets filed within the next 30 days.

## C.    THE CASH COLLATERAL MOTION AND THE CASH COLLATERAL STIPULATION

As discussed above, as of the Petition Date, the amount the Debtors owed to BMW FS on the BMW FS Claim was approximately $10,284,316. As also discussed above, the BMW FS Claim is allegedly cross-guaranteed and secured by a first priority lien on substantially all of the Debtors' assets (the "Assets"), including the Debtors' cash collateral (the "Cash Collateral").

Collectively attached hereto as Exhibit "4" and "5" are summaries of UCC-1 Financing Statements and the actual UCC-1 Financing Statements (collectively, the "LRJ Anaheim Financing Statements") affecting LRJ Anaheim that were obtained by conducting searches under the name "Townsend Corporation" (Exhibit "4") and "Land Rover Jaguar Anaheim Hills" (Exhibit "5"). Collectively attached hereto as Exhibit "6" and "7" are summaries of UCC-1 Financing Statements and the actual UCC-1 Financing Statements (collectively, the "LRJ Cerritos Financing Statements" and, together with the LRJ Anaheim Financing Statements, the "Financing Statements") affecting LRJ Cerritos that were obtained by conducting searches under the name "LRJC, Inc." (Exhibit "6") and "Land Rover Jaguar Cerritos" (Exhibit "7").

Based on a review of the Financing Statements, the Debtors believe that BMW FS is the only entity that has an interest in the Debtors' Cash Collateral. The other entities that filed Financing Statements (ADP Commercial Leasing, LLC, Ford Motor Company, the Employment Development Department, the IRS, Sterling Savings Bank, Bank of the West (Trinity Division), Anthony Rector, and Wayne's (a Division of Tool Works, Inc.), either (1) only have interests in particular pieces of equipment or alleged tax liens that do not attach to Cash Collateral, and/or (2) were erroneously included in the Financing Statements obtained by the search because the liens are against entities other than the Debtors.

The Debtors required the immediate use of Cash Collateral after the Petition Date so that they could maintain operations and going concern value while they attempt to effectuate a sale of substantially all of their assets and/or a reorganization. Therefore, the Debtors previously filed an emergency motion to approve the use of cash collateral (the "Cash Collateral Motion"). The

Debtors filed the Cash Collateral Motion in an abundance of caution, as the Debtors hoped to be able to reach agreement with BMW FS regarding the use of cash collateral and continued postpetition financing by BMW FS.  The Cash Collateral Motion was largely based on the assertion that BMW FS was the only entity with an interest in Cash Collateral and that BMS FS (and any other entities with alleged interests in Cash Collateral) were adequately protected.  The Cash Collateral Motion was approved at a hearing held on September 23, 2011, at 11:00 a.m.  At that time, the Court set a hearing to consider a motion that the Debtors intended to file if they could reach agreement with BMW FS regarding the use of Cash Collateral and continued postpetition financing by BMW FS.  Shortly after the hearing on the Cash Collateral Motion, the Debtors and BMW FS agreed to terms regarding the foregoing.  Those terms are set forth in the Stipulation and Agreement for Order Authorizing Use of Cash Collateral, Continued Discretionary Floor Plan Financing and Providing for Adequate Protection (the "Stipulation") attached hereto as Exhibit "1."[4]

In summary, under the Stipulation, (1) the Debtors will continue to use Cash Collateral pursuant to the Budgets, unless and until there is a default or the term of the Stipulation expires without written agreement between the parties to extend Cash Collateral use, (2) BMW FS will continue to provide flooring loans to the Debtors for New Vehicles under the terms that were in existence between the parties as of the Petition Date (LRJ Anaheim had a New Vehicle flooring line of up to $7.5 million with interest at the rate of prime + 0.25%; LRJ Cerritos had a New Vehicle flooring line of up to $6.5 million with interest at the rate of prime + 0.25%), as modified by the Stipulation, and (3) BMW FS, at its discretion, may provide flooring loans of up to $750,000 for each Debtor under the terms that were in existence between the parties as of the Petition Date, %), as modified by the Stipulation.

---

[4] Due to the emergency nature of the Motion, the parties could not get a fully executed Stipulation to attach to the Motion.  A fully executed copy of the Stipulation will be lodged with the Court in advance of or at the hearing on the Motion.

## II.

### DISCUSSION

**A.    THE DEBTORS SHOULD BE AUTHORIZED TO USE CASH COLLATERAL PURSUANT TO THE STIPULATION TO OPERATE, MAINTAIN AND PRESERVE THEIR BUSINESSES**

The Debtors' use of property of the estates is governed by Section 363 of the Bankruptcy Code, which provides, in relevant part, as follows:

> If the business of the debtor is authorized to be operated under section. . .1108. . . of this title and unless the court orders otherwise, the trustee may enter into transactions, including the sale or lease of property of the estate, in the ordinary course of business, without notice or a hearing, and may use property of the estate in the ordinary course of business without notice or a hearing.

11 U.S.C. §363(c)(l).  A debtor in possession has all of the rights and powers of a trustee with respect to property of the estate, including the right to use property of the estate in compliance with Section 363.  See 11 U.S.C. §1107(a).

"Cash collateral" is defined as "cash, negotiable instruments, documents of title, securities, deposit accounts or other cash equivalents in which the estate and an entity other than the estate have an interest. . . ." 11 U.S.C. §363(a).  Section 363(c)(2) establishes a special requirement with respect to "cash collateral," providing that the trustee or debtor in possession may use "cash collateral" under subsection (c)(l) if:

> (A)    each entity that has an interest in such cash collateral consents; or
> (B)    the court, after notice and a hearing, authorizes such use, sale or lease in accordance with the provisions of this section.

See 11 U. S.C. §363(c)(2)(A) and (B).

It is well settled that it is appropriate for a Chapter 11 debtor to use cash collateral for the purpose of maintaining and operating its property.  11 U.S.C. § 363(c)(2)(B); In re Oak Glen R-Vee, 8 B.R. 213, 216 (Bankr. C.D. Cal. 1981); In re Tucson Industrial Partners, 129 B.R. 614 (9th Cir. BAP 1991).  In addition, where the debtor is operating a business, it is extremely important that the

14

access to cash collateral be allowed in order to facilitate the goal of reorganization: "the purpose of Chapter 11 is to rehabilitate debtors and generally access to cash collateral is necessary to operate a business." In re Dynaco Corporation, 162 B.R. 389 (Bankr. D. N.H. 1993), quoting In re Stein, 19 B.R. 458, 459. (Bankr. E.D. Pa. 1982).

As discussed above, the Debtors believe that BMW FS is the only entity with an interest in the Debtors Cash Collateral. Pursuant to the Stipulation, BMW FS is consenting to the Debtors' use of Cash Collateral. Therefore, approval of Cash Collateral use pursuant to the Stipulation is warranted under Section 363(c)(2)(A).

The approval of Cash Collateral use is also necessary to allow the Debtors to continue operating. The Debtors have no ability to continue to operate their businesses and maintain the going concern value thereof unless the Debtors have immediate access to, and use of, their Cash Collateral to pay the Debtors' ordinary operating expenses, including, but not limited to, payroll, rent, utilities, etc. The expenses the Debtors must be able to pay are set forth in the budgets (the "Budgets") for each of the Debtors collectively attached hereto as Exhibit "2." The Budgets attached hereto will supersede and replace the budgets under the Cash Collateral Motion and the interim and final orders thereon. The Debtors' inability to pay the expenses in the Budgets would cause immediate and irreparable harm to the Debtors and their businesses. The inability of the Debtors to use their Cash Collateral would likely result in the immediate closure of the Debtors' dealerships, which would lead to a precipitous decline in the Debtors' going concern value and gravely jeopardize any sale or reorganization of the Debtors' businesses, which would harm all creditors of the Debtors.

**B.    THE DEBTORS SHOULD BE AUTHORIZED TO OBTAIN POSTPETITION FINANCING PURSUANT TO THE STIPULATION TO OPERATE, MAINTAIN AND PRESERVE THEIR BUSINESSES**

Section 364 provides, in relevant part, as follows:

(a)    If the trustee [or debtor in possession] is authorized to operate the business of the debtor under section . . . 1108, unless the court orders otherwise, the trustee [or debtor in possession] may obtain unsecured credit and incur unsecured debt in the

ordinary course of business allowable under section 503(b)(1) of this title as an administrative expense.

(b)    The court, after notice and a hearing, may authorize the trustee [or debtor in possession] to obtain unsecured credit or to incur unsecured debt other than under subsection (a) of this section, allowable under section 503(b)(1) of this title as an administrative expense.

(c)    If the trustee [or debtor in possession] is unable to obtain unsecured credit allowable-under section 503(b)(1) of this title as an administrative expense, the court, after notice and a hearing, may authorize the obtaining of credit or the incurring of debt –

(1)  with priority over any and all administrative expenses of the kind specified in section 503(b) or 507(b) of this title:

(2)  secured by a lien on property of the estate that is not otherwise subject to a lien; or

(3)  secured by a junior lien on property of the estate that is subject to a lien.

(d)(1) The court, after notice and a hearing, may authorize the obtaining of credit or the incurring of debt secured by a senior or equal lien on property of the estate that is subject to a lien only if--

(A) the trustee is unable to obtain such credit otherwise; and

(B) there is adequate protection of the interest of the holder of the lien on the property of the estate on which such senior or equal lien is proposed to be granted.

(2) In any hearing under this subsection, the trustee has the burden of proof on the issue of adequate protection.

11 U.S.C. § 364.

Section 364 of the Bankruptcy Code is structured with an escalating series of inducements which a debtor in possession may offer to attract credit during the post-petition period.  In re Photo Promotion Associates, Inc., 87 B.R. 835, 839 (Bankr. S.D.N.Y. 1988), aff'd, 881 F.2d 6 (2d. Cir. 1989).  Therefore, where a trustee or debtor in possession cannot otherwise obtain unsecured post-

petition credit, such credit may be obtained under certain carefully proscribed conditions.  In re T.M. Sweeney & Sons LTL Services, Inc., 131 B.R. 984, 989 (Bankr.N.D.Ill.1991).  For example, if creditors are unwilling to extend unsecured credit to a debtor in possession, further inducements are offered, with court approval after notice and a hearing, including, without limitation, liens equal to or senior to existing liens on encumbered property in accordance with 11 U.S.C. § 364(d).  In re Photo Promotion Associates, Inc., 87 B.R. at 839.

A debtor's decision to obtain credit under Section 364 are generally analyzed in terms of whether the decision was a prudent exercise of the debtor's business judgment.  See, e.g., In re Simasko Production Co., 47 B.R. 444, 448-9 (D. Colo.1985) (authorizing interim financing agreement where debtor's best business judgment indicated financing was necessary and reasonable for benefit of estate); In re Ames Dept. Stores, 115 B.R. 34, 38 (Bankr. S.D.N.Y. 1990) (with respect to post-petition credit, courts "permit debtors-in-possession to exercise their basic business judgment consistent with their fiduciary duties").  See also 2 Collier on Bankruptcy ¶ 364.04, at 364-9-11 (15th ed. 1991).

Here, only through the Stipulation and, in particular, the postpetition financing provided under the Stipulation, can the Debtors continue to operate their businesses and maintain going concern value.  In short, without such financing, the Debtors cannot continue to purchase new (and possibly used) inventory.  In that case, the Debtors' new inventory would be allocated to other dealers and the Debtors would lose sales and would have to cease operations, which would severely damage their going concern value.  It would be impossible for the Debtors to obtain a new flooring lender in time to continue purchasing inventory in the ordinary course and to maintain operations pending a sale.  Even if it were possible for the Debtors to do so, the terms for such funding would likely be less favorable than the terms under the Stipulation.  The lending terms under the Stipulation are the same terms that were negotiated and used before the Petition Date.  That is, there is no increase in interest rate or other materially different lending terms accompanying the postpetition financing under the Stipulation.  A higher interest rate and other harsh terms would likely be imposed by an alternate lender providing postpetition financing to a distressed borrower.

Understandably, BMW FS would not agree to provide such financing without having a security interest in the vehicle collateral purchased with the postpetition financing and in other postpetition collateral.

In consideration of the foregoing reasons for obtaining the postpetition financing from BMW FS pursuant to the Stipulation, and the substantial benefits that will be derived from obtaining such postpetition financing, the Debtors have concluded that obtaining such financing from BMW FS is in the best interests of the Debtors, their estates, and their creditors.

### III.

### CONCLUSION

**WHEREFORE**, the Debtors respectfully request that the Court enter an order:

1.      affirming the adequacy of the notice given;

2.      granting the Motion and approving the Stipulation on an interim basis pending a final hearing thereon;

3.      authorizing the Debtors to use cash collateral and to pay the expenses set forth in the Budgets on an interim basis pending a final hearing;

4.      authorizing the Debtors to obtain postpetition financing from BMW FS in accordance with the terms of the Stipulation on an interim basis pending a final hearing;

5.      setting a final hearing on the Motion; and

/ / /

/ / /

/ / /

1         6.     granting such other and further relief as the Court deems just and proper.

2    Dated: September 23, 2011          TOWNSEND CORPORATION
                                                      d/b/a Land Rover Jaguar Anaheim Hills

3

4                                                          - and -

5                                                          LRJC, INC.
                                                      d/b/a Land Rover Jaguar Cerritos

6

7                                                        By:   /s/ Todd M. Arnold
                                                              MARTIN J. BRILL

8                                                                  TODD M. ARNOLD

9                                                                  LEVENE, NEALE, BENDER, YOO
                                                                & BRILL L.L.P.

10                                                                 Proposed Attorneys for Debtors and
                                                              Debtors in Possession

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

## DECLARATION OF ERNEST W. TOWNSEND IV

I, Ernest W. Townsend IV, hereby declare as follows:

1.      I am over 18 years of age.  Except where otherwise stated, I have personal knowledge of the facts set forth below and, if called to testify, I could and would testify competently thereto.

2.      I hold a bachelor's degree in economics from California State University, Sacramento and a business degree from Harvard Business School.  I have held numerous senior management positions at large companies. From 1972 to 1982, I served as the Brand Manager, Marketing Director, and Vice President of Marketing for Van De Kamp's Frozen Foods.  From 1982 to 1987, I served as the President of All American Gourmet Company, which was sold to Kraft in 1987.  From 1987 to 1992, I served as the Group Vice President and President of Frozen Food Group of Kraft/Philip Morris, a company that, at that time, had annual sales of approximately $1 billion. From 1992 to 1995, I served as the President of the Office of the Chairman of Dole Food Company of North America, a company that, at that time, had 8 operating divisions and annual sales of approximately $2.76 billion.  From 1997 to 2002, I owned and served as the president for Land Rover Newport Beach and Land Rover Mission Viejo.  From 2003 to the present, I have owned and operated Townsend Corporation d/b/a Land Rover Jaguar Anaheim Hills ("LRJ Anaheim") and LRJC, Inc. d/b/a Land Rover Jaguar Cerritos ("LRJ Cerritos"), the debtors and debtors in possession in the above captioned cases for which joint administration is being sought (collectively, the "Debtors").

3.      I am the President and own 60% of the equity of Townsend Corporation d/b/a Land Rover Jaguar Anaheim Hills ("LRJ Anaheim") and am the President and own 55% of the equity of LRJC, Inc. d/b/a Land Rover Jaguar Cerritos ("LRJ Cerritos"), the debtors and debtors in possession in the above captioned cases for which joint administration is being sought (collectively, the "Debtors").

4.      I make this declaration in support of the Motion to which this declaration is attached.  Unless otherwise stated, all capitalized terms herein have the same meanings as in the Motion to which this declaration is attached.

5.    On September 9, 2011 (the "<u>Petition Date</u>"), the Debtors commenced their bankruptcy cases by each filing a voluntary petition for relief under Chapter 11 of title 11, United States Code § 101, <u>et</u> <u>seq.</u> (the "<u>Bankruptcy Code</u>").   No trustees have been appointed, and the Debtors are continuing to manage their financial affairs as debtors in possession pursuant to Sections 1107 and 1108.

6.    The Debtors are principally owned and operated by me and my son, Joshua Townsend.  LRJ Anaheim has been in business since 2000.  LRJ Cerritos has been in business since 2006.  The Debtors sell new Jaguar and Land Rover vehicles and various previously owned vehicles. The Debtors also have a service and parts departments.

7.    Additional information regarding the Debtors and their business operations can be found at http://www.lrjah.com/ (LRJ Anaheim) and http://lrjcerritos.com/ (LRJ Cerritos).

8.    The Debtors are parties to various agreements (the "<u>Dealer Agreements</u>") with Jaguar Land Rover North America, LLC ("<u>JLRNA</u>").  Under the terms of the Dealer Agreements, among other things, (1) JLRNA sells new Jaguar and Land Rover vehicles (the "<u>New Vehicles</u>") to the Debtors, which the Debtors then sell to their customers, and (2) JLRNA provides certain business builder programs (the "<u>Business Builder Programs</u>"), pursuant to which JLRNA is required to make payments to the Debtors if certain conditions are met (the "<u>Business Builder Payments</u>").

9.    In summary, under the Business Builder Programs, by the last day of the month following a quarter, JLRNA makes Business Builder Payments to the Debtors based on sales of New Vehicles from the prior quarter (a "<u>Business Builder Period</u>").  At present, in order for sales of New Vehicles to count for the purposes of Business Builder Payments, the following general requirements (which have changed over time when it suited JLRNA) must be met (1) the vehicle has to be sold in the applicable Debtors' territory or an unassigned territory and (2) the vehicle must be registered to an end-user and there has to be proof of the address of the end-user.  Up until about February 2011, the registration of the subject New Vehicle and proof of the address of the end-user were not requirements for New Vehicle sales to qualify under the Business Builder Programs.  It is believed

that this was added as a requirement to prohibit the sale of New Vehicles to auto brokers and auto brokers subsequently selling New Vehicles to dealers or end-users outside of the United States.

10.     If the requirements are not met with respect to a particular New Vehicle, then JLRNA does not make the Business Builder Payment for such vehicle.  If the requirements are not met with respect to 10% or more of the New Vehicles sold during a Business Builder Period, then JLRNA does not make any Business Builder Payments for any New Vehicle sales during the Business Builder Period, including New Vehicle sales that would otherwise meet the requirements of the Business Builder Programs.  The Business Builder Payments make up a substantial portion of the Debtors' revenue and are essential to the funding of the Debtors' continued operations and profitability.

11.     LRJ Anaheim has an ongoing dispute with JLRNA due to alleged issues raised by JLRNA regarding Business Builder Payments to LRJ Anaheim under the Business Builder Programs and JLRNA's efforts to recoup prior payments to LRJ Anaheim by offsetting payments that came due and will come due in 2011.

12.     LRJ Anaheim disputes and continues to dispute the claims made by LRJNA regarding audit issues related to in the LRJ Anaheim Business Builder Program and LRJNA's efforts to offset to recover prior Business Builder Payments.  To the contrary, as discussed above, LRJ Anaheim is owed at least $1,160,995 by JLRNA for Business Builder Payments, warranty payments, and incentive payments.  LRJ Cerritos also disputes any alleged issues regarding LRJ Cerritos' compliance with the provisions of the LRJ Cerritos Dealership Agreements.

13.     However, rather than jeopardize the value of the Debtors' businesses, the Debtors decided to sell their businesses.  Prior to the Petition Date, the Debtors retained a broker to market both of the Debtors' dealerships for sale.  The Debtors obtained an offer from a well-known Southern California auto dealer (the "Potential Buyer").  The Debtors engaged in substantial discussions with the Potential Buyer and sought JLRNA's approval of the sale of the Debtors' dealerships to the Potential Buyer.  JLRNA approved the Potential Buyer, and the Debtors and the Potential Buyer exchanged drafts of an asset purchase agreement.

14.    For inexplicable reasons, as the parties were negotiating and the Potential Buyer was conducting its due diligence, the Debtors believe that Carrie Catherine, of JLRNA, made false statements about the Debtors' inventory and other issues. The Debtors also believe that, contrary to the confidentiality provisions of the Dealership Agreements and the Debtors' admonishments, Carrie Catherine, made statements to the Potential Buyer regarding the Debtors' business. It is still unknown why JLRNA and Carrie Catherine would take actions manifestly contradictory to their efforts to terminate their business relationship with the Debtors and to replace them with the Potential Buyer. In any event, as a result of, among other things, the foregoing conduct by JLRNA, on the afternoon of August 31, 2011, the Potential Buyer indicated that it was no longer interested in purchasing the Debtors' dealerships.

15.    Since the Petition Date, the Debtors have continued to attempt to work toward a sale to the Potential Buyer, who resurfaced after the Petition Date, or some other buyer. In addition, the Debtors intend to engage a broker or financial advisor specializing in the sale of auto dealerships to attract additional potential buyers and obtain the best possible price for the Debtors and their assets.

16.    The Debtors finance their inventory and operations principally through various loan agreements (the "Loan Agreements") with BMW Financial Services NA, LLC ("BMW FS"). More specifically, by way of the Loan Agreements, BMW FS provides what are commonly referred to as "flooring" loans to the Debtors. That is, when the Debtors order New Vehicles from JLRNA, BMW FS pays JLRNA for the New Vehicles, which increases the Debtors' obligations to BMW FS, but generally does not result in obligations to JLRNA. Pursuant to the Loan Agreements, BMW FS has also financed the Debtors' purchases of previously owned vehicles (the "Used Vehicles"). BMW FS has also provided other loans to the Debtors for the build-out of their dealerships.

17.    As set forth in the Stipulation, as of the Petition Date, the Debtors owed BMW FS approximately $10,284,316 including the following: (a) $631,131 on a capital loan for the LRJ Anaheim Land Rover dealership in 2006 owed by LRJ Anaheim, (b) $563,334 on a capital loan for the LRJ Anaheim Jaguar dealership addition in 2005 owed by LRJ Anaheim, (c) $4,205,170 in flooring loans owed by LRJ Anaheim, and (d) $4,884,681 in flooring loans owed by LRJ Cerritos

(collectively, the "BMW FS Claim").  The BMW FS Claim is cross-guaranteed and secured by a first priority lien on substantially all of the Debtors' assets, including, among other things, the Debtors' New Vehicles, Used Vehicles, furniture, fixtures, equipment, and bank accounts.  As of the Petition Date, the Debtors were current on the BMW FS Claim.

18.     Due to cash flow issues created before the Petition Date by, among other things, JLRNA's non-payment of various amounts owed to the Debtors, the Debtors inability to obtain flooring loans from BMW for Used Vehicles, and the Debtors pay down of substantial amounts owed to BMW FS for Used Vehicle Flooring loans, the Debtors decided to file for bankruptcy protection in order to maintain the value of their businesses pending a sale or reorganization.  I believe that the Debtors will have a motion to approve a proposed sale of substantially all of the Debtors' assets filed within the next 30 days.

19.     As discussed above, as of the Petition Date, the amount the Debtors owed to BMW FS on the BMW FS Claim was approximately $10,284,316.  As also discussed above, the BMW FS Claim is allegedly cross-guaranteed and secured by a first priority lien on substantially all of the Debtors' assets (the "Assets"), including the Debtors' cash collateral (the "Cash Collateral").

20.     I believe that BMW FS is the only entity that has an interest in the Debtors' Cash Collateral.  The other entities that filed Financing Statements (ADP Commercial Leasing, LLC, Ford Motor Company, the Employment Development Department, the IRS, Sterling Savings Bank, Bank of the West (Trinity Division), Anthony Rector, and Wayne's (a Division of Tool Works, Inc.), either (1) only have interests in particular pieces of equipment or alleged tax liens that do not attach to Cash Collateral, and/or (2) were erroneously included in the Financing Statements obtained by the search because the liens are against entities other than the Debtors.

21.     The Debtors required the immediate use of Cash Collateral after the Petition Date so that they could maintain operations and going concern value while they attempt to effectuate a sale of substantially all of their assets and/or a reorganization.  Therefore, the Debtors previously filed an emergency motion to approve the use of cash collateral (the "Cash Collateral Motion").  The Debtors filed the Cash Collateral Motion in an abundance of caution, as the Debtors hoped to be able to reach

agreement with BMW FS regarding the use of cash collateral and continued postpetition financing by BMW FS.  The Cash Collateral Motion was largely based on the assertion that BMW FS was the only entity with an interest in Cash Collateral and that BMS FS (and any other entities with alleged interests in Cash Collateral) were adequately protected.  The Cash Collateral Motion was approved at a hearing held on September 23, 2011, at 11:00 a.m.  At that time, the Court set a hearing to consider a motion that the Debtors intended to file if they could reach agreement with BMW FS regarding the use of Cash Collateral and continued postpetition financing by BMW FS.  Shortly after the hearing on the Cash Collateral Motion, the Debtors and BMW FS agreed to terms regarding the foregoing.  Those terms are set forth in the Stipulation and Agreement for Order Authorizing Use of Cash Collateral, Continued Discretionary Floor Plan Financing and Providing for Adequate Protection (the "Stipulation") attached hereto as Exhibit "1."

22.    The approval of Cash Collateral use is also necessary to allow the Debtors to continue operating.  The Debtors have no ability to continue to operate their businesses and maintain the going concern value thereof unless the Debtors have immediate access to, and use of, their Cash Collateral to pay the Debtors' ordinary operating expenses, including, but not limited to, payroll, rent, utilities, etc.  The expenses the Debtors must be able to pay are set forth in the budgets (the "Budgets") for each of the Debtors collectively attached hereto as Exhibit "2."  The Budgets attached hereto will supersede and replace the budgets under the Cash Collateral Motion and the interim and final orders thereon.  The Debtors' inability to pay the expenses in the Budgets would cause immediate and irreparable harm to the Debtors and their businesses.  The inability of the Debtors to use their Cash Collateral would likely result in the immediate closure of the Debtors' dealerships, which would lead to a precipitous decline in the Debtors' going concern value and gravely jeopardize any sale or reorganization of the Debtors' businesses, which would harm all creditors of the Debtors.

23.    I believe that only through the Stipulation and, in particular, the postpetition financing provided under the Stipulation, can the Debtors continue to operate their businesses and maintain going concern value.  In short, without such financing, the Debtors cannot continue to purchase new

(and possibly used) inventory.  In that case, the Debtors' new inventory would be allocated to other dealers and the Debtors would lose sales and would have to cease operations, which would severely damage their going concern value.  It would be impossible for the Debtors to obtain a new flooring lender in time to continue purchasing inventory in the ordinary course and to maintain operations pending a sale.  Even if it were possible for the Debtors to do so, the terms for such funding would likely be less favorable than the terms under the Stipulation.  The lending terms under the Stipulation are the same terms that were negotiated and used before the Petition Date.  That is, there is no increase in interest rate or other materially different lending terms accompanying the postpetition financing under the Stipulation.  A higher interest rate and other harsh terms would likely be imposed by an alternate lender providing postpetition financing to a distressed borrower. Understandably, BMW FS would not agree to provide such financing without having a security interest in the vehicle collateral purchased with the postpetition financing and in other postpetition collateral.

24.    In consideration of the foregoing reasons for obtaining the postpetition financing from BMW FS pursuant to the Stipulation, and the substantial benefits that will be derived from obtaining such postpetition financing, I have concluded that obtaining such financing from BMW FS is in the best interests of the Debtors, their estates, and their creditors.

Executed this 23rd day of September 2011, at Bakersfield, California.


/s/ Ernest W. Townsend IV
ERNEST W. TOWNSEND IV

26

1

2

### DECLARATION OF TODD M. ARNOLD

3

I, Todd M. Arnold, hereby declare as follows:

4

1.      I am over 18 years of age.   Except where otherwise stated, I have personal

5

knowledge of the facts set forth below and, if called to testify, I could and would testify

6

competently thereto.

7

2.      I am duly licensed to practice law in the state of California, in the United States

8

District Courts and Bankruptcy Courts for the Northern, Eastern, Central, and Southern Districts of

9

California, and before the Ninth Circuit.

10

3.      I am a partner in the law firm of Levene, Neale, Bender, Yoo & Brill L.L.P., counsel

11

to Townsend Corporation d/b/a Land Rover Jaguar Anaheim Hills ("LRJ Anaheim") and LRJC,

12

Inc. d/b/a Land Rover Jaguar Cerritos ("LRJ Cerritos"), the debtors and debtors in possession in the

13

above captioned cases for which joint administration is being sought (collectively, the "Debtors").

14

4.      I make this declaration in support of the Motion to which this declaration is attached.

15

Unless otherwise stated, all capitalized terms herein have the same meanings as in the Motion.

16

5.      I caused the Debtors to order from CLAS Information Systems summaries of UCC

17

Financing Statements affecting the Debtors and the actual UCC Financing Statements. Collectively

18

attached hereto as Exhibit "4" and "5" are summaries of UCC-1 Financing Statements and the

19

actual UCC-1 Financing Statements (collectively, the "LRJ Anaheim Financing Statements")

20

affecting LRJ Anaheim that were obtained by conducting searches under the name "Townsend

21

Corporation" (Exhibit "4") and "Land Rover Jaguar Anaheim Hills" (Exhibit "5").   Collectively

attached hereto as Exhibit "6" and "7" are summaries of UCC-1 Financing Statements and the

22

23

24

///

25

///

///

actual UCC-1 Financing Statements (collectively, the "<u>LRJ Cerritos Financing Statements</u>" and, together with the LRJ Anaheim Financing Statements, the "<u>Financing Statements</u>") affecting LRJ Cerritos that were obtained by conducting searches under the name "LRJC, Inc." (Exhibit "6") and "Land Rover Jaguar Cerritos" (Exhibit "7").

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 23rd day of September 2011, at Los Angeles, California.


*/s/ Todd M. Arnold*
TODD M. ARNOLD

# EXHIBIT "1"

JAY SELANDERS (MO Bar No. 37221)
(admitted pro hac vice)
KUTAK ROCK LLP
1010 Grand Boulevard
Suite 500
Kansas City, MO 64106
Main: (816) 960-0090
Fax: (816) 960-0041
E-mail: Jay.Selanders@KutakRock.com

DAVID BOURNAZIAN  (CA Bar No. 186194)
CYRUS CHEN (CA Bar No. 229682)
KUTAK ROCK LLP
18201 Von Karman Avenue
Suite 1100
Irvine, CA 92612-1077
Main: (949) 417-0999
Fax: (949) 417-5394
E-mail: David.Bournazian@KutakRock.com

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA
### SANTA ANA DIVISION

| | |
|---|---|
| In re: | ) |
| | ) |
| TOWNSEND CORPORATION | ) Chapter 11 |
| d/b/a Land Rover Jaguar Anaheim Hills | ) Case No. 8:11-BK-22690-RK |
| | ) |
| Debtor. | ) |
| | ) |
| In re: | ) |
| | ) |
| LRJC, INC. | ) Chapter 11 |
| d/b/a Land Rover Jaguar Cerritos | ) Case No. 8:11-BK-22695-RK |
| | ) |
| Debtor. | ) |
| | ) |

### STIPULATION AND AGREEMENT FOR ORDER AUTHORIZING USE OF CASH COLLATERAL, CONTINUED DISCRETIONARY FLOOR PLAN FINANCING AND PROVIDING FOR ADEQUATE PROTECTION

This *Stipulation and Agreement For Order Allowing Use of Cash Collateral, Continued Discretionary Floor Plan Financing and Providing For Adequate Protection* ("Agreement") is made on this 23rd day of September 2011 by and between BMW Financial Services NA, LLC. ("BMW FS"), TOWNSEND CORPORATION d/b/a Land Rover Jaguar Anaheim Hills ("LRJ Anaheim") and LRJC, Inc., d/b/a Land Rover Jaguar Cerritos ("LRJ Cerritos", together with LRJ Anaheim collectively the "Debtors" and each a "Debtor") with reference to the following facts:

4847-5672-9098.3

## RECITALS

A.      Debtors commenced their respective cases by the filing of voluntary petitions under Chapter 11 of Title 11 of the United States Code ("Bankruptcy Code") on September 9, 2011 ("Petition Date") and pursuant to 11 U.S.C. § § 1107 and 1108, have continued in the management and possession of their respective businesses and assets as Debtors-in-Possession. The Court has ordered the joint administration of the Debtors' cases.

B.      No trustee or examiner has been appointed to serve in either case, pursuant to 11 U.S.C. § 1104, nor has a creditors committee been appointed herein, as provided under 11 U.S.C. § 1102.

C.      Pursuant to 28 U.S.C. § § 157, 1334, 1408 and 1409, this Court ("Bankruptcy Court") has complete jurisdiction and proper venue over these proceedings for reorganization under 11 U.S.C. § § 1101 et seq., and all proceedings relating to the subject matter of this Stipulation are core proceedings within the meaning of 28 U.S.C. § 157(b)(2)(A), (D), (M) and (O).

D.      Debtors are in the business of selling, servicing and repairing new and used motor vehicles and operate their businesses as Land Rover and Jaguar dealerships under valid and existing franchise agreements ("Franchise Agreements"), provided, however that there is a pending termination procedure regarding LRJ Anaheim's Franchise Agreements.

E.      BMW FS has provided floor plan financing to LRJ Anaheim pursuant to the terms of that certain Inventory Financing and Security Agreement dated May 18, 2009, with a maximum amount of $6,500,000, which has been renewed and amended from time to time, and as of the Petition Date had a current outstanding balance of $4,205,170.00 (the "LRJ Anaheim Floorplan").

4847-5672-9098.3

F.      BMW FS has provided floor plan financing to LRJ Cerritos pursuant to the terms
of that certain Inventory Financing and Security Agreement dated May 18, 2009, with a
maximum amount of $5,500,000, which has been renewed and amended from time to time, and
as of the Petition Date had a current outstanding balance of $4,884,681.00 (the "LRJ Cerritos
Floorplan").

G.      BMW FS has provided additional financing to LRJ Anaheim pursuant to the
terms of that certain Term Loan and Security Agreement dated September 26, 2005, with an
outstanding balance as of the Petition Date of $563,334.00, that certain Term Loan and Security
Agreement dated November 1, 2006, with an outstanding balance as of the Petition Date of
$631,131 (collectively the "LRJ Anaheim Term Loans", together with the LRJ Anaheim
Floorplan and the LRJ Cerritos Floorplan, the "Loan Agreements").

H.      The total balance owed by the Debtors to BMW FS under the Loan Agreements,
as of the Petition Date was $10,284,316, plus accruing interest, fees and costs.

I.      Debtors obligations under the Loan Agreements are guaranteed by Townsend
Automotive Group, LLC, Ernest Townsend, Joshua Townsend, Barbara Townsend, and/or
Lauren Townsend pursuant to certain written guaranties (collectively the "Guarantors"), and are
cross-defaulted and cross-collateralized.

J.      Pursuant to the terms of the Loan Agreements, Debtors granted to BMW FS a
first-priority security interest on virtually all of their assets (collectively the "Collateral"). Such
security interest is, has been and continues to be fully and properly perfected.

K.      As of the Petition Date, BMW FS contends that the Debtors were in violation and
default of the Loan Agreements by reason of their failure to, among other things, timely pay
curtailments and maturations when due. But for the filing of the Chapter 11 cases, pursuant to

the Loan Agreements, BMW FS contends that it would be entitled to immediate payment of all outstanding indebtedness from Debtors and also to pursue its remedies under the Loan Agreements and applicable law, due to Debtors' defaults.

L.     The proceeds derived from the sale of the Debtors' inventory constitutes cash collateral of BMW FS ("Cash Collateral").

M.     On September 9, 2011, the Debtors filed *Debtors' Notice Of Emergency Motion and Emergency Motion For An Order Authorizing The Use Of Cash Collateral On An Interim Basis Pending A Final Hearing* ("Cash Collateral Motion").

N.     Debtors have no claims, offsets, or defenses to the claims of BMW FS as of the Petition Date, and agree that all security documents between it and BMW FS have been duly executed and are enforceable according to their terms.

O.     Debtors are in possession of BMW FS' Cash Collateral, and will continue to generate Cash Collateral from the sale, lease, or other disposition of motor vehicles, automotive parts and accessories covered by BMW FS' various Loan Agreements, and by the disposition of other items subject to BMW FS' security interests.  This Agreement is intended to allow Debtor to use BMW FS' Cash Collateral, while protecting BMW FS' interest therein pursuant to § 363 of the Bankruptcy Code.

P.     Without the continued use of BMW FS' Cash Collateral, Debtors would be unable to continue their business operations.

Q.     BMW FS is willing to permit Debtors to use Cash Collateral and to make loans post-petition for the financing of new inventory, upon the terms and conditions set forth herein, and upon the provisions for adequate protection contained herein.  Accordingly, Debtors and BMW FS wish to establish the basis upon which Debtors may:

4847-5672-9098.3                                                4

        1.     Use Cash Collateral and proceeds of other collateral of BMW FS;

        2.     Borrow money post-petition for additional inventory financing;

        3.     Sell certain inventory in which BMW FS holds a perfected security interest in the ordinary course of business;

        4.     Segregate, sequester and pay over to BMW FS certain of the proceeds of BMW FS' Cash Collateral; and

        5.     Provide for adequate protection of BMW FS' security interest in the Cash Collateral utilized by Debtors.

## THE AGREEMENT

NOW, THEREFORE, subject of the authorization by the Bankruptcy Court, it is hereby stipulated and agreed as follows:

### Post-Petition Floor Plan Financing

1.     BMW FS agrees to provide post-petition wholesale financing to Debtors for new vehicles in strict accordance with their respective Loan Agreements and this Stipulation.

2.     BMW FS may, in its sole business discretion, provide additional post-petition wholesale financing to Debtors for used vehicles, in amounts not to exceed $750,000 for each Debtor, pursuant to the terms and conditions of the Loan Agreements. Specifically, BMW FS will not be obligated to finance the acquisition of any used vehicle for Debtors unless BMW FS has provided approval for the purchase of such vehicle prior to the acquisition of such vehicle, or the parties have agreed on additional terms that would allow another procedure. The granting or withholding of approval of wholesale financing for used vehicles shall be within the absolute and sole business discretion of BMW FS.

3.     With regard to all post-petition credit extended by BMW FS to Debtors, BMW FS

shall be granted a first-priority lien pursuant to 11 U.S.C. § 364(c) and 11 U.S.C. § 507(b) on all

inventory of new and used motor vehicles, automotive parts and accessories, and related

equipment and all chattel paper, accounts, contract rights, books, documents, instruments,

general intangibles, consumer goods, equipment, furniture, supplies, machinery, fixtures and

leasehold improvements, whether now owned or hereafter acquired, together with all products

and proceeds from the same, provided however that BMS FS's post-petition liens will be junior

to any valid, senior pre-petition liens held by purchase money lenders and lessors.

### Debtor's Use of Cash Collateral

4.     BMW FS consents to Debtors' use of BMW FS' Cash Collateral in the ordinary

course of business, and pursuant to the budgets, submitted by Debtors as attached hereto as

Exhibit A, (collectively the "Budget") on the following strict terms and conditions:

(a)     Cash

Debtors are hereby authorized to use the cash held or maintained in their bank

accounts as of the close of business on September 8, 2011 or thereafter acquired.

(b)     Retail or Wholesale Sale of Financed Motor Vehicles

At all times subject to the requirements of the Budget, upon the sale of a motor

vehicle for which BMW FS has provided wholesale financing, each Debtor is hereby

authorized to use that portion of BMW FS' Cash Collateral which represents the

difference between the amount of financing (i.e., the amount shown as the remaining

balance on BMW FS' statements to the relevant Debtor) (the "Floor Plan Release Price")

and the amount for which the vehicle is sold by the relevant Debtor subject to the

following terms and conditions:

4847-5672-9098.3                                   6

    i.      The relevant Debtor shall pay BMW FS the Floor Plan Release Price on said vehicle, the earlier of the receipt of proceeds from the sale of said vehicle or within 11 banking days of the sale of said vehicle. For purposes of this Section (b), (c) & (d), the "receipt of funds" shall mean the following business day after the day of actual receipt of funds by the relevant Debtor.

    ii.     Notwithstanding anything else in this Agreement, in the event a consumer purchase is funded by BMW FS, such deal shall be funded on a "Net Funding Basis" whereby BMW FS shall remit payment to itself for the Floor Plan Release Price and shall remit the excess payment, if any, to the Debtor, within the normal course of business of BMW FS.

    iii.    In the event the new vehicle sold by a Debtor has a customer credit for a manufacturer's incentive or rebate from Land Rover or Jaguar, the relevant Debtor will remit to BMW FS the full amount of the Floor Plan Release Price on said vehicle and the relevant Debtor shall be able to collect the manufacturer's incentive or subsidy on the vehicle directly from the manufacturer.

    iv.    If a Debtor accepts a trade-in as part of the sale of such a vehicle, BMW FS shall be granted a lien pursuant to 11 U.S.C. § 364(c) and 11 U.S.C. § 507(b) on any such trade-in vehicle. Upon the relevant Debtor's receipt of the title to a used vehicle taken in trade for the sale of a vehicle for which BMW FS provided wholesale financing, the relevant Debtor shall maintain custody and control of the title (pink slip) subject to its trust obligations contained in the Loan Agreements.

    v.     If a Debtor accepts a trade-in in total or partial consideration of the sale of such a vehicle, the relevant Debtor shall pay off any lien on the trade-in vehicle within 2 banking days of acceptance of the trade-in vehicle, and shall submit proof to BMW FS that the lien on the trade-in vehicle has been paid off.

    vi.    Debtors shall not sell any vehicle for less than the Floor Plan Release Price without the prior written consent of BMW FS. If a Debtor sells a floored vehicle for less than the Floor Plan Release Price, only after advance written consent from BMW FS, BMW FS shall receive all proceeds of the sale, in kind, and the relevant Debtor shall, within 2 banking days of the sale of such a vehicle, pay BMW FS the difference between the amount financed on the vehicle and the proceeds of sale. Until such time as the relevant Debtor pays BMW FS the difference in the vehicle, BMW FS shall

7

retain all rights to collect the manufacturer's incentive or subsidy on the vehicle directly from the manufacturer.

vii.    Debtors shall not, without the prior written consent of BMW FS, give credit on a retail installment contract or retail lease for a trade-in vehicle which credit exceeds the NADA wholesale value of such vehicle or the value of any firm bid from a wholesaler on such vehicle, whichever is greater.

(c)    Fleet Sales, Dealer Trades/Sales and/or Auto Broker Sales

With regard to fleet sales, dealer trades/sales and/or auto broker sales, Debtors shall collect the gross proceeds of any such transaction and Debtors shall remit the Floor Plan Release Price for any such vehicle to BMW FS the earlier of the receipt of proceeds from the sale of said vehicle(s) or within three (3) banking days from the sale of said vehicle(s).  Neither Debtor will enter into any fleet sales or dealer trade/sales or auto broker sales without BMW FS' prior written consent.

(d)    Wholesale or Auction Sales

Debtors shall not wholesale or sell at auction any motor vehicles, including but not limited to, motor vehicles on which BMW FS has a lien, without BMW FS' express written consent.   In the event a Debtor elects to sell vehicles on a wholesale basis or at auction, after obtaining BMW FS' prior written consent, Debtor shall collect the gross proceeds of any such transaction and the relevant Debtor shall remit the Floor Plan Release Price for such vehicle to BMW FS on the earlier of the receipt of proceeds from the sale of said vehicle(s) or within 11 banking days from the sale of said vehicle(s).

(e)    Sale of Automotive Parts

At the end of each calendar month, each Debtor shall prepare a summary of its receipts of proceeds from the sale of automotive parts in connection with over-the-

counter sales of automotive parts to retail customers or sales of parts in connection with Debtors' service or repair, including warranty service and repair, of retail customers' motor vehicles. Each Debtor shall pay BMW FS an amount equal to the cost of said parts or supply BMW FS with proof that the relevant Debtor has replenished its inventory of automotive parts with a part or parts of equal value, which are free and clear of any lien or encumbrance.

Debtors shall not sell any automotive parts in bulk or out of the ordinary course of business without BMW FS' prior written consent. If automotive parts are sold in bulk, or out of the ordinary course of business, only after BMW FS has provided its prior written consent, the relevant Debtor shall instruct purchasers to make payment in the form of a cashier's check or certified funds jointly payable to BMW FS and the relevant Debtor. Debtor shall immediately endorse and deliver said proceeds to BMW FS. BMW FS will then issue its check to the relevant Debtor for an amount equal to the sale price of the parts, less the acquisition cost of the parts by the dealership.

(f)    Delivery of Vehicle Keys, MCO's and Titles

Until such time as there has been a default under this Agreement, and the exercise of the default remedies described below, Debtors shall maintain custody and control of all vehicle keys, Manufacturer's Certificates of Origin ("MCO"), and titles for all new and used vehicles in Debtors' inventories. Each Debtor shall be bound by all of its trust obligations contained in the Loan Agreements and shall provide a daily report of its sales activity to BMW FS.

(g)     Chattel Paper

BMW FS' purchase of chattel paper from the Debtors shall continue to be
governed by the pre-petition agreements between BMW FS and the Debtors.

(h)     Other Cash Collateral

Provided Debtors are not in default hereunder, Debtors may use BMW FS' Cash
Collateral, including but not limited to, the cash collateral in Debtors' respective Debtor-
in-Possession accounts, in the ordinary course of business on the terms and conditions set
forth herein, and all times in strict compliance with the Budget.

(i)     BMW FS On Premises Auditor/Agent

BMW FS shall be entitled to maintain its own agents/auditors on the premises of
the Debtors.  The agents/auditors shall use best efforts to avoid any disruption to the
ordinary and customary operation of Debtors' businesses.

**Adequate Protection Payments and Replacement Liens**

5.     As and for adequate protection payments, the relevant Debtor shall pay BMW FS
all interest which became due to BMW FS in the prior calendar month for all floor
plan/wholesale financing outstanding for the period.  In addition, the Debtor shall make all
payments otherwise due under the Loan Agreements, according to their terms.

6.     As further adequate protection for the interests of BMW FS, the Debtors hereby
grant to BMW FS the following:

(a)     *nunc pro tunc* to the Petition Date, (i) a replacement lien pursuant to 11
U.S.C. § 361(2) on and in all property acquired or generated post petition by the Debtors
to the same extent and priority and of the same kind and nature as BMW FS' pre-petition
liens and security interests in the Cash Collateral and other assets of the Debtors;

(b)     an administrative expense priority pursuant to sections 11 U.S.C. §§ 507(a) and 503 (b) of the Bankruptcy Code for the diminution in the value of BMW FS's collateral during these proceedings; and

(c)     adequate protection payments as described above.

## The Budget

7.     Debtors, through their professionals, have created the Budget that is attached hereto as Exhibit A. Cash Collateral shall be used in strict accordance with the terms of the Budget, through the period provided for therein, and all extensions thereof, as agreed to by BMW FS, except that a Debtor shall be authorized to (i) exceed any line item on the Budget by an amount not to exceed fifteen (15%) percent of any such line item, provided that in all events and circumstances the total of all amounts in excess of all line items in the Budget do not exceed ten (10%) percent in the aggregate of the total Budget, and (ii) carryover unused line item allowances from one month to following months. In the event there is a variance in excess of the foregoing variance limits, such variances can be approved by BMW FS in writing without additional Bankruptcy Court approval. Debtors shall provide BMW FS with backup for all budget entries requested by BMW FS upon request. Debtors agree that all amounts shown on the Budgets shall be paid each month before any amounts attributable to Townsend Salaries, as defined in the Budget, which represent the proposed salaries for Ernest W. Townsend and Joshua Townsend, are paid. BMW FS shall not object to the salaries of Ernest W. Townsend and Joshua Townsend as set forth in the Budget.

## General Provisions

8.     Except as expressly modified and amended herein, Debtors shall perform all of their respective obligations as set forth in the Loan Agreements.

4847-5672-9098.3                                    11

9.      Debtors shall maintain insurance on BMW FS' collateral as required by the terms and conditions of the Loan Agreements and shall provide evidence of same upon request of BMW FS.

10.     BMW FS claims for the existing indebtednesses are secured claims within the meaning of 11 U.S.C. § 506 to the extent of the Debtors' obligations to BMW FS contained in the Loan Agreements.

11.     Unless a Debtor formally contests BMW FS' security interest, by way of filing a pleading with the Bankruptcy Court on or before by October 31, 2011, pursuant to Fed. R. Bankr. P. 7001, Debtors shall be deemed to have agreed with prejudice that BMW FS has a first priority, perfected security interest in their collateral. No Cash Collateral or other collateral in which BMW FS holds an interest, or property of the Debtors pledged as adequate protection hereunder to BMW FS may be used to fund any litigation (including pre-litigation investigations) by the Debtors or any committee of unsecured creditors, or any subsequent trustee that may be appointed in this case, to challenge or avoid the security interest of BMW FS in and to all of the Debtors' assets. Any official committee of unsecured creditors which may be constituted by the Office of the United States Trustee shall have no longer than 30 days from the date of their appointment to file an adversary proceeding challenging the validity, extent or priority of the security interests of BMW FS, the failure of any such committee to timely institute such action shall constitute a bar, with prejudice, to any such action by a committee or any subsequently appointed trustee.

12.     No Cash Collateral or other collateral in which BMW FS holds an interest, or property of the Debtors pledged as adequate protection hereunder to BMW FS may be used to pay, or be charged pursuant to § 506(c) of the Bankruptcy Code or other applicable law, for any

4847-5672-9098.3                                  12

costs or expense of preserving or disposing of any of BMW FS' collateral, or for any expenses of

administration of the case, or any future case, including cases under Chapter 7 of the Bankruptcy

Code, provided, however that no provisions hereof shall prohibit the payment of professional

fees approved by the Bankruptcy Court. The Debtors also waive any right to seek a surcharge

against BMW FS separate and apart from a charge against its collateral.

   13. As adequate protection of or for BMW FS' interest in Cash Collateral, the use of

which may have resulted, and will result in a decrease in the value and amount of such cash

collateral, the Debtors grant to BMW FS, pursuant to 11 U.S.C. §§ 361(2) and 363, effective

immediately upon entry of an order authorizing this Agreement, and without the necessity of the

execution by the Debtor of chattel mortgages, security agreements, financing statements, or

otherwise, a valid, continuing, enforceable, automatically perfected, non-voidable, and non-

subordinable, first lien and security interest in and to, all post-petition assets, including, without

limitation, all inventory of new and used motor vehicles, automotive parts and accessories, race

vehicles, trailers, delivery vans, trucks, and related equipment and all chattel paper, accounts,

contract rights, books, documents, instruments, general intangibles, consumer goods, equipment,

furniture, supplies, machinery, and leasehold improvements, whether now owned or hereafter

acquired, together with all products and proceeds from the same, but excluding any and all

avoidance actions arising under Chapter 5 of the Bankruptcy Code (collectively "Avoidance

Actions") and any proceeds therefrom. The lien on post-petition assets shall be deemed to be

perfected *nunc pro tunc* from the Petition Date, and shall secure all obligations of the Debtors to

BMW FS under the Loan Agreements and this Agreement.

   14. As additional protection of or for BMW FS' interest in Cash Collateral, to the

extent BMW FS should file an unsecured claim herein representing any post-petition diminution

4847-5672-9098.3     13

of BMW FS' collateral during the course of the Bankruptcy Cases or for failure of any adequate protection granted under this Agreement, BMW FS shall have, and hereby is granted, an administrative claim under 11 U.S.C. §§ 503(b) and 507(a)(1), of a priority equal to all administrative expenses of the kind specified in 11 U.S.C. §§ 503(b) and/or 507(b), including, without limitation, allowed fees and disbursements payable to professionals pursuant to 11 U.S.C. §§ 327, 328, 330, 331 and 1103, which administrative claim shall, at all times, be senior to the rights of Debtors in such proceedings, and shall be equal in priority to any and all administrative expenses under §§ 503(b) and 507(a)(1), incurred or arising in the context of any case instituted by or against Debtors under Title 11 of the United States Code, or in the context of any case to which this case may be converted, whether under 11 U.S.C. § 1112 or otherwise, and whether incurred or arising prior or subsequent to the entry of the order authorizing this Agreement, and arising prior or subsequent to a conversion of such proceedings pursuant to 11 U.S.C. § 1112. Debtors shall not cause, suffer, or permit the attachment or allowance of any claims having a priority superior, or equal to, the liens and claims of BMW FS provided for herein, and no costs or expenses of administration of any kind shall be imposed upon BMW FS, its liens, claims or collateral, whether under 11 U.S.C. § 506(c) or otherwise.

15.    As provided hereinabove, BMW FS shall not be required to file financing statements, security agreements, chattel mortgages, notices of lien, or similar instruments, in any jurisdiction, or take any other action, in order to validate and perfect the security interests and liens, granted to it hereunder. If BMW FS shall, however, in its sole discretion, choose to file or record such financing statements, security agreements, chattel mortgages, notices of lien, or similar instruments, or otherwise take any steps to effect, validate, or confirm the creation or perfection of, its said security interests and liens, in the manner prescribed under applicable, non-

bankruptcy law, such filings or recordations shall be deemed to have occurred at the time of, and

on the date of entry of the order authorizing this Agreement, and, pursuant to 11 U.S.C. § 362(d),

the automatic stay shall be deemed vacated and modified to the extent necessary to permit such

filings or recordations.

16.     Debtors acknowledge and affirm that their respective Franchise Agreements are

general intangibles, subject to BMW FS' lien and that all such Franchise Agreements are in full

force and effect, provided, however that there is a pending termination procedure regarding LRJ

Anaheim's Franchise Agreements.

17.     The claims, liens, rights and priorities, conferred upon BMW FS hereunder or

otherwise acknowledged, recognized or validated under the terms hereof, shall survive dismissal

or conversion of these proceedings, whether under 11 U.S.C. § 1112 or otherwise.  Further, if

any or all of the provisions of this Agreement are hereafter modified, vacated, or stayed, such

action shall not affect the validity of any obligation, indebtedness, or liability incurred by

Debtors to BMW FS, or the validity and enforceability or any claim, security interest, liens or

priority, authorized, created, acknowledged, recognized, or validated hereby, and BMW FS shall

remain entitled to all rights and remedies provided for herein.

18.     Subject to the terms hereof, the claims, liens and priorities of and granted to

BMW FS, and/or the obligations of the Debtors to BMW FS, recognized, validated, ratified, or

confirmed under the terms hereof, shall not be discharged or affected in any manner by the entry

of an order confirming a plan of reorganization in these proceedings, and, pursuant to 11 U.S.C.

§ 1141(d)(4), Debtors hereby expressly waive such discharge.

19.     Upon BMW FS' request, the Debtors will allow BMW FS to conduct physical

audits and/or inspections of their respective business premises and of their books and records of

4847-5672-9098.3                                15

account and any documents related to the same, at reasonable times and as provided hereinabove, Debtors shall allow BMW FS personnel to be present at or on such premises at all times and allow BMW FS personnel full access to all dealership computers, books and records, including, but not limited to, all reports of sale books, cash entry journals, deal jackets, and all banking records. Moreover, Debtors shall provide BMW FS at the close of business each day a report detailing all vehicles sold, date sold, price, proceeds to BMW FS and funding status. This report shall be in Excel spreadsheet form and delivered to such persons as BMW FS may direct. BMW FS' personnel shall not unreasonably interfere with or interrupt the Debtors' business operations or its employees

20.     As a further inducement to BMW FS to enter into the within Agreement, each Debtor agrees to hereby forever and unconditionally waive, release, acquit, and discharge BMW FS, its respective officers, directors, employees, agents, attorneys, predecessors, successors, subsidiaries and affiliates (and all officers, directors, employees, agents and attorneys of such predecessors, successors, subsidiaries and affiliates) (collectively "Releasees"), from and against any and all claims, demands, claims for relief, causes of action, costs, losses, debts, liabilities, damages and obligations, of whatever kind or character, whether accrued or unaccrued, known or unknown, which are now existing, which the Debtor may own or hold, or claim to own or hold, or at anytime heretofore may have owned or held, or claimed to have owned or held, against the Releasees, or any of them, arising from, out of, or relating to, the Loan Agreements and/or this Agreement, other than potential Avoidance Actions.

21.     Except as specifically provided herein, neither BMW FS nor either Debtor waive any rights that any of them may have under the Loan Agreements or the Bankruptcy Code. In consenting to the use of Cash Collateral hereunder, BMW FS reserves its right to later assert that,

notwithstanding the terms and provisions of this Agreement, its interest in Debtors' property lacks, or at any time lacked, adequate protection within the meaning of 11 U.S.C. §§ 362 and 363, and nothing contained herein shall be deemed to be or be construed as a finding that adequate protection is necessary to protect the interests of BMW FS.

22.    Debtors shall provide BMW FS with copies of all financial and operating reports provided to the U.S. Trustee, as and when said reports are provided to the U.S. Trustee. Debtors shall also provide BMW FS with all regular and interim financial statements and reports prepared in the ordinary course of Debtors' businesses. Each Debtor will provide a copy of its 2010 Federal tax return to BMW FS when filed.

23.    The Debtors shall be allowed to utilize up to two (2) motor vehicles as "demonstrators" (the "Permitted Demos") in an aggregate retail value not to exceed $400,000 and shall immediately take possession of all motor vehicles other than Permitted Demos currently being used as "demonstrators" and will not use any motor vehicles other than Permitted Demos as demonstrators in the future except for test drives by retail customers. The Debtors shall at all times keep and maintain their entire vehicle inventory on their respective dealership premises located at 5425 E La Palma Ave, Anaheim, CA and 10861 183rd St., Cerritos, CA.

24.    Subject to the agreement of BMW FS to subsequent budgets and in the absence of independent default by Debtors under this Agreement, this Agreement and the order authorizing same shall remain in effect through and including January 17, 2012, at which time it shall expire, unless the Debtors have filed with the Court a motion to approve a sale of the Debtors or the Debtors' assets, or a plan of reorganization/liquidation providing for the same, in which case this Stipulation shall be extended through and including the date set by the Court for hearing of such motion, or confirmation of such plan, unless otherwise extended by agreement of the Parties.

4847-5672-9098.3                                            17

Notwithstanding the foregoing, if the Parties so desire, this Agreement and the order approving same may be extended for additional mutually agreed-upon periods of time without further Order of the Court, providing any such extensions are contained in a written instrument executed by each of the Debtors, the Guarantors and BMW FS.

25.    Except with respect to the adequate protection granted, the releases and waivers in favor of BMW FS and the *prima facie* determinations applicable in any successor case filed by Debtors, or in the event of the termination or expiration of this Agreement, BMW FS shall have no further obligations to the Debtors or any successor in interest to the Debtors. In addition, subject to the rights conferred upon BMW FS hereunder, this Agreement shall terminate if either of the Debtors' businesses are closed or any of the Debtors' Franchise Agreements are terminated on a final basis.

26.    For so long as this Agreement is in effect and BMW FS is not in breach of its obligations hereunder, Debtors will not attempt to prime the existing liens in favor of BMW FS or those granted to BMW FS under this Agreement.

27.    Nothing in this Agreement, or the acts of the parties, shall be deemed or construed as in any way creating a relationship, including without limitation, agency, partnership, joint venture, or any other similar relationship between BMW FS and Debtors other than as a debtor and creditor. Neither Debtor is an agent, partner or representative of BMW FS and BMW FS is not an agent, partner, representative of Debtors and nothing in this Agreement or any of the documents that may be contemplated to be executed in connection with this Agreement shall be construed under any circumstances to render BMW FS liable for goods delivered or services provided by Debtors or debts or claims accruing against Debtors.

28.     No failure on the part of BMW FS to exercise, and no delay in exercising, any right granted hereunder or in any of the Loan Documents shall operate as a waiver thereof, nor shall any single or partial exercise of any right hereunder preclude any other exercise thereof or the exercise of any other right. Acceptance of partial payments by BMW FS, if any, shall not constitute a waiver of any rights, nor create within the Debtors any right to claim a waiver of any rights of BMW FS. The remedies hereunder and in the Loan Agreement are cumulative and may be exercised alternatively, simultaneously, successively or in any other manner as BMW FS in its sole discretion shall see fit, and such remedies are not exclusive of any other remedies provided for by applicable law. Nothing in BMW FS' past or current forbearances, if any, shall be deemed to create any additional requirements or obligations on the part of BMW FS to the immediate exercise of any or all of its rights upon the default of the Debtors.

29.     Each of the Guarantors shall provide BMW FS with current financial statements and 2010 Federal tax returns. Guarantors, jointly and severally, hereby reaffirm to BMW FS their obligation to unconditionally guarantee the prompt and full payment all of Debtors' obligations under the Loan Documents. Guarantors respective guaranties are of payment and not a guaranty of collection.

30.     All parties will execute all documents necessary to implement the provisions of this Agreement.

31.     This Agreement may not be amended or modified in any manner unless such amendment or modification in contained in a written instrument executed by the parties.

32.     This Agreement may be executed in any number of counterparts by the several parties hereto, each of which shall constitute an original, but all together shall constitute but one and the same instrument.

33.     All notices, requests or demands required or permitted to be given pursuant to this

Agreement shall be in writing and delivered:

if to BMW FS to its counsel

Jay Selanders, Esq.
Kutak Rock, LLP
1010 Grand, Suite 500
Kansas City, MO 64106
816-502-4617 (phone)
816-960-0041 (facsimile)
jay.selanders@kutakrock.com

with copy to

David Bournazian
Cyrus Chen
Kutak Rock, LLP
18201 Von Karman Avenue
Suite 1100
Irvine, CA 92612-1077
949-417-0999 (phone)
949-417-5394 (facsimile)
david.bournazian@kutakrock.com

if to the Debtor to its counsel:

Martin J. Brill
Todd M. Arnold
Levene, Neale, Bender, Yoo & Brill L.L.P.
10250 Constellation Blvd.
Suite 1700
Los Angeles, CA 90067
310-229-1234 (phone)
310-229-1244 (facsimile)
mjb@lnbyb.com
tma@lnbyb.com

34.     BMW FS reserves the right to object to any sale of Debtors' assets on the

grounds, *inter alia*, that the proceeds thereof are insufficient to satisfy the Debtors' obligations to

BMW FS.

4847-5672-9098.3                          20

35.    Time is of the essence.

## Default and Remedies Upon Default

36.    Debtors shall be in default hereunder if either Debtor fails to comply with any of the terms and conditions set forth in this Agreement or the Loan Agreements. Upon any default under this Agreement or the Loan Agreements, BMW FS may immediately cease funding any additional inventory, and shall provide written notice (which may be by email) to Debtors' counsel specifying the event of such default and the relevant Debtor shall have forty-eight (48) hours to cure any such specified default. If the relevant Debtor fails to timely cure any such default, BMW FS shall have the option to exercise any or all of the default remedies provided herein:

(a)    BMW FS On-Premises Auditor/Agent

Upon a Debtor's default and failure to timely cure, (i) BMW FS shall be immediately authorized to install a "keeper" at the relevant Debtor's location, at all times, including without limitation, the relevant Debtor's regular business hours, in order, *inter alia*, to monitor BMW FS' collateral, and to collect and retain any and all proceeds thereof, to the extent permitted by this Agreement and subject to making payments required by the Budget, (ii) Titles and MCO's shall be held in an office on the premises of the relevant Debtor, (iii) only BMW FS will have access to this office and all keys to the office shall remain in the possession of BMW FS, (iv) BMW FS will take all reasonable steps to provide MCO's or titles (as applicable), to new and used vehicles to facilitate the normal operations of the Debtors, (v) at any such time as BMW FS' agents/auditors become aware of, or have reason to believe that a Debtor or its representatives are engaging in activities which may constitute sales out of trust, the agents/auditors may

4847-5672-9098.3                                                21

exercise their discretion to suspend BMW FS' compliance with the terms of this Agreement and BMW FS consents to the Debtors seeking an emergency hearing before the Bankruptcy Court to determine Debtors' compliance with the terms of this Agreement or the Loan Agreements;

(b)     Upon a Debtor's default and failure to timely cure, BMW FS shall be authorized without the need for any order of the Bankruptcy Court to lodge its assignment of receivables with Land Rover and Jaguar.

## **Termination of Agreement**

37.     In the event of any default hereunder and failure to timely cure, BMW FS may file a Notice of Default with the Bankruptcy Court, and serve the same on Debtors' counsel and the United States Trustee by facsimile or hand delivery.  Unless Debtors timely cure any specified default or file an emergency motion contesting BMW FS' Notice of Default within two (2) business days from the date of the filing of such notice, the automatic stay shall be dissolved, and be deemed to be so dissolved and, without the necessity of further order, act, or proceeding under bankruptcy or applicable non-bankruptcy law:

(a)     Debtors' use of Cash Collateral shall be suspended forthwith;

(b)     Debtors shall voluntarily, and immediately, assemble and surrender to BMW FS all of their collateral at the Debtors' business premises, and BMW FS shall be authorized and allowed to enter any of the premises of the Debtors to take possession of and remove such collateral, or any part thereof;

(c)     BMW FS shall otherwise be entitled to exercise its rights and remedies under the Loan Agreements and applicable law, as if this Bankruptcy case had never been filed;

4847-5672-9098.3                                   22

(d)     In any subsequent bankruptcy case that may be filed by either Debtor, the

exercise of the default rights hereunder by BMW FS shall be deemed *prima facie*

evidence of BMW FS' entitlement to immediate relief from stay in any such subsequent

case. The Debtors waive any and all right to object to such immediate relief from stay.

Dated: _____ _____          TOWNSEND CORPORATION
                                    Debtor and Debtor-in-Possession


                                    By:_____


Dated: _____            LRJC, INC.
                                    Debtor and Debtor-in-Possession


                                    By:_____


Dated:_____             BMW FINANCIAL SERVICES NA, LLC


                                    By:_____

ACKNOWLEDGED:

TOWNSEND AUTOMOTIVE GROUP, LLC

_____
Ernest Townsend, President

_____          _____
Ernest Townsend, Individually             Barbara Townsend, Individually

_____          _____
Joshua Townsend, Individually             Lauren Townsend, Individually

4847-5672-9098.3                    23

# EXHIBIT "2"

## Land Rover Jaguar Anaheim Hills 2011 Budget

| Description | 9/10/2011 Week 1 | 9/17/2011 Week 2 | 9/24/2011 Week 3 | 10/1/2011 Week 4 | 10/8-11/7 Month 2 | 11/8-12/7 Month 3 | 12/8-1/7 Month 4 | Total |
|---|---|---|---|---|---|---|---|---|
| Beginning Cash Balance | 315,138 | 327,815 | 406,126 | 354,143 | 430,947 | 692,385 | 628,118 | |
| Receivables | 8,500 | 123,171 | 0 | 0 | 0 | 0 | 0 | |
| Sales - New & Used Vehicle | 400,000 | 450,000 | 650,000 | 650,000 | 2,800,000 | 2,900,000 | 3,080,000 | 10,930,000 |
| Business Builder/Incentives | 0 | 0 | 0 | 0 | 325,000 | 0 | 0 | 325,000 |
| Sales - Service & Parts | 94,000 | 94,000 | 104,000 | 114,000 | 456,000 | 456,000 | 456,000 | 1,774,000 |
| LRNA/Jaguar Warranty Reimbursements | 0 | 0 | 0 | 111,000 | 111,000 | 111,000 | 111,000 | 444,000 |
| Sales Tax/DMV Fees Collected | 28,750 | 28,750 | 28,750 | 28,750 | 115,000 | 115,000 | 115,000 | 460,000 |
| Total Income/Cash | 846,388 | 1,023,736 | 1,188,876 | 1,257,893 | 4,237,947 | 4,274,385 | 4,390,118 | 13,933,000 |
| Vehicle Cost of Sales (Purchased/Floored) | 376,000 | 423,000 | 611,000 | 611,000 | 2,632,000 | 2,726,000 | 2,895,200 | 10,274,200 |
| Parts Cost of Sales (Purchased) | 0 | 45,540 | 49,500 | 54,750 | 219,000 | 219,000 | 219,000 | 806,790 |
| Labor Cost of Sales (Sublet/Tech) | 0 | 15,000 | 0 | 30,671 | 85,686 | 85,686 | 85,686 | 302,729 |
| Cost of Sales - Service Contracts | 0 | 2,500 | 3,500 | 2,700 | 6,000 | 6,000 | 6,000 | 26,700 |
| Sales Staff Compensation | 0 | 19,200 | 0 | 26,400 | 36,000 | 46,080 | 49,200 | 176,880 |
| Delivery Expense | 0 | 0 | 0 | 0 | 1,200 | 1,200 | 1,200 | 4,800 |
| Floor Plan Interest | 11,509 | 0 | 1,200 | 0 | 14,000 | 15,000 | 15,000 | 55,509 |
| Advertising | 0 | 0 | 9,000 | 0 | 10,000 | 10,000 | 10,000 | 39,000 |
| Selling Expenses | 387,509 | 505,240 | 674,200 | 725,521 | 3,003,886 | 3,108,966 | 3,281,286 | 11,686,608 |
| Salaries - Owner's | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Salaries - Supervision | 0 | 31,901 | 0 | 23,000 | 55,000 | 56,000 | 58,000 | 223,901 |
| Salaries - Advisors & Parts | 0 | 18,900 | 0 | 12,750 | 26,000 | 26,000 | 26,000 | 109,650 |
| Salaries Clerical | 0 | 3,000 | 0 | 3,000 | 6,000 | 6,000 | 6,000 | 24,000 |
| Salaries - Others | 0 | 15,000 | 0 | 15,000 | 30,000 | 30,000 | 30,000 | 120,000 |
| Absentee Wages - Prod. Pers. | 0 | 2,700 | 0 | 2,500 | 2,000 | 3,000 | 5,000 | 15,200 |
| Payroll Taxes | 0 | 7,500 | 0 | 6,000 | 13,000 | 13,000 | 26,000 | 65,500 |
| Employee Benefits | 0 | 0 | 7,400 | 0 | 7,400 | 7,400 | 7,400 | 29,600 |
| Total Personnel Expense | 0 | 79,001 | 7,400 | 62,250 | 139,400 | 141,400 | 158,400 | 587,851 |
| Vehicle Maintenance | 0 | 0 | 1,500 | 0 | 1,500 | 1,500 | 1,700 | 6,200 |
| Demo & Co. Vehicle Expense | 0 | 0 | 3,000 | 875 | 3,500 | 3,500 | 3,500 | 14,375 |
| Service Loaner Expense | 0 | 15,000 | 15,000 | 10,000 | 40,000 | 40,000 | 40,000 | 160,000 |
| Uniform & Laundry Expense | 0 | 0 | 1,908 | 0 | 1,900 | 1,900 | 1,900 | 7,608 |
| Office Supplies & Expense | 0 | 0 | 3,000 | 0 | 3,500 | 3,500 | 3,500 | 13,500 |

| | | | | | | | | |
|---|--:|--:|--:|--:|--:|--:|--:|--:|
| Small Tools & Other Expense | 0 | 0 | 4,000 | 0 | 4,000 | 4,000 | 4,000 | 16,000 |
| Goodwill Adjustments | 2,000 | 2,000 | 3,000 | 800 | 9,500 | 9,500 | 9,500 | 36,300 |
| Data Processing Expense | 0 | 2,000 | 14,000 | 0 | 14,000 | 14,000 | 14,000 | 56,000 |
| Outside Services | 3,117 | 0 | 2,883 | 0 | 6,000 | 6,000 | 6,000 | 24,000 |
| Travel & Entertainment | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Contributions | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Memberships, Sub, & Dues | 0 | 0 | 28 | 0 | 28 | 28 | 28 | 112 |
| Legal & Audit Expense | 0 | 0 | 15,000 | 0 | 15,000 | 15,000 | 15,000 | 60,000 |
| Telephone | 0 | 0 | 3,100 | 0 | 3,100 | 3,100 | 3,100 | 12,400 |
| Freight & Express | 0 | 1,152 | 2,500 | 2,500 | 3,500 | 3,100 | 3,500 | 17,000 |
| Employee Training | 0 | 0 | 0 | 500 | 1,000 | 1,000 | 1,000 | 4,652 |
| Bank & Credit Card Charges | 1,000 | 1,000 | 1,000 | 2,500 | 6,000 | 6,000 | 6,000 | 24,000 |
| Policy Work | 0 | 1,000 | 1,743 | 1,000 | 1,500 | 1,500 | 1,500 | 16,000 |
| Miscellaneous | 4,852 | 0 | 1,000 | 0 | 1,000 | 0 | 15,000 | 6,243 |
| Rent | 0 | 0 | 0 | 0 | 63,000 | 63,000 | 63,000 | 193,862 |
| Repair & Maintenance Real Estate | 0 | 0 | 2,500 | 0 | 2,500 | 2,500 | 2,500 | 10,000 |
| Insurance - Build/Improvements | 0 | 0 | 15,090 | 0 | 16,000 | 16,000 | 16,000 | 63,090 |
| Heat, Light, Power, Water | 0 | 0 | 7,000 | 7,000 | 7,000 | 7,000 | 7,000 | 28,000 |
| Insurance - Other | 0 | 0 | 5,943 | 0 | 6,000 | 6,000 | 6,000 | 23,943 |
| Taxes - Other | 0 | 0 | 1,100 | 0 | 1,100 | 1,100 | 1,100 | 4,400 |
| Repair/Maintenance - Equipment | 0 | 0 | 1,500 | 1,000 | 1,500 | 1,500 | 1,500 | 18,800 |
| Equipment Rental | 0 | 0 | 650 | 0 | 700 | 700 | 700 | 2,750 |
| **Total Expense:** | **10,969** | **19,152** | **104,745** | **21,675** | **217,328** | **215,828** | **229,528** | **819,225** |
| | | | | | | | | |
| Interest - Loans | 0 | 5,192 | 0 | 0 | 5,300 | 5,300 | 5,300 | 21,092 |
| Interest Paid | 15,473 | 0 | 0 | 0 | 16,000 | 16,000 | 16,000 | 63,473 |
| United States Trustee Quarterly Fees | 0 | 0 | 0 | 0 | 4,875 | 0 | 0 | 4,875 |
| Utility Security Deposit | 0 | 9,025 | 0 | 0 | 0 | 0 | 0 | 9,025 |
| Debt Service | 26,273 | 0 | 0 | 0 | 26,273 | 26,273 | 26,273 | 105,092 |
| Sales Tax/DMV Fees | 6,349 | 0 | 48,388 | 0 | 115,000 | 115,000 | 115,000 | 399,737 |
| Lein Payoff (Trade-ins) | 72,000 | 0 | 0 | 0 | 0 | 0 | 0 | 72,000 |
| Townsend Salaries | 0 | 0 | 0 | 17,500 | 17,500 | 17,500 | 17,500 | 70,000 |
| **Total:** | **120,095** | **14,217** | **48,388** | **17,500** | **184,948** | **180,073** | **180,073** | **745,294** |
| | | | | | | | | |
| **Total Cash Disbursements:** | **518,573** | **617,610** | **834,733** | **826,946** | **3,545,562** | **3,646,267** | **3,849,287** | **13,838,978** |
| | | | | | | | | |
| **Ending Cash:** | 327,815 | 406,126 | 354,143 | 430,947 | 692,385 | 628,118 | 540,831 | |

**Land Rover Jaguar Cerritos 2011 Budget**

| Description | 9/10/2011 Week 1 | 9/17/2011 Week 2 | 9/24/2011 Week 3 | 10/1/2011 Week 4 | 10/8-11/7 Month 2 | 11/8-12/7 Month 3 | 12/8-1/7 Month 4 | Total |
|---|---|---|---|---|---|---|---|---|
| Beginning Cash Balance | 92,613 | 56,805 | 114,654 | 55,670 | 96,114 | 263,089 | 222,901 | |
| Receivables | 0 | 52,000 | 0 | 0 | 0 | 0 | 0 | |
| Sales - New & Used Vehicle | 395,000 | 395,000 | 395,000 | 575,000 | 2,300,000 | 2,300,000 | 2,300,000 | 8,660,000 |
| Business Builder | 0 | | | | 205,000 | | | 205,000 |
| Sales - Service & Parts | 95,000 | 95,000 | 103,000 | 102,250 | 340,000 | 340,000 | 340,000 | 1,415,250 |
| LRNA/Jaguar Warranty Reimbursements | 0 | 0 | 0 | 67,341 | 76,000 | 76,000 | 76,000 | 295,341 |
| Sales Tax/DMV Fees Collected | 24,500 | 24,500 | 24,500 | 24,500 | 98,000 | 98,000 | 98,000 | 392,000 |
| Total Income/Cash | 607,113 | 623,305 | 637,154 | 824,761 | 3,115,114 | 3,077,089 | 3,036,901 | 10,967,591 |
| Vehicle Cost of Sales (Purchased/Floored) | 375,250 | 375,250 | 375,250 | 546,250 | 2,185,000 | 2,185,000 | 2,185,000 | 8,227,000 |
| Parts Cost of Sales (Purchased) | 0 | 39,900 | 43,260 | 43,294 | 172,920 | 172,920 | 172,920 | 645,214 |
| Labor Cost of Sales (Sublet/Tech Pay) | 0 | 20,626 | 0 | 26,948 | 54,233 | 54,233 | 54,233 | 210,273 |
| Cost of Sales - Service Contracts | 0 | 0 | 3,000 | 3,000 | 6,000 | 6,000 | 6,000 | 24,000 |
| Sales Staff Compensation | 0 | 6,842 | 0 | 12,480 | 21,600 | 30,480 | 30,000 | 101,402 |
| Delivery Expense | 0 | 0 | 0 | 0 | 1,100 | 1,200 | 1,400 | 4,420 |
| Floor Plan Interest | 12,492 | 0 | 720 | 0 | 15,000 | 15,000 | 15,000 | 57,492 |
| Advertising | 0 | 0 | 13,000 | 0 | 13,000 | 13,000 | 13,000 | 52,000 |
| Selling Expenses | 387,742 | 442,618 | 435,230 | 631,972 | 2,468,853 | 2,477,833 | 2,477,553 | 9,321,801 |
| | | | | | | | | 0 |
| Salaries - Supervision | 0 | 25,000 | 0 | 22,000 | 42,000 | 42,000 | 42,000 | 173,000 |
| Salaries - Advisors & Parts | 0 | 10,000 | 0 | 8,000 | 18,000 | 18,000 | 18,000 | 72,000 |
| Salaries Clerical | 0 | 1,250 | 0 | 1,500 | 2,500 | 2,500 | 2,500 | 10,250 |
| Salaries - Others | 0 | 8,000 | 0 | 8,000 | 16,000 | 16,000 | 16,000 | 64,000 |
| Absentee Wages - Prod. Pers. | 0 | 1,000 | 0 | 1,000 | 1,500 | 1,500 | 1,500 | 6,500 |
| Payroll Taxes | 0 | 5,458 | 0 | 5,500 | 11,000 | 11,000 | 16,000 | 48,958 |
| Employee Benefits | 0 | 0 | 3,600 | 0 | 3,600 | 3,600 | 3,600 | 14,400 |
| Total Personnel Expense | 0 | 50,708 | 3,600 | 46,000 | 94,600 | 94,600 | 99,600 | 389,108 |
| Vehicle Maintenance | 0 | 0 | 1,263 | 0 | 1,400 | 1,400 | 1,400 | 5,463 |
| Demo & Co. Vehicle Expense | 0 | 0 | 725 | 0 | 750 | 750 | 750 | 2,975 |
| Service Loaner Expense | 0 | 3,750 | 3,750 | 3,750 | 15,000 | 15,000 | 15,000 | 56,250 |
| Uniform & Laundry Expense | 0 | 0 | 2,555 | 0 | 2,000 | 2,000 | 2,000 | 8,555 |
| Office Supplies & Expense | 0 | 0 | 1,583 | 0 | 1,500 | 1,500 | 1,500 | 6,083 |
| Small Tools & Other Expense | 0 | 0 | 2,950 | 0 | 2,500 | 2,500 | 2,500 | 10,450 |

| | | | | | | | | |
|---|--:|--:|--:|--:|--:|--:|--:|--:|
| Goodwill Adjustments | 2,000 | 2,000 | 3,200 | 1,800 | 9,000 | 9,000 | 9,000 | 36,000 |
| Data Processing Expense | 0 | 0 | 8,000 | 0 | 8,000 | 8,000 | 8,000 | 32,000 |
| Outside Servcies | 0 | 0 | 2,500 | 0 | 2,500 | 2,500 | 2,500 | 10,000 |
| Travel & Entertainment | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Contributions | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Memberships, Sub, & Dues | 0 | 0 | 58 | 0 | 58 | 58 | 0 | 116 |
| Legal & Audit Expense | 0 | 0 | 10,000 | 0 | 10,000 | 10,000 | 10,000 | 40,000 |
| Telephone | 0 | 0 | 1,868 | 0 | 1,900 | 1,900 | 1,900 | 7,568 |
| Freight & Express | 0 | 1,000 | 750 | 750 | 3,000 | 3,000 | 3,000 | 11,500 |
| Employee Training | 0 | 0 | 0 | 1,000 | 1,000 | 1,000 | 1,000 | 4,000 |
| Bank & Credit Card Charges | 0 | 0 | 0 | 3,300 | 3,300 | 3,300 | 3,400 | 13,300 |
| Policy Work | 375 | 375 | 375 | 375 | 1,500 | 1,500 | 1,500 | 6,000 |
| Miscellaneous | 0 | 0 | 323 | 0 | 320 | 320 | 320 | 1,283 |
| Rent | 0 | 0 | 23,016 | 22,200 | 45,000 | 45,000 | 45,000 | 180,216 |
| Repair & Maintenance Real Estate | 0 | 0 | 2,700 | 0 | 2,700 | 2,700 | 2,700 | 10,800 |
| Insurance - Build/Improvements | 0 | 0 | 11,310 | 0 | 11,310 | 11,310 | 11,310 | 45,240 |
| Heat, Light, Power, Water | 0 | 0 | 7,168 | 0 | 7,000 | 5,000 | 5,000 | 24,168 |
| Insurance - Other | 0 | 0 | 4,177 | 0 | 4,177 | 4,177 | 4,177 | 16,708 |
| Taxes - Other | 0 | 0 | 2,174 | 0 | 2,000 | 2,000 | 2,000 | 8,174 |
| Repair/Maintenance - Equipment | 0 | 0 | 1,000 | 0 | 1,000 | 1,000 | 1,000 | 4,000 |
| Equipment Rental | 0 | 0 | 600 | 0 | 600 | 600 | 600 | 2,400 |
| **Total Expense:** | 2,375 | 7,125 | 92,045 | 33,175 | 137,457 | 135,515 | 135,557 | 543,249 |
| Interest - Loans | 27,556 | 0 | 0 | 0 | 27,000 | 27,000 | 27,000 | 108,556 |
| Interest Paid | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| United States Trustee Quarterly Fees | 0 | 0 | 0 | 0 | 4,875 | | | 4,875 |
| Utility Security Deposit | 0 | 8,200 | 0 | 0 | 0 | | | 8,200 |
| Debt Service | 3,740 | 0 | 0 | 0 | 3,740 | 3,740 | 3,740 | 14,960 |
| Sales Tax/DMV Fees | 895 | 0 | 50,609 | 0 | 98,000 | 98,000 | 98,000 | 345,504 |
| Lein Payoff (Trade-ins) | 128,000 | 0 | 0 | 0 | 0 | 0 | 0 | 128,000 |
| Townsend Salaries | 0 | 0 | 0 | 17,500 | 17,500 | 17,500 | 17,500 | 70,000 |
| **Total:** | 160,191 | 8,200 | 50,609 | 17,500 | 151,115 | 146,240 | 146,240 | 680,095 |
| **Total Cash Disbursements:** | 550,308 | 508,651 | 581,484 | 728,647 | 2,852,025 | 2,854,188 | 2,858,950 | 10,934,253 |
| **Ending Cash:** | 56,805 | 114,654 | 55,670 | 96,114 | 263,089 | 222,901 | 177,951 | |

# EXHIBIT "3"

1  MARTIN J. BRILL (State Bar No. 53220)
   TODD M. ARNOLD (State Bar No. 221868)
2  LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
   10250 Constellation Boulevard, Suite 1700
3  Los Angeles, California 90067
   Telephone: (310) 229-1234
4  Facsimile: (310) 229-1244
5  Email: mjb@lnbyb.com, tma@lnbyb.com

6  Proposed Attorneys for Debtors and Debtors in Possession

7
                    UNITED STATES BANKRUPTCY COURT
8                   CENTRAL DISTRICT OF CALIFORNIA
                          SANTA ANA DIVISION
9

10 | In re:                              | Lead Case No.: 8:11-bk-22690-RK (jointly
                                         | administered with Case No.: 8:11-bk-22695-
11 | TOWNSEND CORPORATION                | RK)
   | d/b/a Land Rover Jaguar Anaheim Hills, |
12 |                                     | Chapter 11 Cases
   |     Debtor and Debtor in Possession. |
13 |                                     |
                                         | **INTERIM ORDER RE: DEBTORS'**
14 | In re:                              | **EMERGENCY MOTION FOR ENTRY OF**
                                         | **AN ORDER APPROVING STIPULATION**
15 | LRJC, INC.                          | **AND AGREEMENT FOR ORDER**
   | d/b/a Land Rover Jaguar Cerritos,   | **AUTHORIZING USE OF CASH**
16 |                                     | **COLLATERAL, CONTINUED**
   |     Debtor and Debtor in Possession. | **DISCRETIONARY FLOOR**
17 |                                     | **PLAN FINANCING AND PROVIDING**
                                         | **FOR ADEQUATE PROTECTION**
18 | Affects:                            |
19 |                                     |
   | ☐ TOWNSEND CORPORATION Only         | **Hearing:**
20 |                                     | Date:   September 27, 2011
   | ☐ LRJC, INC. Only                   | Time:   3:00 p.m.
21 |                                     | Place:  Courtroom "5D"
   | ☒ BOTH DEBTORS                      |         411 West Fourth Street
22 |                                     |         Santa Ana, CA 92701-4593

23

24

25

                                    1

Upon consideration of the Emergency Motion For Entry Of An Order Approving Stipulation And Agreement For Order Authorizing Use Of Cash Collateral, Continued Discretionary Floor Plan Financing And Providing For Adequate Protection (the "Motion")[1] filed by the Debtors, the Notice of the Motion, the Memorandum of Points and Authorities and declarations in support of the Motion, any oppositions to the Motion, any evidence in support of the foregoing duly admitted into evidence by the Court, the arguments of counsel made at the hearing on the Motion, the record in these cases, and for good cause shown,

**IT IS HEREBY ORDERED**, as follows:

1.      Notice of the Motion was appropriate under the circumstances and complied with the requirements of the Bankruptcy Code, Bankruptcy Rules, and Local Bankruptcy Rules, as may have been modified by the Court.

2.      The Motion is granted and the Stipulation is approved on an interim basis pending a final hearing, which shall be held on _____, 2011, at ___:___ __.m., at the above-referenced location (the "Final Hearing").

3.      The Debtors are hereby authorized to use cash collateral and to pay the expenses set forth in the Budgets on an interim basis pending a Final Hearing.

4.      The Debtors are hereby authorized to obtain postpetition financing from BMW FS in accordance with the terms of the Stipulation on an interim basis pending a Final Hearing.

5.      Any further oppositions to the Motion must be filed with the Court and served on the United States Trustee, parties requesting special notice, the 20 largest general unsecured creditors and counsel to the Debtors so that it is received by no later than _____, 2011, at ___:___ __.m. PDT.

6.      Any replies to further oppositions to the Motion must be filed with the Court, with a conformed copy delivered to chambers and a copy served on the United States Trustee, parties

---

[1] All Capitalized terms herein have the same meanings as in the Motion.

1   requesting special notice, and counsel to the objecting party so that any such reply is received by the

2   foregoing parties by no later than _____, 2011, at ___:___ ___.m. (Pacific).

3   **IT IS SO ORDERED.**

4

5   Dated:_____

                                            _____
                                            THE HONORABLE ROBERT KWAN
6                                            UNITED STATES BANKRUPTCY JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

# EXHIBIT "4"



**SECRETARY OF STATE
STATE OF CALIFORNIA**

### Search Certificate

SEARCH REQUESTED ON:                                               06/28/2011
Organization Debtor:  **TOWNSEND CORPORATION**

Address:  **NOT SPECIFIED**
Date Range From:  **NOT SPECIFIED**
Search:  **ALL**

   **\* Indicates Filings that have been accepted after the Certification Date.**

| Original Filing # | Filing Type | File Date | File Time | Lapse Date | # of Pages |
|---|---|---|---|---|---|
| 00-20261121 | **Financing Statement** | 07/19/2000 | 11:27 | 07/19/2015 | 3 |

**Debtor:**
**Organization:**    ANAHEIM HILLS
            5425 E LA PALMA AVE, ANAHEIM CA USA, 92807

            TOWNSEND CORPORATION
            5425 E LA PALMA AVE, ANAHEIM CA USA, 92807

            TOWNSEND CORPORATION
            5425 E LA PALMA AVE, ANAHEIM CA USA, 92807

            TOWNSEND COPORATION
            5425 E LA PALMA AVE, ANAHEIM CA USA, 92807

**Secured Party:**
**Organization:**    BMW FINANCIAL SERVICES NA, LLC
            5515 PARKCENTER CR, DUBLIN OH USA, 43017 3535

            BMW FINANCIAL SERVICES NA, LLC
            5550 BRITTON PARKWAY, HILLARD OH USA, 43016

| Amendment Filing # | Filing Type | File Date | File Time | | # of Pages |
|---|---|---|---|---|---|
| 01-106C0414 | **Amendment** | 04/12/2001 | 11:46 | | 1 |
| 05-70313453 | **Continuation** | 06/21/2005 | 07:40 | | 1 |
| 05-70313459 | **Amendment** | 06/21/2005 | 07:45 | | 1 |

Document Number:  29455170003        Page 1 of 4

Continue

| | | | | | |
|---|---|---|---|---|---|
| 05-70333498 | **Amendment** | 07/07/2005 | 08:53 | | 1 |
| 06-70787030 | **Amendment** | 07/20/2006 | 17:00 | | 1 |
| 10-72355206 | **Amendment** | 06/19/2010 | 11:15 | | 1 |
| 10-72355211 | **Continuation** | 06/19/2010 | 16:15 | | 1 |

| Original Filing # | Filing Type | File Date | File Time | Lapse Date | # of Pages |
|---|---|---|---|---|---|
| 02-19060588 | **State Tax Lien** | 07/08/2002 | 17:00 | 07/08/2012 | 1 |

**Debtor:**
**Individual:**
TOWNSEND WILLIAM K.
611 CLOVIS AVE, CLOVIS CA USA, 93612 1904

**Organization:**
THE TOWNSEND CO.
611 CLOVIS AVE, CLOVIS CA USA, 93612 1904

**Secured Party:**
**Organization:**
EMPLOYMENT DEVELOPMENT DEPARTMENT
PO BOX 826880, SACRAMENTO CA USA, 94280 0001

| Original Filing # | Filing Type | File Date | File Time | Lapse Date | # of Pages |
|---|---|---|---|---|---|
| 06-7096831939 | **Financing Statement** | 12/28/2006 | 14:14 | 12/28/2011 | 1 |

**Debtor:**
**Organization:**
TOWNSEND CORPORATION
5425 EAST LA PALMA AVENUE, ANAHEIM CA USA, 92807

**Secured Party:**
**Organization:**
ADP COMMERCIAL LEASING, LLC
15 WATERVIEW BLVD MS # 934, PARSIPPANY NJ USA, 07054

| Original Filing # | Filing Type | File Date | File Time | Lapse Date | # of Pages |
|---|---|---|---|---|---|
| 07-7104695988 | **Financing Statement** | 03/02/2007 | 06:22 | 03/02/2012 | 1 |

**Debtor:**
**Organization:**
TOWNSEND CORPORATION
10861 183RD ST, CERRITOS CA USA, 90703

**Secured Party:**
**Organization:**
ADP COMMERCIAL LEASING, LLC
15 WATERVIEW BLVD MS # 934, PARSIPPANY NJ USA, 07054

Continue

| Original Filing # | Filing Type | File Date | File Time | Lapse Date | # of Pages |
|---|---|---|---|---|---|
| 07-7135756596 | **Federal Tax Lien** | **11/01/2007** | **17:00** | **12/01/2017** | **1** |

**Debtor:**
**Organization:** TOWNSEND COMPANY INC , A CORPORATION
17527 CORINTHIAN DR, ENCINO CA USA, 91316 3810

**Secured Party:**
**Organization:** IRS/OHIO
P.O. BOX 145595, CINCINNATI OH US, 45250 5595

| Original Filing # | Filing Type | File Date | File Time | Lapse Date | # of Pages |
|---|---|---|---|---|---|
| 08-7157694885 | **Financing Statement** | **05/09/2008** | **11:26** | **05/09/2013** | **3** |

**Debtor:**
**Organization:** TOWNSEND ASSOCIATES, LLC
580 SECOND STREET, SUITE 260, OAKLAND CA USA, 94607

**Secured Party:**
**Organization:** STERLING SAVINGS BANK
5005 SW MEADOWS ROAD, SUITE 400, LAKE OSWEGO OR USA, 97035

| Original Filing # | Filing Type | File Date | File Time | Lapse Date | # of Pages |
|---|---|---|---|---|---|
| 09-7185963856 | **Financing Statement** | **01/28/2009** | **12:10** | **01/28/2014** | **1** |

**Debtor:**
**Organization:** TOWNSEND CORPORATION
5425 EAST LA PALMA AVE, ANAHEIM HILLS CA USA, 92807

**Secured Party:**
**Organization:** FORD MOTOR COMPANY
1555 FAIRLANE DR SUITE 200, ALLEN PARK MI USA, 48101

Continue

_____

**Total Pages:**    **18**

The undersigned Filing Officer hereby certifies that the above listing is a record of all presently active financing statements, tax liens, attachment liens and judgement liens, including any change documents relating to them, which name the above debtor, subject to any above-stated search qualifiers and are on file in my office as of **06/19/2011 at 1700 hours.**

The search results herein reflect only the specific information requested. The results of this Debtor search will not reflect variances of this name. If the Debtor is known under other personal names, trade names, business entities, or addresses, separate searches of these names will have to be requested and conducted. The Secretary of State, his officers and agents disclaim any and all liability for claims resulting from other filings on which the name of the Debtor can be found in any other form than which was requested.

*Debra Bowen*

Debra Bowen
Secretary of State

Document Number: 29455170003        Page 4 of 4

CA-SOS

This FINANCING STATEMENT is presented for filing and will remain effective with certain exceptions for a period of five years from the date of filing pursuant to section 9403 of the California Uniform Commercial Code.

| 1. DEBTOR (LAST NAME FIRST—IF AN INDIVIDUAL) | | | | 1A. SOCIAL SECURITY OR FEDERAL TAX NO. |
|---|---|---|---|---|
| Townsend-Vass Corporation ( ) | | | | |
| 1B. MAILING ADDRESS | | 1C. CITY, STATE | | 1D. ZIP CODE |
| 5425 East La Palma Avenue | | ANAHEIM, CA | | 92807 |
| 2. ADDITIONAL DEBTOR (IF ANY) (LAST NAME FIRST—IF AN INDIVIDUAL) | | | | 2A. SOCIAL SECURITY OR FEDERAL TAX NO. |
| 2B. MAILING ADDRESS | | 2C. CITY, STATE | | 2D. ZIP CODE |
| 3. DEBTOR'S TRADE NAMES OR STYLES (IF ANY) | | | | 3A. FEDERAL TAX NUMBER |
| dba Anaheim Hills | | | | |

4. SECURED PARTY
NAME BMW FINANCIAL SERVICES NA, LLC
MAILING ADDRESS 5515 PARKCENTER CIRCLE
CITY DUBLIN, IN    STATE OH    ZIP CODE See Att.    4A. SOCIAL SECURITY NO., FEDERAL TAX NO. OR BANK TRANSIT AND A.B.A. NO.

5. ASSIGNEE OF SECURED PARTY (IF ANY)
NAME
MAILING ADDRESS
CITY    STATE    ZIP CODE    5A. SOCIAL SECURITY NO., FEDERAL TAX NO. OR BANK TRANSIT AND A.B.A. NO.

6. This FINANCING STATEMENT covers the following types or items of property(include description of real property on which located and owner of record when required by Instruction 4).

PLEASE SEE EXHIBIT A ATTACHED HERETO AND MADE A PART
HEREOF FOR THE COLLATERAL DESCRIPTION.

| 7. CHECK ☒ IF APPLICABLE | 7A. ☒ PRODUCTS OF COLLATERAL ARE ALSO COVERED | 7B. DEBTOR(S) SIGNATURE NOT REQUIRED IN ACCORDANCE WITH INSTRUCTION 4 (a) ITEM: ☐ (1) ☐ (2) ☐ (3) ☐ (4) |
|---|---|---|
| 8. CHECK ☒ IF APPLICABLE | ☐ DEBTOR IS A "TRANSMITTING UTILITY" IN ACCORDANCE WITH UCC 9105 (1) (n) CA-SOS | |

9.
► [signature]
SIGNATURE(S) OF DEBTOR(S)

Ernie Townsend
TYPE OR PRINT NAME(S) OF DEBTOR(S)    Townsend-Vass Corporation
dba Anaheim Hills

► [signature] Alexander Macias
SIGNATURE(S) OF SECURED PARTY(IES)

Armando Macias
TYPE OR PRINT NAME(S) OF SECURED PARTY(IES)    BMW FINANCIAL SERVICES NA, LLC

11. Return copy to:
NAME    LEXIS Document Services
ADDRESS    1029 J Street
CITY    Suite 100
STATE    Sacramento, CA 95814
ZIP CODE

10. THIS SPACE FOR USE OF FILING OFFICER (DATE, TIME, FILE NUMBER)

0020261121

FILED
SACRAMENTO, CA
JUL 19, 2000 AT 1127
BILL JONES
SECRETARY OF STATE

(1) FILING OFFICER COPY    FORM UCC-1.
Approved by the Secretary of State

1600625-1B

**Additional Debtor Information**
Debtor 1
Townsend-Vass Corporation
dba anaheim Hills
5425 East La Palma Avenue
ANAHEIM, CA 92807

Signature:

Townsend-Vass Corporation
dba anaheim Hills

**Additional Secured Party Information**
Secured Party 1
BMW FINANCIAL SERVICES NA, LLC
5515 PARKCENTER CIRCLE
DUBLIN, OH ███████.

0020261121

## EXHIBIT A

### To: UCC-1 Financing Statement filed with
### California Secretary of State

**Debtor:**

TOWNSEND-VASS CORP.
dba Anaheim Hills
5425 East La Palma Avenue
Anaheim, CA 92807

**Secured Party:**

BMW FINANCIAL SERVICES NA, LLC
5515 Parkcenter Circle
Dublin, OH ▮▮▮▮▮▮▮

This financing statement covers the following types (or items) of property:

All vehicle inventory, parts and accessories inventory, equipment, fixtures, accounts, holdback reserves, manufacturer rebates and incentive payments, general intangibles of the Debtor now owned and hereafter acquired, wherever located; all accessions to, substitutions for and all replacements of any of the foregoing; all chattel paper, documents, instruments, monies, residues and property of any kind related to any of the foregoing; all books and records of Debtor related to any of the foregoing, including without limitation, computer programs, print-outs, and other computer hardware and software materials and records pertaining to any of the foregoing; together with all proceeds and products of the foregoing, including, without limitation, proceeds of insurance policies insuring any of the foregoing.

00202261121

B 1660154-1                                         SOS-CA

This STATEMENT is presented for filing pursuant to the California Uniform Commercial Code.

| 1. FILE NO. OF ORIG. FINANCING STATEMENT | 1A. DATE OF FILING OF ORIG. FINANCING STATEMENT | 1B. DATE OF ORIG. FINANCING STATEMENT | 1C. PLACE OF FILING ORIG. FINANCING STATEMENT |
|---|---|---|---|
| 0020261121 | | 07/19/2000 | |

**2. DEBTOR** (LAST NAME FIRST)
Townsend-Vass Corporation

| 2A. SOCIAL SECURITY OR FEDERAL TAX NO. |
|---|

| 2B. MAILING ADDRESS | 2C. CITY, STATE | 2D. ZIP CODE |
|---|---|---|
| 5425 East La Palma Avenue | ANAHEIM, CA | 92807 |

**3. ADDITIONAL DEBTOR** (IF ANY) (LAST NAME FIRST)

| 3A. SOCIAL SECURITY OR FEDERAL TAX NO. |
|---|

| 3B. MAILING ADDRESS | 3C. CITY, STATE | 3D. ZIP CODE |
|---|---|---|

**4. SECURED PARTY**
NAME    BMW FINANCIAL SERVICES NA, LLC
MAILING ADDRESS 5515 PARKCENTER CIRCLE
CITY DUBLIN    STATE OH    ZIP CODE

| 4A. SOCIAL SECURITY NO., FEDERAL TAX NO., OR BANK TRANSIT AND A.B.A. NO. |
|---|

**5. ASSIGNEE OF SECURED PARTY (IF ANY)**
NAME
MAILING ADDRESS
CITY    STATE    ZIP CODE

| 5A. SOCIAL SECURITY NO., FEDERAL TAX NO. OR BANK TRANSIT AND A.B.A. NO. |
|---|

**6.**
A ☐ CONTINUATION —The original Financing Statement between the foregoing Debtor and Secured Party bearing the file number shown above is continued. If collateral is crops or timber, check here ☐ and insert description of real property on which growing or to be grown in Item 7 below.

B ☐ RELEASE — From the collateral described in the Financing Statement bearing the file number shown above, the Secured Party releases the collateral described in Item 7 below.

C ☐ ASSIGNMENT — The Secured Party certifies that the Secured Party has assigned to the Assignee above named, all the Secured Party's rights under the Financing Statement bearing the file number shown above in the collateral described in Item 7 below.

D ☐ TERMINATION—The Secured Party certifies that the Secured Party no longer claims a security interest under the Financing Statement bearing the file number shown above.

E ☒ AMENDMENT—The Financing Statement bearing the file number shown above is amended as set forth in Item 7 below. (Signature of Debtor required on all amendments.)

F ☐ OTHER

**7.** Please change name of debtor to: TOWNSEND CORPORATION    from: Townsend-Vass Corp.

**8.**
Townsend Corporation f/k/a
Townsend-Vass Corporation    (DATE) _____ 19___
By _____    President
SIGNATURE(S) OF DEBTOR(S)    (TITLE)
BMW FINANCIAL SERVICES NA, LLC
By _____
SIGNATURE(S) OF SECURED PARTY(IES)    (TITLE)

**9.** This Space for Use of Filing Officer

01106C0414


FILED
SACRAMENTO, CA
APR 12, 2001 AT 1145
BILL JONES
SECRETARY OF STATE

**10.**
NAME ADDRESS CITY AND STATE    Return Copy To    CA-SOS
LEXIS Document Services
1029 J Street
Suite 100
Sacramento, CA 95814

STANDARD FORM - FILING FEE
Approved by the Secretary of State    Uniform Commercial Code - form UCC-2

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| A. NAME & PHONE OF CONTACT AT FILER [optional] |
|---|

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**

UCC DIRECT SERVICES
2727 ALLEN PARKWAY
HOUSTON, TX 77019
USA

DOCUMENT NUMBER: 4082640002
FILING NUMBER: 05-70313453
FILING DATE: 6/21/2005 7:40:35 AM
IMAGE GENERATED ELECTRONICALLY FOR XML FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE # | 1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. |
|---|---|
| 00-20261121 | |

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination.

3. ☒ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Give current record name in item 6; also give new name and/or new address in item 7.    ☐ DELETE name: Give record name to be deleted in item 6a or 6b.    ☐ ADD name: Complete item 7a or 7b, and also item 7c

**6. CURRENT RECORD INFORMATION:**

| | 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | | | | |

**7. CHANGED (NEW) OR ADDED INFORMATION:**

| | 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | | | | |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 7d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID#, if any ☐ NONE |
|---|---|---|---|---|
| | | | | |

8. AMENDMENT (COLLATERAL CHANGE): check only one box.
Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

9. NAME of SECURED PARTY of RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this amendment.

| | 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| | BMW FINANCIAL SERVICES NA, LLC | | | |
| OR | 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | | | | |

| 10. OPTIONAL FILER REFERENCE DATA |
|---|
| CA-0-14573707-00266 |

FILING OFFICE COPY

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**

UCC DIRECT SERVICES
2727 ALLEN PARKWAY
HOUSTON, TX 77019
USA

DOCUMENT NUMBER: 4082760002
FILING NUMBER: 05-70313459
FILING DATE: 6/21/2005 7:45:05 AM
IMAGE GENERATED ELECTRONICALLY FOR XML FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE # | 1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. |
|---|---|
| 00-20261121 | |

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination.

3. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects ☑ Debtor or ☐ Secured Party of record. Check only one of these.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.
☑ CHANGE name and/or address: Give current record name in item 6;    ☐ DELETE name: Give record name to    ☐ ADD name: Complete item 7a or 7b, also give new name and/or new address in item 7.     be deleted in item 6a or 6b.     and also item 7c

**6. CURRENT RECORD INFORMATION:**

| | | | | |
|---|---|---|---|---|
| OR | **6a. ORGANIZATION'S NAME** <br> ANAHEIM HILLS | | | |
| | **6b. INDIVIDUAL'S LAST NAME** | FIRST NAME | MIDDLE NAME | SUFFIX |

**7. CHANGED (NEW) OR ADDED INFORMATION:**

| | | | | |
|---|---|---|---|---|
| OR | **7a. ORGANIZATION'S NAME** <br> Townsend Corporation | | | |
| | **7b. INDIVIDUAL'S LAST NAME** | FIRST NAME | MIDDLE NAME | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 5425 E LA PALMA AVE | ANAHEIM | CA | 92807- | USA |

| 7d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 7e. TYPE OF ORGANIZATION <br> Corporation | 7f. JURISDICTION OF ORGANIZATION <br> CA | 7g. ORGANIZATIONAL ID#, if any <br> C2118848 ☐ NONE |
|---|---|---|---|---|

8. AMENDMENT (COLLATERAL CHANGE): check only one box.
Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

9. NAME of SECURED PARTY of RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☑ and enter name of DEBTOR authorizing this amendment.

| | | | | |
|---|---|---|---|---|
| OR | **a. ORGANIZATION'S NAME** <br> BMW FINANCIAL SERVICES NA, LLC | | | |
| | **b. INDIVIDUAL'S LAST NAME** | FIRST NAME | MIDDLE NAME | SUFFIX |

10. OPTIONAL FILER REFERENCE DATA
CA-0-14573715-00266

FILING OFFICE COPY

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**

UCC DIRECT SERVICES
2727 ALLEN PARKWAY
HOUSTON, TX 77019
USA

DOCUMENT NUMBER: 4254350002
FILING NUMBER: 05-70333496
FILING DATE: 7/7/2005 9:53:33 AM
IMAGE GENERATED ELECTRONICALLY FOR XML FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE #**
00-20261121

**1b.** ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination.

**3.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

**4.** ☐ **ASSIGNMENT (full or partial):** Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

**5. AMENDMENT (PARTY INFORMATION):** This Amendment affects ☑Debtor or ☐Secured Party of record. Check only one of these.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.
☑ CHANGE name and/or address: Give current record name in item 6; ☐ DELETE name: Give record name to ☐ ADD name: Complete item 7a or 7b,
also give new name and/or new address in item 7. be deleted in item 6a or 6b. and also item 7c

**6. CURRENT RECORD INFORMATION:**

| | 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | Townsend Corporation | | | |
| | 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

**7. CHANGED (NEW) OR ADDED INFORMATION:**

| | 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | TOWNSEND CORPORATION | | | |
| | 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 7c. MAILING ADDRESS | | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|
| 5425 E LA PALMA AVE | | ANAHEIM | CA | 92807- | USA |

| 7d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID#, if any |
|---|---|---|---|---|
| | | Corporation | CA | C2118843 ☐NONE |

**8. AMENDMENT (COLLATERAL CHANGE):** check only one box.
Describe collateral ☐deleted or ☐added, or give entire ☐restated collateral description, or describe collateral ☐assigned.

**9. NAME of SECURED PARTY of RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment). If this is an Amendment authorized by Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☑and enter name of DEBTOR authorizing this amendment.

| | 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | BMW FINANCIAL SERVICES NA, LLC | | | |
| | 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

**10. OPTIONAL FILER REFERENCE DATA**
CA-0-14710823-00266

FILING OFFICE COPY

## UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**06-70787030**

**07/20/2006 17:00**

FILED
CALIFORNIA
SECRETARY OF STATE
SOS

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
Phone (800) 331-3282    Fax (818) 662-4141

**B. SEND ACKNOWLEDGEMENT TO: (Name and Mailing Address)**    9226 BMW FINANCIAL S

UCC Direct Services          **8871565**
P.O. Box 29071
Glendale, CA ▮▮▮▮▮▮▮          **CALI**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

| | |
|---|---|
| **1a. INITIAL FINANCING STATEMENT FILE #**<br>0020281121  19-JUL-2000  SS CA | **1b.** This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. |

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

**3.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

**4.** ☐ **ASSIGNMENT** (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

**5. AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor or ☒ Secured Party of record. Check only **one** of these two boxes.
Also check **one** of the following three boxes **and** provide appropriate information in items 6 and/or 7.
☒ CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b; and/or new address (if address change) in item 7c.  ☐ DELETE name: Give record name to be deleted in item 6a or 6b.  ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable)

**6. CURRENT RECORD INFORMATION:**

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| BMW FINANCIAL SERVICES NA, LLC | | | |
| **OR** 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

**7. CHANGED (NEW) OR ADDED INFORMATION:**

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| BMW FINANCIAL SERVICES NA, LLC | | | |
| **OR** 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 5550 Britton Parkway | Hilliard | OH | 43016 | |

| 7d. SEE INSTRUCTION | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | | | ☐ NONE |

**8. AMENDMENT (COLLATERAL CHANGE):** check only **one** box.
Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| BMW FINANCIAL SERVICES NA, LLC | | | |
| **OR** 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

**10. OPTIONAL FILER REFERENCE DATA**
8871565  Debtor Name: ANAHEIM HILLS  KLH

FILING OFFICE COPY - NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 05/22/02)

Prepared by UCC Direct Services, P.O. Box 29071
Glendale, CA ▮▮▮▮▮ Tel (800) 331-3282

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

UCC DIRECT SERVICES
2727 ALLEN PARKWAY
HOUSTON, TX 77019
USA

DOCUMENT NUMBER: 25384780002
FILING NUMBER: 10-72355206
FILING DATE: 06/18/2010 11:15
IMAGE GENERATED ELECTRONICALLY FOR XML FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE #
00-20261121

1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination.

3. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects ☒ Debtor or ☐ Secured Party of record. Check only one of these.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Please refer to the detailed instructions in regards to changing the name/address of a party.   ☒ DELETE name: Give record name to be deleted in item 6a or 6b.   ☐ ADD name: Complete item 7a or 7b, and also item 7c

6. CURRENT RECORD INFORMATION:

| 6a. ORGANIZATION'S NAME ANAHEIM HILLS | | | |
|---|---|---|---|
| OR 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

7. CHANGED (NEW) OR ADDED INFORMATION:

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

| 7d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID#, if any ☐ NONE |
|---|---|---|---|---|

8. AMENDMENT (COLLATERAL CHANGE): check only one box.
Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

9. NAME of SECURED PARTY of RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this amendment.

| 9a. ORGANIZATION'S NAME BMW FINANCIAL SERVICES NA, LLC | | | |
|---|---|---|---|
| OR 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

10. OPTIONAL FILER REFERENCE DATA
CA-0-42061043

FILING OFFICE COPY

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

UCC DIRECT SERVICES
2727 ALLEN PARKWAY
HOUSTON, TX 77019
USA

DOCUMENT NUMBER: 25385140002
FILING NUMBER: 10-72355211
FILING DATE: 06/19/2010 16:15
IMAGE GENERATED ELECTRONICALLY FOR XML FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE # | 1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. |
|---|---|
| 00-20261121 | |

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination.

3. ☒ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Please refer to the detailed instructions in regards to changing the name/address of a party.   ☐ DELETE name: Give record name to be deleted in item 6a or 6b.   ☐ ADD name: Complete item 7a or 7b, and also give item 7c

6. CURRENT RECORD INFORMATION:

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

7. CHANGED (NEW) OR ADDED INFORMATION:

| 7a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |
| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

| 7d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID#, if any ☐ NONE |
|---|---|---|---|---|

8. AMENDMENT (COLLATERAL CHANGE): check only one box.
Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

9. NAME of SECURED PARTY of RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this amendment.

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| BMW FINANCIAL SERVICES NA, LLC | | | |
| OR 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

10. OPTIONAL FILER REFERENCE DATA
CA-0-42061044

FILING OFFICE COPY

Recording Requested By
State of California
Employment Development Department
**(916) 227-1705**

When recorded mail to:

**STATE OF CALIFORNIA
EMPLOYMENT DEVELOPMENT DEPARTMENT
CENTRAL COLLECTION DIVISION, MIC 92
P.O. BOX 826880
SACRAMENTO, CALIFORNIA** ▉▉▉

**0219060588**





## NOTICE OF STATE TAX LIEN
(Filed pursuant to Section 7171 of the Government Code)

WILLIAM K. TOWNSEND
THE TOWNSEND CO.

**FILED
SACRAMENTO, CA**
JUL  08, 2002 AT 1700
**BILL JONES
SECRETARY OF STATE**

611 CLOVIS AVE
CLOVIS        CA ▉▉▉

Account No.  433 9142 4              SEC OF STATE           Certificate No. ▉▉▉

| TAX PERIOD | TAX | PENALTY | INTEREST | TOTAL |
|---|---|---|---|---|
| 01/01/99 THRU 12/31/00 | 801.48 | 645.74 | 176.34 | 1,623.56 |

Interest calculated through    06/26/02

0
2
0
2
5

The Director of the Employment Development Department hereby certifies the above is liable to the State of California for amounts due and required to be paid as determined under the provisions of the Unemployment Insurance Code, the Revenue and Taxation Code, or both.

**THE AMOUNT OF DELINQUENCY ABOVE SET FORTH SHALL BE A LIEN UPON ALL REAL OR PERSONAL PROPERTY AND RIGHTS TO SUCH PROPERTY, INCLUDING ALL AFTER-ACQUIRED PROPERTY AND RIGHTS TO PROPERTY BELONGING TO THE ABOVE NAMED.**

Date    06/26/02
At Sacramento, California

The Director of the Employment Development Department has complied with all provisions of the Unemployment Insurance Code in the computation and levy of the amount assessed and has caused this notice of lien to be issued by a duly authorized representative.

By _____
                                    Authorized Representative
This agency has adopted the use of a facsimile signature as affixed above.

DE 2181 Rev. 14 (2-01)  State of California / Employment Development Department                    CU-PA/08

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

UCC DIRECT SERVICES
2727 ALLEN PARKWAY
HOUSTON, TX 77019
USA

DOCUMENT NUMBER: 10905620002
FILING NUMBER: 06-7096831939
FILING DATE: 12/28/2006 14:14
IMAGE GENERATED ELECTRONICALLY FOR XML FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| TOWNSEND CORPORATION | | | | |
| OR 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |
| 1c. MAILING ADDRESS | CITY | | STATE | POSTAL CODE | COUNTRY |
| 5425 EAST LA PALMA AVENUE | ANAHEIM | | CA | 92807 | USA |

| 1d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID#, if any | |
|---|---|---|---|---|---|
| | | Corporation | CA | C2118848 | ☐ NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |
| 2c. MAILING ADDRESS | CITY | | STATE | POSTAL CODE | COUNTRY |

| 2d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID#, if any | |
|---|---|---|---|---|---|
| | | | | | ☐ NONE |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| ADP Commercial Leasing, LLC | | | | |
| OR 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 15 Waterview Blvd MS # 934 | Parsippany | NJ | 07054 | USA |

4. This FINANCING STATEMENT covers the following collateral:
USER PORTS AND ALL RELATED ATTACHMENTS AND ACCESSORIES

5. ALT DESIGNATION: ☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☐ SELLER/BUYER ☐ AG. LIEN ☐ NON-UCC FILING

| 6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS Attach Addendum [if applicable] | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE]  [optional] ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2 |
|---|---|

8. OPTIONAL FILER REFERENCE DATA
CA-0-22945369-47170

FILING OFFICE COPY

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**
UCC DIRECT SERVICES
2727 ALLEN PARKWAY
HOUSTON, TX 77019
USA

DOCUMENT NUMBER: 11714230002
FILING NUMBER: 07-7104695988
FILING DATE: 03/02/2007 06:22
IMAGE GENERATED ELECTRONICALLY FOR XML FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| | | | | |
|---|---|---|---|---|
| **1a. ORGANIZATION'S NAME** TOWNSEND CORPORATION | | | | |
| OR **1b. INDIVIDUAL'S LAST NAME** | FIRST NAME | | MIDDLE NAME | SUFFIX |

| 1c. MAILING ADDRESS | CITY | | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|
| 10861 183RD ST | CERRITOS | | CA | 90703 | USA |

| 1d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 1e. TYPE OF ORGANIZATION Corporation | 1f. JURISDICTION OF ORGANIZATION CA | 1g. ORGANIZATIONAL ID#, if any 02118648 ☐NONE |
|---|---|---|---|---|

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| | | | | |
|---|---|---|---|---|
| **2a. ORGANIZATION'S NAME** | | | | |
| OR **2b. INDIVIDUAL'S LAST NAME** | FIRST NAME | | MIDDLE NAME | SUFFIX |

| 2c. MAILING ADDRESS | CITY | | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|

| 2d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID#, if any ☐NONE |
|---|---|---|---|---|

**3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P)** - insert only one secured party name (3a or 3b)

| | | | | |
|---|---|---|---|---|
| **3a. ORGANIZATION'S NAME** ADP Commercial Leasing, LLC | | | | |
| OR **3b. INDIVIDUAL'S LAST NAME** | FIRST NAME | MIDDLE NAME | | SUFFIX |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 15 Waterview Blvd MS # 934 | Parsippany | NJ | 07054 | USA |

**4. This FINANCING STATEMENT covers the following collateral:**
NETWORKING EQUIPMENT AND ALL RELATED ATTACHMENTS AND ACCESSORIES

**5. ALT DESIGNATION:** ☐LESSEE/LESSOR ☐CONSIGNEE/CONSIGNOR ☐BAILEE/BAILOR ☐SELLER/BUYER ☐AG. LIEN ☐NON-UCC FILING

| 6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS Attach Addendum [if applicable] | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) (ADDITIONAL FEE)    [optional] ☐All Debtors ☐Debtor 1 ☐Debtor 2 |
|---|---|

**8. OPTIONAL FILER REFERENCE DATA**
CA-0-23986016-47170

FILING OFFICE COPY

Recording Requested By Internal Revenue
Service. When recorded mall to:

INTERNAL REVENUE SERVICE
PO BOX 145585, STOP 8420G
CINCINNATI, OH ▮▮▮▮▮▮



**07-7135756596**

**11/01/2007 17:00**

FILED
CALIFORNIA
SECRETARY OF STATE



SOS

14735000003   UCC 3 FILING

For Optional Use by Recording Office

| Form 668 (Y)(c) (Rev. February 2004) | 4667 Department of the Treasury - Internal Revenue Service **Notice of Federal Tax Lien** |
|---|---|

| Area: SMALL BUSINESS/SELF EMPLOYED AREA #7<br>Lien Unit Phone: (800) 913-6050 | Serial Number ▮▮▮▮▮▮ |
|---|---|

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer TOWNSEND COMPANY INC , a Corporation

Residence    17527 CORINTHIAN DR
ENCINO, CA

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1120 | 03/31/1995 | | 12/15/1995 | N/A | |
| 1120 | 03/31/1995 | | 04/12/1999 | 05/12/2009 | 145204.89 |
| 1120 | 03/31/1997 | | 03/01/1999 | 03/31/2009 | 4894.67 |

| Place of Filing | | |
|---|---|---|
| SECRETARY OF STATE<br>SACRAMENTO, CA 94235 | Total $ | 150099.56 |

This notice was prepared and signed at    LOS ANGELES, CA    , on this,
the    23rd    day of    October    ,    2007    .

| Signature<br>*K. A. Mitchell*<br>for M. MIA | Title<br>REVENUE OFFICER<br>(818) 756-4575 | 27-03-2422 |
|---|---|---|

(**NOTE:** Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax Lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form 668(Y)(c) (Rev. 2-2004)
CAT. NO 60025K

**08-7157694885**

**05/09/2008 11:26**

**FILED**
CALIFORNIA
SECRETARY OF STATE
SOS

UCC 1 FILING

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

## UCC FINANCING STATEMENT
**FOLLOW INSTRUCTIONS (front and back) CAREFULLY**

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
Nancy Dalton    (503) 664-4570

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**

UNISEARCH, INC.
1903 21st Street
Sacramento, CA 95811
ACCT # 10015724

**1. DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME Townsend Associates, LLC | | | | |
|---|---|---|---|---|
| OR 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 1c. MAILING ADDRESS 580 Second Street, Suite 280 | CITY Oakland | STATE CA | POSTAL CODE 94607 | COUNTRY US |
| 1d. TAX ID # SSN OR EIN | ADD'L INFO RE: ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION ltd liabl. co. | 1f. JURISDICTION OF ORGANIZATION California | 1g. ORGANIZATIONAL ID #, if any 199631710001 NONE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 2d. TAX ID #: SSN OR EIN | ADD'L INFO RE: ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any NONE |

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME Sterling Savings Bank | | | | |
|---|---|---|---|---|
| OR 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 3c. MAILING ADDRESS 5005 SW Meadows Road, Suite 400 | CITY Lake Oswego | STATE OR | POSTAL CODE 97035 | COUNTRY US |

**4. This FINANCING STATEMENT covers the following collateral:**

See Exhibit A attached hereto and incorporated by this reference.

| 5. ALTERNATIVE DESIGNATION (if applicable): | LESSEE/LESSOR | CONSIGNEE/CONSIGNOR | BAILEE/BAILOR | SELLER/BUYER | AG. LIEN | NON-UCC FILING |
|---|---|---|---|---|---|---|
| 6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum [if applicable] | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] | | All Debtors | Debtor 1 | Debtor 2 | |

**8. OPTIONAL FILER REFERENCE DATA**
Townsend Associates, LLC - #4342

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 07/29/98)

## EXHIBIT "A"

All buildings, structures, appurtenances, improvements, equipment, machinery, fixtures, goods, accounts, general intangibles, documents, instruments and chattel paper, and all other personal property of every kind and description, whether now existing or hereafter acquired, now or at any time hereafter attached to, erected upon, situated in or upon, forming a part of, appurtenant to, used or useful in the construction or operation of or in connection with, or arising from the use or enjoyment of all or any portion of, or from any lease or agreement pertaining to, the real property located in the County of San Francisco, State of California, as hereinafter more particularly described, including without limitation:

(A)    All of the income, rents, royalties, issues, profits, revenue and other benefits of any and all of such real property;

(B)    All of the estate, interest or other claim or demand in and to such real property, including without limitation all deposits made with or other security given to utility companies by Debtor with respect to such real property and the improvements thereon, and all advance payments of insurance premiums made by Debtor with respect thereto and all claims or demands with respect to insurance;

(C)    All furniture and furnishings, buildings, service equipment, building materials, supplies, machinery, boilers, equipment (including without limitation, all for the generation or distribution of air, water, heat, electricity, light, fuel or refrigeration, or for ventilating or air conditioning purposes, or for sanitary or drainage purposes, or for the removal of dust, refuse or garbage), partitions, appliances, ranges, refrigerators, cabinets, laundry equipment, radios, televisions, awnings, window shades, venetian blinds, drapes and drapery rods and brackets, screens, carpeting and other floor coverings, lobby furnishings, games and recreational and swimming pool equipment and incinerators, all vehicles and accessories, tools, jettings and parts and all other personal property of every kind and description;

(D)    All proceeds and claims arising on account of any damage to or taking of such real property or any improvements thereon or any part thereof, and all causes of action and recoveries for any loss or diminution in the value of such real property or any improvements;

(E)    All substitutions, accessions, additions and replacements to any of the foregoing; and

(F)    All proceeds of any of the foregoing, including without limitation, proceeds of any voluntary or involuntary disposition or claim representing any part thereof (pursuant to judgment, condemnation award or otherwise) and all goods, documents, general intangibles, chattel paper and accounts, wherever located, acquired with cash proceeds of any of the foregoing or proceeds thereof.

The filing of this financing statement shall not be construed to derogate from or impair the lien or provisions of the Deed of Trust from Debtor to Secured Party encumbering such real property

1

with respect to any property described therein which is real property or which the parties have agreed to treat as real property. The hereby-stated intention of Debtor and Secured Party is that everything used in connection with the production of income from such real property or adapted for use therein is, and at all times and for all purposes and in all proceedings both legal or equitable shall be regarded as, real property and part of the real property encumbered by such Deed of Trust, irrespective of whether or not the same is physically attached to the improvements thereon. Similarly, nothing in this financing statement shall be construed to alter any of the rights of Secured Party as determined by such Deed of Trust or the priority of the Secured Party as determined by such Deed of Trust or the priority of the Secured Party's lien created thereby, and this financing statement is declared to be for the protection of Secured Party in the event any court shall at any time hold that notice of Secured Party's priority of interest in any property or interests described in such Deed of Trust must, in order to be effective against a particular class of persons, including but not limited to the United States Government and any agencies thereof, be filed in the office wherein this financing statement is filed.

The real property referred to above is located in the County of San Francisco, State of California, and is specifically described as follows, including all appurtenances and all buildings, structures, improvements and fixtures now or in the future located on such real property:

The land situated in the County of San Francisco, City of San Francisco, State of California, described as follows:

Parcel I:

Beginning at the point of intersection of the Southwesterly line of 5th Street and the Southeasterly line of Bluxome Street; running thence Southeasterly along the said line of 5th Street 130 feet; thence at a right angle Southwesterly 100 feet; thence at a right angle Northwesterly 130 feet to the Southeasterly line of Bluxome Street; thence at a right angle Northeasterly along the said line of Bluxome Street 100 feet to the point of beginning.

Being a part of 100 Vara Block No. 386.

APN: Lot 002; Block 3785

Parcel II:

Beginning at the point of intersection of the Northwesterly line of Townsend Street and the Southwesterly line of 5th Street; and running thence Southwesterly along said line of Townsend Street 100 feet; thence at a right angle Northwesterly 120 feet; thence at a right angle Northeasterly 100 feet to the Southwesterly line of 5th Street; and thence at a right angle Southeasterly along said line of 5th Street 120 feet to the point of beginning.

Being a part of 100 Vara Block No. 386.

APN: Lot 003; Block 3785

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
Corporation Service Company

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**
Corporation Service Company
2730 Gateway Oaks Drive, Suite 100
Sacramento, CA 95833
USA

DOCUMENT NUMBER: 19889540002
FILING NUMBER: 09-7185963856
FILING DATE: 01/26/2009 12:10
IMAGE GENERATED ELECTRONICALLY FOR XML FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names**

| | | | | |
|---|---|---|---|---|
| **1a. ORGANIZATION'S NAME** TOWNSEND CORPORATION | | | | |
| **1b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME** | | **SUFFIX** |
| **1c. MAILING ADDRESS** 5425 EAST LA PALMA AVE | **CITY** Anaheim Hills | **STATE** CA | **POSTAL CODE** 92807 | **COUNTRY** USA |
| **1d. SEE INSTRUCTIONS** **ADD'L DEBTOR INFO** | **1e. TYPE OF ORGANIZATION** Corporation | **1f. JURISDICTION OF ORGANIZATION** CA | **1g. ORGANIZATIONAL ID#, if any** C2118848 | ☐NONE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names**

| | | | | |
|---|---|---|---|---|
| **2a. ORGANIZATION'S NAME** | | | | |
| **2b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME** | | **SUFFIX** |
| **2c. MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY** |
| **2d. SEE INSTRUCTIONS** **ADD'L DEBTOR INFO** | **2e. TYPE OF ORGANIZATION** | **2f. JURISDICTION OF ORGANIZATION** | **2g. ORGANIZATIONAL ID#, if any** | ☐NONE |

**3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)**

| | | | | |
|---|---|---|---|---|
| **3a. ORGANIZATION'S NAME** FORD MOTOR COMPANY | | | | |
| **3b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME** | | **SUFFIX** |
| **3c. MAILING ADDRESS** 1555 Fairlane Dr Suite 200 | **CITY** Allen Park | **STATE** MI | **POSTAL CODE** 48101 | **COUNTRY** USA |

**4. This FINANCING STATEMENT covers the following collateral:**
"INDUSTRIAL EQUIPMENT-ROTUNDA GENERAL SERVICE EQUIPMENT TOOLS AND FIXTURES INCLUDING BUT NOT
LIMITED TO EQUIPMENT NOW IN POSSESSION OR
HEREAFTER ACQUIRED BY THE DEBTOR AND ALL PROCEEDS FROM ANY DISPOSITION THEREOF."

**5. ALT DESIGNATION:** ☐LESSEE/LESSOR ☐CONSIGNEE/CONSIGNOR ☐BAILEE/BAILOR ☐SELLER/BUYER ☐AG. LIEN ☐NON-UCC FILING

| **6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS** Attach Addendum [if applicable] | **7. Check to REQUEST SEARCH REPORT(S) on Debtor(s)** [ADDITIONAL FEE]    [optional] ☐All Debtors ☐Debtor 1 ☐Debtor 2 |
|---|---|

**8. OPTIONAL FILER REFERENCE DATA**

FILING OFFICE COPY

# EXHIBIT "5"

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**10-7244533847**

**09/06/2010 17:00**

**FILED**
CALIFORNIA
SECRETARY OF STATE

SOS

20262240002   UCC 1 FILING

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO:  (Name and Address)

Wynn's USA
1050 W. Fifth St.
Azusa, CA 91702

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **BMW OF RIVERSIDE** | | | |
| OR  1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **3060 ADAMS STREET** | **Riverside** | **CA** | **92504** | **USA** |

| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION **TRADE NAME** | 1f. JURISDICTION OF ORGANIZATION **CA** | 1g. ORGANIZATIONAL ID #, if any  ☑ NONE |
|---|---|---|---|---|

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **BRAKE MASTERS** | | | |
| OR  2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **1547 LINCOLN BLVD** | *SANTA MONICA* | **CA** | *90401* | **USA** |

| 2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION **TRADE NAME** | 2f. JURISDICTION OF ORGANIZATION **CA** | 2g. ORGANIZATIONAL ID #, if any  ☑ NONE |
|---|---|---|---|---|

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **Wynn's, A division of Illinois Tool Works, Inc.** | | | |
| OR  3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **1050 W. Fifth St.** | **AZUSA** | **CA** | **91702** | **USA** |

4. This FINANCING STATEMENT covers the following collateral:

**SEE ATTACHED**

| 5. ALTERNATIVE DESIGNATION (if applicable): | LESSEE/LESSOR | CONSIGNEE/CONSIGNOR | BAILEE/BAILOR | SELLER/BUYER | AG. LIEN | NON-UCC FILING |
|---|---|---|---|---|---|---|

| 6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.   Attach Addendum | [if applicable] | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] | [optional] | All Debtors | Debtor 1 | Debtor 2 |
|---|---|---|---|---|---|---|

8. OPTIONAL FILER REFERENCE DATA

International Association of Commercial Administrators (IACA)

FILING OFFICE COPY — UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)

## UCC FINANCING STATEMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT

| 9a. ORGANIZATION'S NAME | | |
|---|---|---|
| OR **BMW OF RIVERSIDE** | | |
| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX |

10. MISCELLANEOUS:

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one name (11a or 11b) - do not abbreviate or combine names

| 11a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR **CENTER ACURA** | | | |
| 11b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **5230 VAN NUYS BLVD** | **SHERMAN OAKS** | **CA** | **91401** | **USA** |

| 11d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 11e. TYPE OF ORGANIZATION **TRADE NAME** | 11f. JURISDICTION OF ORGANIZATION **CA** | 11g. ORGANIZATIONAL ID #, if any ☑ NONE |
|---|---|---|---|---|

12. ☐ ADDITIONAL SECURED PARTY'S or ☐ ASSIGNOR S/P'S  NAME - insert only one name (12a or 12b)

| 12a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 12c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

13. This FINANCING STATEMENT covers ☐ timber to be cut or ☐ as-extracted collateral, or is filed as a ☐ fixture filing.

14. Description of real estate:

16. Additional collateral description:

15. Name and address of a RECORD OWNER of above-described real estate (if Debtor does not have a record interest):

17. Check only if applicable and check only one box.
Debtor is a ☐ Trust or ☐ Trustee acting with respect to property held in trust  or  ☐ Decedent's Estate

18. Check only if applicable and check only one box.
☐ Debtor is a TRANSMITTING UTILITY
☐ Filed in connection with a Manufactured-Home Transaction — effective 30 years
☐ Filed in connection with a Public-Finance Transaction — effective 30 years

International Association of Commercial Administrators (IACA)

26262400002

## UCC FINANCING STATEMENT ADDITIONAL PARTY
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**19. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT**

19a. ORGANIZATION'S NAME

OR **BMW OF RIVERSIDE**

| 19b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |
|---|---|---|

**20. MISCELLANEOUS:**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**21. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one name (21a or 21b) - do not abbreviate or combine names

21a. ORGANIZATION'S NAME

OR **COMMUNITY CHEV**

| 21b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

| 21c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **200 W. OLIVE AVE.** | **Burbank** | **CA** | **91502** | **USA** |

| 21d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 21e. TYPE OF ORGANIZATION **TRADE NAME** | 21f. JURISDICTION OF ORGANIZATION **CA** | 21g. ORGANIZATIONAL ID #, if any | ☑ NONE |
|---|---|---|---|---|---|

**22. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one name (22a or 22b) - do not abbreviate or combine names

22a. ORGANIZATION'S NAME

OR **COMPLETE AUTO CARE**

| 22b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

| 22c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **27913 CENTER DR** | **Mission Viejo** | **CA** | **92692** | **USA** |

| 22d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 22e. TYPE OF ORGANIZATION **TRADE NAME** | 22f. JURISDICTION OF ORGANIZATION **CA** | 22g. ORGANIZATIONAL ID #, if any | ☑ NONE |
|---|---|---|---|---|---|

**23. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one name (23a or 23b) - do not abbreviate or combine names

23a. ORGANIZATION'S NAME

OR **DC CARE & REPAIR**

| 23b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

| 23c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **2339 S LA BREA AVE** | **Los Angeles** | **CA** | **90016** | **USA** |

| 23d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 23e. TYPE OF ORGANIZATION **TRADE NAME** | 23f. JURISDICTION OF ORGANIZATION **CA** | 23g. ORGANIZATIONAL ID #, if any | ☑ NONE |
|---|---|---|---|---|---|

**24. ADDITIONAL SECURED PARTY'S NAME (or Name of TOTAL ASSIGNEE)** - insert only one name (24a or 24b)

24a. ORGANIZATION'S NAME

OR | 24b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

| 24c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

**25. ADDITIONAL SECURED PARTY'S NAME (or Name of TOTAL ASSIGNEE)** - insert only one name (25a or 25b)

25a. ORGANIZATION'S NAME

OR | 25b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

| 25c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

FILING OFFICE COPY — UCC FINANCING STATEMENT ADDITIONAL PARTY (FORM UCC1AP) (REV. 05/22/02)

International Association of Commercial Administrators (IACA)

2626224000002

**UCC FINANCING STATEMENT ADDITIONAL PARTY**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**19. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT**

| 19a. ORGANIZATION'S NAME |
|---|
| OR **BMW OF RIVERSIDE** |

| 19b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX |
|---|---|---|
| | | |

**20. MISCELLANEOUS:**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**21. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one name (21a or 21b) - do not abbreviate or combine names

| 21a. ORGANIZATION'S NAME |
|---|
| OR **DISCOUNT TIRE-HUNTINGTON BEACH** |

| 21b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 21c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **7852-A WARNER AVE.** | **Huntington Beach** | **CA** | **92647** | **USA** |

| 21d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 21e. TYPE OF ORGANIZATION **TRADE NAME** | 21f. JURISDICTION OF ORGANIZATION **CA** | 21g. ORGANIZATIONAL ID #, if any ☑NONE |
|---|---|---|---|---|

**22. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one name (22a or 22b) - do not abbreviate or combine names

| 22a. ORGANIZATION'S NAME |
|---|
| OR **LA BREA CHRYSLER/JEEP** |

| 22b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 22c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **401 S LA BREA AVE** | **Los Angeles** | **CA** | **90030** | **USA** |

| 22d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 22e. TYPE OF ORGANIZATION **TRADE NAME** | 22f. JURISDICTION OF ORGANIZATION **CA** | 22g. ORGANIZATIONAL ID #, if any ☑NONE |
|---|---|---|---|---|

**23. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one name (23a or 23b) - do not abbreviate or combine names

| 23a. ORGANIZATION'S NAME |
|---|
| OR **LAMPE DODGE CHRYSLER JEEP** |

| 23b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 23c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **1950 S BLACKSTONE** | **Tulare** | **CA** | **93274** | **USA** |

| 23d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 23e. TYPE OF ORGANIZATION **TRADE NAME** | 23f. JURISDICTION OF ORGANIZATION **CA** | 23g. ORGANIZATIONAL ID #, if any ☑NONE |
|---|---|---|---|---|

**24. ADDITIONAL SECURED PARTY'S NAME (or Name of TOTAL ASSIGNEE)** - insert only one name (24a or 24b)

| 24a. ORGANIZATION'S NAME |
|---|
| OR |

| 24b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 24c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

**25. ADDITIONAL SECURED PARTY'S NAME (or Name of TOTAL ASSIGNEE)** - insert only one name (25a or 25b)

| 25a. ORGANIZATION'S NAME |
|---|
| OR |

| 25b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 25c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

26262240002

International Association of Commercial Administrators (IACA)
FILING OFFICE COPY — UCC FINANCING STATEMENT ADDITIONAL PARTY (FORM UCC1AP) (REV. 05/22/02)

**UCC FINANCING STATEMENT ADDITIONAL PARTY**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

19. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT

19a. ORGANIZATION'S NAME
**BMW OF RIVERSIDE**

OR

| 19b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |
|---|---|---|

20. MISCELLANEOUS:

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

21. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one name (21a or 21b) - do not abbreviate or combine names

21a. ORGANIZATION'S NAME
**LAND ROVER JAGUAR CERRITOS**

OR

| 21b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

| 21c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **10861 183RD STREET** | **Cerritos** | **CA** | **90703** | **USA** |

| 21d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 21e. TYPE OF ORGANIZATION **TRADE NAME** | 21f. JURISDICTION OF ORGANIZATION **CA** | 21g. ORGANIZATIONAL ID #, if any ☑NONE |
|---|---|---|---|---|

22. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one name (22a or 22b) - do not abbreviate or combine names

22a. ORGANIZATION'S NAME
**LANDROVER JAGUAR ANAHEIM HILLS**

OR

| 22b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

| 22c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **5425 E. LA PALMA AVENUE** | **Anaheim** | **CA** | **92807** | **USA** |

| 22d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 22e. TYPE OF ORGANIZATION **TRADE NAME** | 22f. JURISDICTION OF ORGANIZATION **CA** | 22g. ORGANIZATIONAL ID #, if any ☑NONE |
|---|---|---|---|---|

23. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one name (23a or 23b) - do not abbreviate or combine names

23a. ORGANIZATION'S NAME
**NEWPORT AUTO CENTER**

OR

| 23b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

| 23c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **445 E. PACIFIC COAST HWY** | **Newport Beach** | **CA** | **92660** | **USA** |

| 23d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 23e. TYPE OF ORGANIZATION **TRADE NAME** | 23f. JURISDICTION OF ORGANIZATION **CA** | 23g. ORGANIZATIONAL ID #, if any ☑NONE |
|---|---|---|---|---|

24. ADDITIONAL SECURED PARTY'S NAME (or Name of TOTAL ASSIGNEE) - insert only one name (24a or 24b)

24a. ORGANIZATION'S NAME

OR

| 24b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

| 24c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

25. ADDITIONAL SECURED PARTY'S NAME (or Name of TOTAL ASSIGNEE) - insert only one name (25a or 25b)

25a. ORGANIZATION'S NAME

OR

| 25b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

| 25c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

FILING OFFICE COPY — UCC FINANCING STATEMENT ADDITIONAL PARTY (FORM UCC1AP) (REV. 05/22/02)
International Association of Commercial Administrators (IAC

**UCC FINANCING STATEMENT ADDITIONAL PARTY**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**19. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT**

19a. ORGANIZATION'S NAME

OR **BMW OF RIVERSIDE**

| 19b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |
|---|---|---|

**20.MISCELLANEOUS:**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**21. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one name (21a or 21b) - do not abbreviate or combine names

21a. ORGANIZATION'S NAME

OR **PRECISION AUTOMOTIVE**

| 21b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

| 21c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 7296 W. MANCHESTER AVE. | Los Angeles | CA | 90045 | USA |

21d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 21e. TYPE OF ORGANIZATION **TRADE NAME** | 21f. JURISDICTION OF ORGANIZATION **CA** | 21g. ORGANIZATIONAL ID #, if any ☑NONE

**22. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one name (22a or 22b) - do not abbreviate or combine names

22a. ORGANIZATION'S NAME

OR **SIMI VALLEY CHRYSLER JEEP DODG**

| 22b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

| 22c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 2350 FIRST STREET | Simi Valley | CA | 93065 | USA |

22d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 22e. TYPE OF ORGANIZATION **TRADE NAME** | 22f. JURISDICTION OF ORGANIZATION **CA** | 22g. ORGANIZATIONAL ID #, if any ☑NONE

**23. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one name (23a or 23b) - do not abbreviate or combine names

23a. ORGANIZATION'S NAME

OR **SOUTH BAY AUTO CENTER**

| 23b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

| 23c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1030 E ARTESIA BLVD. | LONG BEACH | CA | 90805 | USA |

23d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 23e. TYPE OF ORGANIZATION **TRADE NAME** | 23f. JURISDICTION OF ORGANIZATION **CA** | 23g. ORGANIZATIONAL ID #, if any ☑NONE

**24. ADDITIONAL SECURED PARTY'S NAME** (or Name of TOTAL ASSIGNEE) - insert only one name (24a or 24b)

24a. ORGANIZATION'S NAME

OR | 24b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 24c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

**25. ADDITIONAL SECURED PARTY'S NAME** (or Name of TOTAL ASSIGNEE) - insert only one name (25a or 25b)

25a. ORGANIZATION'S NAME

OR | 25b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 25c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

26262240002

International Association of Commercial Administrators (IACA)
FILING OFFICE COPY — UCC FINANCING STATEMENT ADDITIONAL PARTY (FORM UCC1AP) (REV. 05/22/02)

**UCC FINANCING STATEMENT ADDITIONAL PARTY**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**19. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT**

| 19a. ORGANIZATION'S NAME |
|---|
| BMW OF RIVERSIDE |

| 19b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX |
|---|---|---|

**20. MISCELLANEOUS:**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**21. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one name (21a or 21b) - do not abbreviate or combine names

| 21a. ORGANIZATION'S NAME |
|---|
| SURROZ DODGE-CHRY-JEEP |

| 21b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

| 21c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 151 N. NEELEY ST. | Visalia | CA | 93291 | USA |

| 21d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 21e. TYPE OF ORGANIZATION TRADE NAME | 21f. JURISDICTION OF ORGANIZATION CA | 21g. ORGANIZATIONAL ID #, if any ☑ NONE |
|---|---|---|---|---|

**22. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one name (22a or 22b) - do not abbreviate or combine names

| 22a. ORGANIZATION'S NAME |
|---|
| WALTON'S AUTOMOTIVE |

| 22b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

| 22c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 27505 INDIAN PK RD. | Rolling Hills | CA | 90274 | USA |

| 22d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 22e. TYPE OF ORGANIZATION TRADE NAME | 22f. JURISDICTION OF ORGANIZATION CA | 22g. ORGANIZATIONAL ID #, if any ☑ NONE |
|---|---|---|---|---|

**23. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one name (23a or 23b) - do not abbreviate or combine names

| 23a. ORGANIZATION'S NAME |
|---|
| WARNER'S MOBIL |

| 23b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

| 23c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 5972 WARNER AVE | Huntington Beach | CA | 92649 | USA |

| 23d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 23e. TYPE OF ORGANIZATION TRADE NAME | 23f. JURISDICTION OF ORGANIZATION CA | 23g. ORGANIZATIONAL ID #, if any ☑ NONE |
|---|---|---|---|---|

**24. ADDITIONAL SECURED PARTY'S NAME (or Name of TOTAL ASSIGNEE)** - insert only one name (24a or 24b)

| 24a. ORGANIZATION'S NAME |
|---|

| 24b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

| 24c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

**25. ADDITIONAL SECURED PARTY'S NAME (or Name of TOTAL ASSIGNEE)** - insert only one name (25a or 25b)

| 25a. ORGANIZATION'S NAME |
|---|

| 25b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

| 25c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

FILING OFFICE COPY — UCC FINANCING STATEMENT ADDITIONAL PARTY (FORM UCC1AP) (REV. 05/22/02)

International Association of Commercial Administrators (IACA)

CSRo Free Equipment*EQ Grp) for Dos OREQCSRF XLS

| Ship To Name | Ship To Address 1 | Ship To City | Ship To St | Ship To Zip Code | Qty Ship | Item# | Item Description | Serial# Lot M |
|---|---|---|---|---|---|---|---|---|
| BMW OF RIVERSIDE | 3000 ADAMS STREET | Riverside | CA | 92504 | 3 | 04007 | EMROPURGE WITH SIGHT GLASS | CONV |
| BMW OF RIVERSIDE | 3000 ADAMS STREET | Riverside | CA | 92504 | 2 | 9920 | BRAKETECH ADAPTER KIT | 0 |
| BMW OF RIVERSIDE | 3000 ADAMS STREET | Riverside | CA | 92504 | 2 | 03000 | AIRCOMATIC 110V w/ US CORD | 007240 |
| BMW OF RIVERSIDE | 3000 ADAMS STREET | Riverside | CA | 92504 | 1 | 23000 | WYNNS PWR STR MACH | 007241 |
| BMW OF RIVERSIDE | 3000 ADAMS STREET | Riverside | CA | 92504 | 1 | 23000 | WYNNS PWR STR MACH | 001078 |
| BMW OF RIVERSIDE | 3000 ADAMS STREET | Riverside | CA | 92504 | 1 | 09500 | Braketech/lip top | 001079 |
| BMW OF RIVERSIDE | 3000 ADAMS STREET | Riverside | CA | 92504 | 1 | 09500 | Braketech/lip top | 002063 |
| BMW OF RIVERSIDE | 3000 ADAMS STREET | Riverside | CA | 92504 | 1 | 07805 | 3 TUBE ENGINE COOLANT FLUSH | 002069 |
| BMW OF RIVERSIDE | 3000 ADAMS STREET | Riverside | CA | 92504 | 1 | 07805 | 3 TUBE ENGINE COOLANT FLUSH | 0 |
| BRAKE MASTERS | 1547 LINCOLN BLVD | SANTA MONICA | CA | 90401 | 1 | 9920 | BRAKETECH ADAPTER KIT | 008902 |
| CENTER ACURA | 5230 VAN NUYS BLVD | SHERMAN OAKS | CA | 91401 | 1 | 22000 | PWR STEERING FLUSH MACHINE BOX | 008902 |
| CENTER ACURA | 5230 VAN NUYS BLVD | SHERMAN OAKS | CA | 91401 | 1 | 22000 | PWR STEERING FLUSH MACHINE BOX | 0 |
| CENTER ACURA | 5230 VAN NUYS BLVD | Sherman Oaks | CA | 91401 | 1 | 9920 | BRAKETECH ADAPTER KIT | 000000 |
| CENTER ACURA | 5230 VAN NUYS BLVD | Sherman Oaks | CA | 91401 | 1 | 03000 | AIRCOMATIC 110V w/ US CORD | 000424356 |
| COMMUNITY CHEV | 200 W. OLIVE AVE. | Burbank | CA | 91502 | 1 | 09500 | Braketech/lip top | 001013 |
| COMPLETE AUTO CARE | 27913 CENTER DR | Mission Viejo | CA | 92692 | 1 | 04400 | BRAKETECH MACHINE | 002511 |
| DC CARE & REPAIR | 2389 S LA BREA AVE | Los Angeles | CA | 90016 | 1 | 22000 | PWR STEERING FLUSH MACHINE BOX | 020083 |
| DC CARE & REPAIR | 2389 S LA BREA AVE | Los Angeles | CA | 90016 | 1 | 9901 | TRANSERVE ADAPTER KIT W/TRAY | CONV |
| DISCOUNT TIRE-HUNTINGTON BEACH | 7462-A WARNER AVE. | Huntington Beach | CA | 92647 | 1 | 07805 | 3 TUBE ENGINE COOLANT FLUSH | CONV |
| LA BREA CHRYSLER/JEEP | 401 S LA BREA AVE | Los Angeles | CA | 90036 | 1 | 03000 | AIRCOMATIC 110V w/ US CORD | CONV |
| LAMPE DODGE CHRYSLER JEEP | 1909 S BLACKSTONE | Tulare | CA | 93274 | 1 | 09700 | T3 Transerve Machine | CONV |
| LAMPE DODGE CHRYSLER JEEP | 1909 S BLACKSTONE | Tulare | CA | 93274 | 1 | 06650 | DRAIN AND FILL ACCESSORY KIT | CONV |
| LAMPE DODGE CHRYSLER JEEP | 1909 S BLACKSTONE | Tulare | CA | 93274 | 1 | 9901 | TRANSERVE ADAPTER KIT W/TRAY | 000424278 |
| LAMPE DODGE CHRYSLER JEEP | 1909 S BLACKSTONE | Tulare | CA | 93274 | 1 | 9911 | LD. DIESEL ADAPTER KIT(RIG 3) | 001002 |
| LAND ROVER JAGUAR CERRITOS | 10861 183RD STREET | Cerritos | CA | 90703 | 1 | 9920 | BRAKETECH ADAPTER KIT | 002054 |
| LAND ROVER JAGUAR CERRITOS | 10861 183RD STREET | Cerritos | CA | 90703 | 1 | 04407 | EMROPURGE WITH SIGHT GLASS | CONV |
| LAND ROVER JAGUAR CERRITOS | 10861 183RD STREET | Cerritos | CA | 90703 | 1 | 04409 | EMROPURGE TOOL ADAPTER KIT | CONV |
| LAND ROVER JAGUAR CERRITOS | 10861 183RD STREET | Cerritos | CA | 90703 | 1 | 9920 | BRAKETECH ADAPTER KIT | 001009 |
| LAND ROVER JAGUAR CERRITOS | 10861 183RD STREET | Cerritos | CA | 90703 | 1 | 03000 | AIRCOMATIC 110V w/ US CORD | 000535 |
| LAND ROVER JAGUAR CERRITOS | 10861 183RD STREET | Cerritos | CA | 90703 | 1 | 09500 | Braketech/lip top | 0 |
| LANDROVER JAGUAR ANAHEIM HILLS | 5425 E. LA PALMA AVENUE | Anaheim | CA | 92807 | 1 | 07805 | 3 TUBE ENGINE COOLANT FLUSH | 0 |
| LANDROVER JAGUAR ANAHEIM HILLS | 5425 E. LA PALMA AVENUE | Anaheim | CA | 92807 | 1 | 04407 | EMROPURGE WITH SIGHT GLASS | CONV |
| LANDROVER JAGUAR ANAHEIM HILLS | 5425 E. LA PALMA AVENUE | Anaheim | CA | 92807 | 1 | 04409 | EMROPURGE TOOL ADAPTER KIT | 0 |
| LANDROVER JAGUAR ANAHEIM HILLS | 5425 E. LA PALMA AVENUE | Anaheim | CA | 92807 | 1 | 9920 | BRAKETECH ADAPTER KIT | 0 |
| LANDROVER JAGUAR ANAHEIM HILLS | 5425 E. LA PALMA AVENUE | Anaheim | CA | 92807 | 1 | 03000 | AIRCOMATIC 110V w/ US CORD | 002574 |
| LANDROVER JAGUAR ANAHEIM HILLS | 5425 E. LA PALMA AVENUE | Anaheim | CA | 92807 | 1 | 09400 | BRAKETECH MACHINE | 0 |
| NEWPORT AUTO CENTER | 445 E PACIFIC COAST HWY | Newport Beach | CA | 92660 | 1 | 07805 | 3 TUBE ENGINE COOLANT FLUSH | 001109 |
| PRECISION AUTOMOTIVE | 729 W MANCHESTER AVE. | Los Angeles | CA | 90045 | 1 | 03000 | AIRCOMATIC 110V w/ US CORD | CONV |
| SIM VALLEY CHRYSLER JEEP DODG | 2350 FIRST STREET | Simi Valley | CA | 93065 | 1 | 06550 | DRAIN AND FILL ACCESSORY KIT | 020085 |
| SIM VALLEY CHRYSLER JEEP DODG | 2350 FIRST STREET | Simi Valley | CA | 93065 | 1 | 990173 | TRANSERVE III ADAPTER KIT | 0 |
| SIM VALLEY CHRYSLER JEEP DODG | 2350 FIRST STREET | Simi Valley | CA | 93065 | 1 | 9920 | BRAKETECH ADAPTER KIT | 0 |
| SIM VALLEY CHRYSLER JEEP DODG | 2350 FIRST STREET | Simi Valley | CA | 93065 | 1 | 07600 | C500 MAN W/PAIL NO KIT | 0 |
| SIM VALLEY CHRYSLER JEEP DODG | 2350 FIRST STREET | Simi Valley | CA | 93065 | 1 | 09700 | T3 Transerve Machine | 002574 |
| SOUTH BAY AUTO CENTER | 1030 E ARTESIA BLVD. | LONG BEACH | CA | 90805 | 1 | 9901 | TRANSERVE ADAPTER KIT W/TRAY | 0 |
| S.PROIZ DODGE-CHRY-JEEP | 151 N. NEELEY ST. | Visalia | CA | 93277 | 1 | 04010 | MOPAR FUEL TOOL KIT | CONV |
| WALTON'S AUTOMOTIVE | 27505 INDIAN PK RD. | Rolling Hills | CA | 90274 | 1 | 22000 | PWR STEERING FLUSH MACHINE BOX | 020085 |
| WARNERS MOBIL | 5972 WARNER AVE | Huntington Beach | CA | 92649 | 1 | 9920 | BRAKETECH ADAPTER KIT | 0 |

2626240002

# EXHIBIT "6"



**SECRETARY OF STATE
STATE OF CALIFORNIA**

**Search Certificate**

SEARCH REQUESTED ON:                                                06/28/2011
Organization Debtor:  **LRJC, INC.**

Address: **NOT SPECIFIED**
Date Range From: **NOT SPECIFIED**
Search: **ALL**

   **\* Indicates Filings that have been accepted after the Certification Date.**

| Original Filing # | Filing Type | File Date | File Time | Lapse Date | # of Pages |
|---|---|---|---|---|---|
| 06-7054802527 | **Financing Statement** | 01/10/2006 | 11:50 | 01/10/2016 | 1 |

**Debtor:**
**Organization:**    LRJC, INC.
                     5425 E. LA PALMA, ANAHEIM HILLS CA USA, 92807
**Secured Party:**
**Organization:**    BMW FINANCIAL SERVICES NA, LLC
                     5550 BRITTON PARKWAY, HILLARD OH USA, 43016

                     BMW FINANCIAL SERVICES NA, LLC
                     5515 PARKCENTER CIRCLE, DUBLIN OH USA, 43017

| Amendment Filing # | Filing Type | File Date | File Time | | # of Pages |
|---|---|---|---|---|---|
| 06-70787049 | **Amendment** | 07/20/2006 | 17:00 | | 1 |
| 10-72383430 | **Continuation** | 07/15/2010 | 10:25 | | 1 |

| Original Filing # | Filing Type | File Date | File Time | Lapse Date | # of Pages |
|---|---|---|---|---|---|
| 06-7085187870 | **Financing Statement** | 09/18/2006 | 11:49 | 09/18/2011 | 1 |

**Debtor:**
**Organization:**    LRJC, INC.
                     10861 183RD STREET, CERRITOS CA USA, 90703
**Secured Party:**
**Organization:**    BANK OF THE WEST, TRINITY DIVISION
                     475 SANSOME STREET, 19TH FLOOR, SAN FRANCISCO CA USA,
                     94111-1234

Continue

---

**Total Pages:**        **4**

The undersigned Filing Officer hereby certifies that the above listing is a record of all presently active financing statements, tax liens, attachment liens and judgement liens, including any change documents relating to them, which name the above debtor, subject to any above-stated search qualifiers and are on file in my office as of **06/19/2011 at 1700 hours**.

The search results herein reflect only the specific information requested. The results of this Debtor search will not reflect variances of this name. If the Debtor is known under other personal names, trade names, business entities, or addresses, separate searches of these names will have to be requested and conducted. The Secretary of State, his officers and agents disclaim any and all liability for claims resulting from other filings on which the name of the Debtor can be found in any other form than which was requested.

*Debra Bowen*

Debra Bowen
Secretary of State

Document Number: 29460960003        Page 2 of 2

# UCC FINANCING STATEMENT
**FOLLOW INSTRUCTIONS (front and back) CAREFULLY**

**A. NAME & PHONE OF CONTACT AT FILER [optional]**

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**
UCC DIRECT SERVICES
2727 ALLEN PARKWAY
HOUSTON, TX 77019
USA

DOCUMENT NUMBER: 6449650002
FILING NUMBER: 06-7054602527
FILING DATE: 01/10/2006 11:50
IMAGE GENERATED ELECTRONICALLY FOR XML FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME - Insert only one debtor name (1a or 1b) - do not abbreviate or combine names**

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| LRJC, Inc. | | | | |
| OR 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |
| 1c. MAILING ADDRESS | CITY | | STATE | POSTAL CODE | COUNTRY |
| 5425 E. La Palma | Anaheim Hills | | CA | 92807 | USA |

| 1d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID#, if any |
|---|---|---|---|---|
| | | Corporation | CA | C2747048 ☐ NONE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - Insert only one debtor name (2a or 2b) - do not abbreviate or combine names**

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |
| 2c. MAILING ADDRESS | CITY | | STATE | POSTAL CODE | COUNTRY |

| 2d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID#, if any |
|---|---|---|---|---|
| | | | | ☐ NONE |

**3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - Insert only one secured party name (3a or 3b)**

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| BMW Financial Services NA, LLC | | | | |
| OR 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 5515 Parkcenter Circle | Dublin | OH | 43017 | USA |

**4. This FINANCING STATEMENT covers the following collateral:**
All vehicle inventory, parts and accessories inventory, equipment, fixtures, accounts, holdback reserves, manufacturer rebates and incentive payments, general intangibles of the Debtor now owned and hereafter acquired, wherever located; all accessions to, substitutions for and all replacements of any of the foregoing; all chattel paper, documents, instruments, monies, residues and property of any kind related to any of the foregoing, all books and records of Debtor related to any of the foregoing, including without limitation, computer programs, print-outs, and other computer hardware and software materials and records pertaining to any of the foregoing, together with all proceeds and products of the foregoing, including without limitation, proceeds of insurance policies insuring any of the foregoing.

**5. ALT DESIGNATION:** ☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☐ SELLER/BUYER ☐ AG. LIEN ☐ NON-UCC FILING

| ☐ 6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS Attach Addendum [if applicable] | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE]   [optional] ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2 |
|---|---|

**8. OPTIONAL FILER REFERENCE DATA**
CA-0-17618133-00266

FILING OFFICE COPY

# UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**06-70787049**

**07/20/2006 17:00**

**FILED**

CA DIVISION
SECRETARY OF STATE

A. NAME & PHONE OF CONTACT AT FILER [optional]
Phone (800) 331-3282    Fax (818) 662-4141

B. SEND ACKNOWLEDGEMENT TO: (Name and Mailing Address)    9226 BMW FINANCIAL S

UCC Direct Services          **8872534**
P.O. Box 29071
Glendale, CA [          ]         **CALI**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE #
067054802627  10-JAN-2006  SS CA

1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to the security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects ☐ Debtor or ☒ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.
☒ CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c.    ☐ DELETE name: Give record name to be deleted in item 6a or 6b.    ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable).

6. CURRENT RECORD INFORMATION:

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| BMW Financial Services NA, LLC | | | |
| OR 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

7. CHANGED (NEW) OR ADDED INFORMATION:

| 7a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| BMW Financial Services NA, LLC | | | | | |
| OR 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | | SUFFIX |
| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | | COUNTRY |
| 5550 Britton Parkway | Hilliard | OH | 43016 | | |
| 7d. SEE INSTRUCTION | 7e. ADD'L INFO RE. ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any | ☐ NONE |

8. AMENDMENT (COLLATERAL CHANGE): check only one box.
Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| BMW Financial Services NA, LLC | | | |
| OR 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

10. OPTIONAL FILER REFERENCE DATA
8872534 Debtor Name: LRJC, Inc. SAR 00286

FILING OFFICE COPY - NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3)  (REV. 05/22/02)    Prepared by UCC Direct Services, P.O. Box 29071, Glendale, CA [    ] Tel (800) 331-3282

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

UCC DIRECT SERVICES
2727 ALLEN PARKWAY
HOUSTON, TX 77019
USA

DOCUMENT NUMBER: 25650650002
FILING NUMBER: 10-72383430
FILING DATE: 07/16/2010 10:26
IMAGE GENERATED ELECTRONICALLY FOR XML FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE #
06-7054802527

1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination.

3. ☒ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Please refer to the detailed instructions in regards to changing the name/address of a party.   ☐ DELETE name: Give record name to be deleted in item 6a or 6b.   ☐ ADD name: Complete item 7a or 7b, and also item 7c

6. CURRENT RECORD INFORMATION:
6a. ORGANIZATION'S NAME

OR
6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

7. CHANGED (NEW) OR ADDED INFORMATION:
7a. ORGANIZATION'S NAME

OR
| 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

| 7d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID#, if any | ☐ NONE |

8. AMENDMENT (COLLATERAL CHANGE): check only one box.
Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

9. NAME of SECURED PARTY of RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this amendment.

9a. ORGANIZATION'S NAME
BMW Financial Services NA, LLC

OR
9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

10. OPTIONAL FILER REFERENCE DATA
CA-0-42344181

FILING OFFICE COPY

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**
UCC DIRECT SERVICES
2727 ALLEN PARKWAY
HOUSTON, TX 77019
USA

DOCUMENT NUMBER: 9567290002
FILING NUMBER: 06-7095187870
FILING DATE: 09/19/2006 11:49
IMAGE GENERATED ELECTRONICALLY FOR XML FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - Insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| LRJC, INC. | | | |

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 10861 183RD STREET | CERRITOS | CA | 90703 | USA |

| 1d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID#, if any |
|---|---|---|---|---|
| | | Corporation | CA | C2747048  □NONE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - Insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| | | | |

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 2d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID#, if any |
|---|---|---|---|---|
| | | | | □NONE |

**3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P)** - Insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Bank of the West, Trinity Division | | | |

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 475 Sansome Street, 19th Floor | San Francisco | CA | | USA |

**4. This FINANCING STATEMENT covers the following collateral:**
All automotive and related equipment leased or financed from Trinity, A Division of Bank of the West including, but not limited to those items and proceeds thereof, set forth in the agreement listed below and in any and all subsequent addendums and schedules to the agreement. Agreement # ~ref1~

**5. ALT DESIGNATION:** □LESSEE/LESSOR □CONSIGNEE/CONSIGNOR □BAILEE/BAILOR □SELLER/BUYER □AG. LIEN □NON-UCC FILING

**6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS** Attach Addendum [if applicable]

**7. Check to REQUEST SEARCH REPORT(S) on Debtor(s)** [ADDITIONAL FEE]   [optional] □All Debtors □Debtor 1 □Debtor 2

**8. OPTIONAL FILER REFERENCE DATA**
CA-0-22019405-841247

FILING OFFICE COPY

# EXHIBIT "7"

10-7228612746
04/13/2010 17:00

FILED
CALIFORNIA
SECRETARY OF STATE
505

24843770002    UCC 1 FILING

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
Anthony Woodrow Rector

**B. SEND ACKNOWLEDGEMENT TO:**    (Name and Address)

Anthony Woodrow Rector
13337 South Street #569
Cerritos, Ca 90703

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** – insert only one debtor name (1a or 1b) – do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| LAND ROVER JAGUAR CERRITOS | | | |

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 10863 183rd STREET | CERRITOS | CA | 90703 | US |

| ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID#, if any | |
|---|---|---|---|---|
| | CORPORATION | | | ☒ NONE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** – insert only one debtor name (2a or 2b) – do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| | | | |

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID#, if any | |
|---|---|---|---|---|
| | | | | ☐ NONE |

**3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P)** – insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| | | | |

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| Rector | Anthony | Woodrow | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 13337 South Street #569 | Cerritos | Ca | 90703 | US |

**4. This FINANCING STATEMENT covers the following collateral:**

See Attachment(s)

| 5. ALTERNATIVE DESIGNATION [if applicable]: | ☐ LESSEE/LESSOR | ☐ CONSIGNEE/CONSIGNOR | ☐ BAILEE/BAILOR | ☐ SELLER/BUYER | ☐ AG. LIEN | ☐ NON-UCC FILING |
|---|---|---|---|---|---|---|

| 6. | This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum [if applicable] | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE]    [optional] | ☐ All Debtors | ☐ Debtor 1 | ☐ Debtor 2 |
|---|---|---|---|---|---|

**8. OPTIONAL FILER REFERENCE DATA**

FILING OFFICE COPY – NATIONAL UCC FINANCING STATEMENT (FORM UCC1)  CALIFORNIA (REV. 01/01/08)

## EXHIBIT A

### UCC1 FINANCING STATEMENT

Debtor: Land Rover Jaguar Cerritos

Secured Party: Anthony W. Rector

**ITEM 4 (continued)** Collateral Description

This Financing Statement covers the following items and/or types of property, whether the foregoing is owned now or acquired later by Anthony W. Rector; A COMMERCIAL LIEN #AWR70081140000199399829 completed and dated November 20, 2009 through Commercial Affidavit.

### COMMERCIAL LEIN

Anthony Woodrow Rector,
Lien Claimant

v.

Land Rover Jaguar Cerritos (Dealership – Lien Debtor), Carl De Souza (Sales Guide – Lien Debtor), Robert Giannini (Sales Manager – Lien Debtor), David Smith (Chief Executive – Lien Debtor), Michael O' Driscoll (Managing Director – Lien Debtor)

A SECURITY (15 U.S.C.) CLAIM OF
COMMERCIAL LIEN AND AFFIDAVIT
U.S. S.E.C. TRACER FLAG NOT A POINT OF LAW

To Guarantee Bond on the Specific Performance of and by all corporate Officials, and Liability Insurance Companies (Surety) Connected with this Cause of Action Consisting of State of California Court Case: No. VA 109068

**CLAIM OF LIEN**
THIS CLAIM OF LIEN IS FILE PURSUANT CALIFORNIA CIVIL CODE § 2872, 2874, 2875, 2881(1), 2883, and 2889, against Lien Debtor(s) for default and breach of contract under commercial law. Section 3281 of Civil Code for damages sustained. California Government Code § 27297.5 and 27387 as an involuntary lien based on consensual actions by knowledgeable breach of contract (explained herein).

LIEN CLAIMANT Provided the LIEN DEBTOR by a COMMERCIAL AFFIDAVIT and subsequently a NOTICE OF DEFAULT enumerating the position of LIEN CLAIMANT, proclaiming claims of LIEN Claimant to recover from damage and criminal conduct, and as well as demanding a point-for-point rebuttal by LIEN DEBTOR and proof of basis for his alleged cause of action by the LIEN CLAIMANT within thirty (30) days, in which failure to rebut Lien Debtor(s) was(were) put on notice that they would be in default.

Subject COMMERCIAL AFFIDAVIT sworn true, correct and complete was sent by LIEN CLAIMANT, Anthony W. Rector to LIEN DEBTOR(s), Carl De Souza (Sales Guide – Lien Debtor), Robert Giannini (Sales Manager – Lien Debtor), David Smith (Chief Executive – Lien Debtor), Michael O' Driscoll (Managing Director – Lien Debtor) by United States Postal Service, delivery conformation Mail, Return Receipt Requested #7008 1140 0001 9939 9751 on October 19, 2009 LIEN DEBTOR received said AFFIDAVIT, without signing the certified mail receipt on or about October 21, 2009. LIEN DEBTOR failed to respond to AFFIDAVIT/NOTICE,

thereby admitting and acquiescing to the declarations by LIEN CLAIMANT, a NOTICE OF DEFAULT was served upon them on October 29, 2009 by United States Postal Service, Certified Mail, Return Receipt Requested #70081140000199399805. Such default admits that the LIEN DEBTOR'S was(were) guilty of the criminal violations involved in the action of LIEN DEBTOR as set forth in LIEN CLAIMANT'S COMMERCIAL AFFIDAVIT and NOTICE OF DEFAULT.

"Due process requires, at a minimum, that an individual be given a meaningful opportunity to be heard prior to being subjected by force of law to a significant deprivation. . . . That the hearing required by due process is subject to waiver, and is not fixed in form does not affect its root requirement that an individual be given an opportunity for a hearing before he is deprived of any significant property interest. . . ." (Original italics; 401 US 378- 379) Randone v. Appellate Department, 1971, 5 C3d 536, 550.

"In the latter case [Mullane v. Central Hanover Trust Co., 339 U.S. 306] we said that the right to be heard 'has little reality or worth unless one is informed that the matter is pending and can choose for himself whether to appear or default, acquiesce or contest.' 339 U.S. at 314" Sniadach v. Family Finance Corp., 395 U.S. 337, 339, 340

I, Anthony W. Rector, depose and say as follows:

1. The parties of the Commercial Lien are cited in the following "List of Lien Debtors," where they are identified in the Official Capacities.
2. All processes in the above cited case have been summary processes in which the Constitutional and commercial right to jury trial has been abridged and denied. All other supporting processes have likewise been summary processes.
3. Nothing has been provided by any public official or officer of the court in the above cited case to demonstrate or prove that they are commercially bonded to operate any summary processes which abridge or deny any commercial provision of the United States Constitution or the California state Constitution.
4. This commercial lien is commercially necessary to guarantee for both the lien claimant and the public in general that such a bond will exist upon the said officials and is not placed for any reason of harassment of persons or processes.
5. The cited Lien Debtors are being lien for a minimum of $1,000,000.00 each, based on Title 18, Section 241, 219, 241, 242, 645, 654, 912, 951, and 1001 to wit of the United States Code for violation of United States Constitutional Rights including the Seventh Amendment of the Bill of Rights, guaranteeing a jury trial in all commercial processes and approximately 35 other commercial provisions of the United States Constitution.
6. To value if injury incurred by Lien Claimant (Anthony W. Rector) totaled amount of True Bill **$45,000,000.00 (Fourty Five Million Dollars).**

This commercial lien is intended to seize all the real property (10861 183rd St., Cerritos ,Ca APN#7034-017-909) and movable property, bank accounts, inventories of the above cited Lien Debtors and those on the attached extended list of Lien Debtors. This property is being seized as a pledge to secure the above cited obligation declared in paragraphs 2, 3, and 4 to apply it as a bond on the persons and activities of the officials, title insurance companies, liability insurance companies and other such Lien Debtors as may be added from time to time for whatever relevant and just commercial agreement.

I Anthony W. Rector hereby command the state of California and it's appropriate enforcement agencies, to command specific performance of LIEN DEBTOR(s) and to impound their property(ies) for claims of obligation for non-performance, default in Commercial Law, malfeasance of office, violation of oath of office, violation of trust, engaging in unbonded acts, and numerous other crimes and offenses cited in the AFFIDAVIT OF INFORMATION presented.

This CLAIM OF LIEN is filed against **Land Rover Jaguar Cerritos, Carl De Souza (Sales Guide – Lien Debtor), Robert Giannini (Sales Manager – Lien Debtor), David Smith (Chief Executive – Lien Debtor), Michael O' Driscoll (Managing Director – Lien Debtor) and subsidiaries, including all Community Property of** both, in order to prevent their evasion of financial liability through efforts to shield property and assets by placing

said property and assets in their, subsidiaries and or spouse's names to prevent attachment for the satisfaction of suits and liens.

This commercial lien is not a *lis pendens* lien. It may not be removed or dissolved by any parties except the Lien Claimants or a common-law jury properly convened and used.

Affirmed and respectfully submitted this 20th day of November, 2009.

/s/ Anthony W. Rector
EIN 454271267

**AFFIDAVIT**

State of California          )     ss:
County of Los Angeles       )

Anthony W. Rector, being first duly sworn, says: I am the claimant above named; I have read the foregoing claim and know the contents thereof, and believe the same to be just.

Subscribed and sworn to before me this 20th day of
November 2009.

Notary Public

LIST OF LIEN DEBTORS:

- Land Rover Jaguar Cerritos ( Corporation)
- Carl De Souza (Sales Guide )
- Robert Giannini (Sales Manager)
- David Smith (Chief Executive)
- Michael O'Driscoll (Managing Director)

And all persons connected with the case now and in the future severally and jointly liable.

24643770002

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**

**B. SEND ACKNOWLEDGMENT TO:** (Name and Address)

Wynn's USA
1050 W. Fifth St.
Azusa, CA 91702

10-7244533847
09/08/2010 17:00

FILED
CALIFORNIA
SECRETARY OF STATE
SOS

26262240002   UCC 1 FILING

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| **BMW OF RIVERSIDE** | | | | |

| OR | 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|---|
| | | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **3060 ADAMS STREET** | **Riverside** | **CA** | **92504** | **USA** |

| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION **TRADE NAME** | 1f. JURISDICTION OF ORGANIZATION **CA** | 1g. ORGANIZATIONAL ID #, if any ☑ NONE |
|---|---|---|---|---|

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| **BRAKE MASTERS** | | | | |

| OR | 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|---|
| | | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **1547 LINCOLN BLVD** | **SANTA MONICA** | **CA** | **90401** | **USA** |

| 2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION **TRADE NAME** | 2f. JURISDICTION OF ORGANIZATION **CA** | 2g. ORGANIZATIONAL ID #, if any ☑ NONE |
|---|---|---|---|---|

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| **Wynn's, A division of Illinois Tool Works, Inc.** | | | | |

| OR | 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|---|
| | | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **1050 W. Fifth St.** | **AZUSA** | **CA** | **91702** | **USA** |

**4. This FINANCING STATEMENT covers the following collateral:**

**SEE ATTACHED**

| 5. ALTERNATIVE DESIGNATION [if applicable]: | LESSEE/LESSOR | CONSIGNEE/CONSIGNOR | BAILEE/BAILOR | SELLER/BUYER | AG. LIEN | NON-UCC FILING |
|---|---|---|---|---|---|---|

| 6. | This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.    Attach Addendum | [if applicable] | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [optional] | [ADDITIONAL FEE] | All Debtors | Debtor 1 | Debtor 2 |
|---|---|---|---|---|---|---|---|

**8. OPTIONAL FILER REFERENCE DATA**

FILING OFFICE COPY — UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)

International Association of Commercial Administrators (IACA)

## UCC FINANCING STATEMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT

| 9a. ORGANIZATION'S NAME | | |
|---|---|---|
| OR **BMW OF RIVERSIDE** | | |
| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |

10. MISCELLANEOUS:

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one name (11a or 11b) - do not abbreviate or combine names

| 11a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR **CENTER ACURA** | | | | |
| 11b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| **5230 VAN NUYS BLVD** | **SHERMAN OAKS** | **CA** | **91401** | **USA** |
| 11d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 11e. TYPE OF ORGANIZATION **TRADE NAME** | 11f. JURISDICTION OF ORGANIZATION **CA** | 11g. ORGANIZATIONAL ID #, if any ☑ NONE |

12. ☐ ADDITIONAL SECURED PARTY'S or ☐ ASSIGNOR S/P'S  NAME - insert only one name (12a or 12b)

| 12a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR | | | | |
| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 12c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

13. This FINANCING STATEMENT covers ☐ timber to be cut or ☐ as-extracted collateral, or is filed as a ☐ fixture filing.

14. Description of real estate:

16. Additional collateral description:

15. Name and address of a RECORD OWNER of above-described real estate (if Debtor does not have a record interest):

17. Check only if applicable and check only one box.

Debtor is a ☐ Trust or ☐ Trustee acting with respect to property held in trust or ☐ Decedent's Estate

18. Check only if applicable and check only one box.

☐ Debtor is a TRANSMITTING UTILITY

☐ Filed in connection with a Manufactured-Home Transaction — effective 30 years

☐ Filed in connection with a Public-Finance Transaction — effective 30 years

International Association of Commercial Administrators (IACA)

26262240002

# UCC FINANCING STATEMENT ADDITIONAL PARTY
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**19. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT**

19a. ORGANIZATION'S NAME

OR **BMW OF RIVERSIDE**

| 19b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX |
|---|---|---|

**20. MISCELLANEOUS:**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**21. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one name (21a or 21b) - do not abbreviate or combine names

21a. ORGANIZATION'S NAME

OR **COMMUNITY CHEV**

| 21b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

| 21c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 200 W. OLIVE AVE. | Burbank | CA | 91502 | USA |

| 21d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 21e. TYPE OF ORGANIZATION TRADE NAME | 21f. JURISDICTION OF ORGANIZATION CA | 21g. ORGANIZATIONAL ID #, if any ☑NONE |

**22. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one name (22a or 22b) - do not abbreviate or combine names

22a. ORGANIZATION'S NAME

OR **COMPLETE AUTO CARE**

| 22b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

| 22c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 27913 CENTER DR | Mission Viejo | CA | 92692 | USA |

| 22d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 22e. TYPE OF ORGANIZATION TRADE NAME | 22f. JURISDICTION OF ORGANIZATION CA | 22g. ORGANIZATIONAL ID #, if any ☑NONE |

**23. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one name (23a or 23b) - do not abbreviate or combine names

23a. ORGANIZATION'S NAME

OR **DC CARE & REPAIR**

| 23b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

| 23c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 2339 S LA BREA AVE | Los Angeles | CA | 90016 | USA |

| 23d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 23e. TYPE OF ORGANIZATION TRADE NAME | 23f. JURISDICTION OF ORGANIZATION CA | 23g. ORGANIZATIONAL ID #, if any ☑NONE |

**24. ADDITIONAL SECURED PARTY'S NAME** (or Name of TOTAL ASSIGNEE) - insert only one name (24a or 24b)

24a. ORGANIZATION'S NAME

OR | 24b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

| 24c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

**25. ADDITIONAL SECURED PARTY'S NAME** (or Name of TOTAL ASSIGNEE) - insert only one name (25a or 25b)

25a. ORGANIZATION'S NAME

OR | 25b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

| 25c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

FILING OFFICE COPY — UCC FINANCING STATEMENT ADDITIONAL PARTY (FORM UCC1AP) (REV. 06/22/02)   International Association of Commercial Administrators (IACA)

26262240002

**UCC FINANCING STATEMENT ADDITIONAL PARTY**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

19. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT

| | 19a. ORGANIZATION'S NAME |
|---|---|
| OR | **BMW OF RIVERSIDE** |

| 19b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |
|---|---|---|
| | | |

20. MISCELLANEOUS:

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

21. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one name (21a or 21b) - do not abbreviate or combine names

| | 21a. ORGANIZATION'S NAME |
|---|---|
| OR | **DISCOUNT TIRE-HUNTINGTON BEACH** |

| 21b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 21c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **7852-A WARNER AVE.** | **Huntington Beach** | **CA** | **92647** | **USA** |

| 21d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 21e. TYPE OF ORGANIZATION **TRADE NAME** | 21f. JURISDICTION OF ORGANIZATION **CA** | 21g. ORGANIZATIONAL ID #, if any ☑ NONE |
|---|---|---|---|---|

22. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one name (22a or 22b) - do not abbreviate or combine names

| | 22a. ORGANIZATION'S NAME |
|---|---|
| OR | **LA BREA CHRYSLER/JEEP** |

| 22b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 22c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **401 S LA BREA AVE** | **Los Angeles** | **CA** | **90030** | **USA** |

| 22d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 22e. TYPE OF ORGANIZATION **TRADE NAME** | 22f. JURISDICTION OF ORGANIZATION **CA** | 22g. ORGANIZATIONAL ID #, if any ☑ NONE |
|---|---|---|---|---|

23. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one name (23a or 23b) - do not abbreviate or combine names

| | 23a. ORGANIZATION'S NAME |
|---|---|
| OR | **LAMPE DODGE CHRYSLER JEEP** |

| 23b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 23c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **1950 S BLACKSTONE** | **Tulare** | **CA** | **93274** | **USA** |

| 23d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 23e. TYPE OF ORGANIZATION **TRADE NAME** | 23f. JURISDICTION OF ORGANIZATION **CA** | 23g. ORGANIZATIONAL ID #, if any ☑ NONE |
|---|---|---|---|---|

24. ADDITIONAL SECURED PARTY'S NAME (or Name of TOTAL ASSIGNEE) - insert only one name (24a or 24b)

| | 24a. ORGANIZATION'S NAME |
|---|---|
| OR | |

| 24b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 24c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

25. ADDITIONAL SECURED PARTY'S NAME (or Name of TOTAL ASSIGNEE) - insert only one name (25a or 25b)

| | 25a. ORGANIZATION'S NAME |
|---|---|
| OR | |

| 25b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 25c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

2626224D002

International Association of Commercial Administrators (IACA)
FILING OFFICE COPY — UCC FINANCING STATEMENT ADDITIONAL PARTY (FORM UCC1AP) (REV. 05/22/02)

**UCC FINANCING STATEMENT ADDITIONAL PARTY**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

19. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT

| 19a. ORGANIZATION'S NAME | | |
|---|---|---|
| OR **BMW OF RIVERSIDE** | | |
| 19b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |

20. MISCELLANEOUS:

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

21. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one name (21a or 21b) - do not abbreviate or combine names

| 21a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| OR **LAND ROVER JAGUAR CERRITOS** | | | | | |
| 21b. INDIVIDUAL'S LAST NAME | | FIRST NAME | | MIDDLE NAME | SUFFIX |
| 21c. MAILING ADDRESS | | CITY | STATE | POSTAL CODE | COUNTRY |
| **10861 183RD STREET** | | **Cerritos** | **CA** | **90703** | **USA** |
| 21d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 21e. TYPE OF ORGANIZATION **TRADE NAME** | 21f. JURISDICTION OF ORGANIZATION **CA** | 21g. ORGANIZATIONAL ID #, if any | ☑NONE |

22. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one name (22a or 22b) - do not abbreviate or combine names

| 22a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| OR **LANDROVER JAGUAR ANAHEIM HILLS** | | | | | |
| 22b. INDIVIDUAL'S LAST NAME | | FIRST NAME | | MIDDLE NAME | SUFFIX |
| 22c. MAILING ADDRESS | | CITY | STATE | POSTAL CODE | COUNTRY |
| **5425 E. LA PALMA AVENUE** | | **Anaheim** | **CA** | **92807** | **USA** |
| 22d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 22e. TYPE OF ORGANIZATION **TRADE NAME** | 22f. JURISDICTION OF ORGANIZATION **CA** | 22g. ORGANIZATIONAL ID #, if any | ☑NONE |

23. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one name (23a or 23b) - do not abbreviate or combine names

| 23a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| OR **NEWPORT AUTO CENTER** | | | | | |
| 23b. INDIVIDUAL'S LAST NAME | | FIRST NAME | | MIDDLE NAME | SUFFIX |
| 23c. MAILING ADDRESS | | CITY | STATE | POSTAL CODE | COUNTRY |
| **445 E. PACIFIC COAST HWY** | | **Newport Beach** | **CA** | **92660** | **USA** |
| 23d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 23e. TYPE OF ORGANIZATION **TRADE NAME** | 23f. JURISDICTION OF ORGANIZATION **CA** | 23g. ORGANIZATIONAL ID #, if any | ☑NONE |

24. ADDITIONAL SECURED PARTY'S NAME (or Name of TOTAL ASSIGNEE) - insert only one name (24a or 24b)

| 24a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| OR | | | | | |
| 24b. INDIVIDUAL'S LAST NAME | | FIRST NAME | | MIDDLE NAME | SUFFIX |
| 24c. MAILING ADDRESS | | CITY | STATE | POSTAL CODE | COUNTRY |

25. ADDITIONAL SECURED PARTY'S NAME (or Name of TOTAL ASSIGNEE) - insert only one name (25a or 25b)

| 25a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| OR | | | | | |
| 25b. INDIVIDUAL'S LAST NAME | | FIRST NAME | | MIDDLE NAME | SUFFIX |
| 25c. MAILING ADDRESS | | CITY | STATE | POSTAL CODE | COUNTRY |

2626224002

International Association of Commercial Administrators (IAC

FILING OFFICE COPY — UCC FINANCING STATEMENT ADDITIONAL PARTY (FORM UCC1AP) (REV. 05/22/02)

**UCC FINANCING STATEMENT ADDITIONAL PARTY**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

19. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT

| | |
|---|---|
| 19a. ORGANIZATION'S NAME | |
| OR **BMW OF RIVERSIDE** | |

| 19b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |
|---|---|---|
| | | |

20. MISCELLANEOUS:

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

21. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one name (21a or 21b) - do not abbreviate or combine names

| 21a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR **PRECISION AUTOMOTIVE** | | | | |

| 21b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 21c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **7296 W. MANCHESTER AVE.** | **Los Angeles** | **CA** | **90045** | **USA** |

| 21d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 21e. TYPE OF ORGANIZATION **TRADE NAME** | 21f. JURISDICTION OF ORGANIZATION **CA** | 21g. ORGANIZATIONAL ID #, if any ☑ NONE |
|---|---|---|---|---|

22. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one name (22a or 22b) - do not abbreviate or combine names

| 22a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR **SIMI VALLEY CHRYSLER JEEP DODG** | | | | |

| 22b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 22c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **2350 FIRST STREET** | **Simi Valley** | **CA** | **93065** | **USA** |

| 22d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 22e. TYPE OF ORGANIZATION **TRADE NAME** | 22f. JURISDICTION OF ORGANIZATION **CA** | 22g. ORGANIZATIONAL ID #, if any ☑ NONE |
|---|---|---|---|---|

23. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one name (23a or 23b) - do not abbreviate or combine names

| 23a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR **SOUTH BAY AUTO CENTER** | | | | |

| 23b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 23c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **1030 E ARTESIA BLVD.** | **LONG BEACH** | **CA** | **90805** | **USA** |

| 23d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 23e. TYPE OF ORGANIZATION **TRADE NAME** | 23f. JURISDICTION OF ORGANIZATION **CA** | 23g. ORGANIZATIONAL ID #, if any ☑ NONE |
|---|---|---|---|---|

24. ADDITIONAL SECURED PARTY'S NAME (or Name of TOTAL ASSIGNEE) - insert only one name (24a or 24b)

| 24a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR | | | | |

| 24b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 24c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

25. ADDITIONAL SECURED PARTY'S NAME (or Name of TOTAL ASSIGNEE) - insert only one name (25a or 25b)

| 25a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR | | | | |

| 25b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 25c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

26262240002

International Association of Commercial Administrators (IACA)
FILING OFFICE COPY — UCC FINANCING STATEMENT ADDITIONAL PARTY (FORM UCC1AP) (REV. 05/22/02)

**UCC FINANCING STATEMENT ADDITIONAL PARTY**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

19. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT

| 19a. ORGANIZATION'S NAME | | |
|---|---|---|
| OR | | |
| **BMW OF RIVERSIDE** | | |
| 19b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX |

20. MISCELLANEOUS.

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

21. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one name (21a or 21b) - do not abbreviate or combine names

| 21a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR **SURROZ DODGE-CHRY-JEEP** | | | | |
| 21b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |
| 21c. MAILING ADDRESS | CITY | | STATE / POSTAL CODE | COUNTRY |
| **151 N. NEELEY ST.** | **Visalia** | | **CA** / **93291** | **USA** |
| 21d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 21e. TYPE OF ORGANIZATION **TRADE NAME** | 21f. JURISDICTION OF ORGANIZATION **CA** | 21g. ORGANIZATIONAL ID #, if any ☑ NONE |

22. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one name (22a or 22b) - do not abbreviate or combine names

| 22a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR **WALTON'S AUTOMOTIVE** | | | | |
| 22b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |
| 22c. MAILING ADDRESS | CITY | | STATE / POSTAL CODE | COUNTRY |
| **27505 INDIAN PK RD.** | **Rolling Hills** | | **CA** / **90274** | **USA** |
| 22d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 22e. TYPE OF ORGANIZATION **TRADE NAME** | 22f. JURISDICTION OF ORGANIZATION **CA** | 22g. ORGANIZATIONAL ID #, if any ☑ NONE |

23. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one name (23a or 23b) - do not abbreviate or combine names

| 23a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR **WARNER'S MOBIL** | | | | |
| 23b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |
| 23c. MAILING ADDRESS | CITY | | STATE / POSTAL CODE | COUNTRY |
| **5972 WARNER AVE** | **Huntington Beach** | | **CA** / **92649** | **USA** |
| 23d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 23e. TYPE OF ORGANIZATION **TRADE NAME** | 23f. JURISDICTION OF ORGANIZATION **CA** | 23g. ORGANIZATIONAL ID #, if any ☑ NONE |

24. ADDITIONAL SECURED PARTY'S NAME (or Name of TOTAL ASSIGNEE) - insert only one name (24a or 24b)

| 24a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR | | | | |
| 24b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |
| 24c. MAILING ADDRESS | CITY | | STATE / POSTAL CODE | COUNTRY |

25. ADDITIONAL SECURED PARTY'S NAME (or Name of TOTAL ASSIGNEE) - insert only one name (25a or 25b)

| 25a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR | | | | |
| 25b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |
| 25c. MAILING ADDRESS | CITY | | STATE / POSTAL CODE | COUNTRY |

FILING OFFICE COPY — UCC FINANCING STATEMENT ADDITIONAL PARTY (FORM UCC1AP) (REV. 05/22/02)    International Association of Commercial Administrators (IACA)

CSRs Free Equipment(*EQ Gap) for Dist OREQCSRF.XLS

| Ship To Name | Ship To Address 1 | Ship To City | Ship Sto | Ship To Zip Code | Qty Ship | Item# | Item Description | Serial#/ Lot Id |
|---|---|---|---|---|---|---|---|---|
| BMW OF RIVERSIDE | 3060 ADAMS STREET | Riverside | CA | 92504 | 3 | 04007 | ENVIROPURGE WITH SIGHT GLASS | CONV |
| BMW OF RIVERSIDE | 3060 ADAMS STREET | Riverside | CA | 92504 | 2 | 9920 | BRAKETECH ADAPTER KIT | 0 |
| BMW OF RIVERSIDE | 3060 ADAMS STREET | Riverside | CA | 92504 | 2 | 03000 | AIRCOMATIC 110V w/ US CORD | 0 |
| BMW OF RIVERSIDE | 3060 ADAMS STREET | Riverside | CA | 92504 | 2 | 13000 | WYNN'S PWS STR MACH | 007240 |
| BMW OF RIVERSIDE | 3060 ADAMS STREET | Riverside | CA | 92504 | 1 | 13000 | WYNN'S PWS STR MACH | 007241 |
| BMW OF RIVERSIDE | 3060 ADAMS STREET | Riverside | CA | 92504 | 1 | 03500 | Bratzmod.life top | 001078 |
| BMW OF RIVERSIDE | 3060 ADAMS STREET | Riverside | CA | 92504 | 1 | 03500 | Bratzmod.life top | 001079 |
| BMW OF RIVERSIDE | 3060 ADAMS STREET | Riverside | CA | 92504 | 1 | 07806 | 3 TUBE ENGINE COOLANT FLUSH | 002083 |
| BMW OF RIVERSIDE | 3060 ADAMS STREET | Riverside | CA | 92504 | 1 | 07806 | 3 TUBE ENGINE COOLANT FLUSH | 002085 |
| BMW OF RIVERSIDE | 3060 ADAMS STREET | Riverside | CA | 92504 | 1 | 9920 | BRAKETECH ADAPTER KIT | 0 |
| BRAKE MASTERS | 1947 LINCOLN BLVD | SANTA MONICA | CA | 90401 | 1 | 22000 | PWR STEERING FLUSH MACHINE BOX | 008802 |
| CENTER ACURA | 5320 VAN NUYS BLVD | SHERMAN OAKS | CA | 91401 | 1 | 22000 | PWR STEERING FLUSH MACHINE BOX | 008802 |
| CENTER ACURA | 5320 VAN NUYS BLVD | SHERMAN OAKS | CA | 91401 | 1 | 9920 | BRAKETECH ADAPTER KIT | 0 |
| CENTER ACURA | 5320 VAN NUYS BLVD | Sherman Oaks | CA | 91401 | 1 | 03000 | AIRCOMATIC 110V w/ US CORD | 080A524355 |
| CENTER ACURA | 5320 VAN NUYS BLVD | Sherman Oaks | CA | 91401 | 1 | 08700 | T3 Transerve Machine | 001916 |
| CENTER ACURA | 201 W OLIVE AVE | Burbank | CA | 91502 | 1 | 06550 | DRAIN AND FILL ACCESSORY KIT | CONV |
| COMMUNITY CHEV | 27913 CENTER DR | Mission Viejo | CA | 92692 | 1 | 22000 | TRANSERVE ADAPTER KIT W/TRAY | CONV |
| COMPLETE AUTO CARE | 2339 S LA BREA AVE | Los Angeles | CA | 90016 | 1 | 9901 | L.D. DIESEL ADAPTER KIT(RING 3) | 0 |
| DC CARE & REPAIR | 2339 S LA BREA AVE | Los Angeles | CA | 90016 | 1 | 07805 | BRAKETECH ADAPTER KIT | 00000 |
| DC CARE & REPAIR | 2339 S LA BREA AVE | Los Angeles | CA | 90018 | 1 | 9911 | ENVIROPURGE WITH SIGHT GLASS | 080A524276 |
| DISCOUNT TIRE-HUNTINGTON BEACH | 783 LA BREA AVE | Los Angeles | CA | 90089 | 1 | 04007 | ENVIROPURGE TOOL ADAPTER KIT | CONV |
| LA BREA CHRYSLER JEEP | 451 LA BREA AVE | Tulare | CA | 93274 | 1 | 04008 | AIRCOMATIC 110V w/ US CORD | 001002 |
| LAMPE DODGE CHRYSLER JEEP | 1950 S BLACKSTONE | Tulare | CA | 93274 | 1 | 9920 | 3 TUBE ENGINE COOLANT FLUSH | 002054 |
| LAMPE DODGE CHRYSLER JEEP | 1950 S BLACKSTONE | Tulare | CA | 93271 | 1 | 08500 | ENVIROPURGE WITH SIGHT GLASS | CONV |
| LAMPE DODGE CHRYSLER JEEP | 1950 S BLACKSTONE | Tulare | CA | 93274 | 1 | 07805 | ENVIROPURGE TOOL ADAPTER KIT | CONV |
| LAMPE DODGE CHRYSLER JEEP | 1950 S BLACKSTONE | Cerritos | CA | 90703 | 1 | 04007 | BRAKETECH ADAPTER KIT | 0 |
| LAND ROVER JAGUAR CERRITOS | 10891 183RD STREET | Cerritos | CA | 90703 | 1 | 9920 | AIRCOMATIC 110V w/ US CORD | 001009 |
| LAND ROVER JAGUAR CERRITOS | 10891 183RD STREET | Cerritos | CA | 90703 | 1 | 08500 | BRAKETECH MACHINE | 003038 |
| LAND ROVER JAGUAR CERRITOS | 10891 183RD STREET | Cerritos | CA | 90703 | 1 | 07805 | 3 TUBE ENGINE COOLANT FLUSH | 0 |
| LAND ROVER JAGUAR CERRITOS | 10891 183RD STREET | Cerritos | CA | 90703 | 1 | 03500 | AIRCOMATIC 110V w/ US CORD | 0 |
| LAND ROVER JAGUAR CERRITOS | 10891 183RD STREET | Cerritos | CA | 90703 | 1 | 00530 | BRAKETECH ADAPTER KIT | CONV |
| LAND ROVER JAGUAR CERRITOS | 10891 183RD STREET | Cerritos | CA | 90703 | 1 | 07805 | 3 TUBE ENGINE WITH SIGHT GLASS | 0 |
| LANDROVER JAGUAR ANHEIM HILLS | 5425 E LA PALMA AVENUE | Anaheim | CA | 92607 | 1 | 04007 | ENVIROPURGE WITH SIGHT GLASS | 0 |
| LANDROVER JAGUAR ANHEIM HILLS | 5425 E LA PALMA AVENUE | Anaheim | CA | 92607 | 1 | 04008 | ENVIROPURGE TOOL ADAPTER KIT | CONV |
| LANDROVER JAGUAR ANHEIM HILLS | 5425 E LA PALMA AVENUE | Anaheim | CA | 92607 | 1 | 9920 | BRAKETECH ADAPTER KIT | 0 |
| LANDROVER JAGUAR ANHEIM HILLS | 5425 E LA PALMA AVENUE | Anaheim | CA | 92607 | 1 | 03000 | AIRCOMATIC 110V w/ US CORD | 002576 |
| LANDROVER JAGUAR ANHEIM HILLS | 5425 E LA PALMA AVENUE | Anaheim | CA | 92607 | 1 | 08400 | BRAKETECH MACHINE | 0 |
| LANDROVER JAGUAR ANHEIM HILLS | 5425 E LA PALMA AVENUE | Anaheim | CA | 92607 | 1 | 07805 | 3 TUBE ENGINE COOLANT FLUSH | 0 |
| NEWPORT AUTO CENTER | 446 E. PACIFIC COAST HWY | Newport Beach | CA | 92660 | 1 | 02000 | AIRCOMATIC 110V w/ US CORD | 0 |
| PRECISION AUTOMOTIVE | 7296 W. MANCHESTER AVE. | Los Angeles | CA | 90045 | 1 | 9920 | BRAKETECH ADAPTER KIT | 0 |
| SIM VALLEY CHRYSLER JEEP DODG | 2350 FIRST STREET | Simi Valley | CA | 93065 | 1 | 05550 | DRAIN AND FILL ACCESSORY KIT | CONV |
| SIM VALLEY CHRYSLER JEEP DODG | 2350 FIRST STREET | Simi Valley | CA | 93065 | 1 | 9901T3 | TRANSERVE III ADAPTER KIT | 0 |
| SIM VALLEY CHRYSLER JEEP DODG | 2350 FIRST STREET | Simi Valley | CA | 93065 | 1 | 9920 | BRAKETECH ADAPTER KIT | 0 |
| SIM VALLEY CHRYSLER JEEP DODG | 2350 FIRST STREET | Simi Valley | CA | 93065 | 1 | 07800 | PF MACHINE ORIG W/PAIL NO KIT | 0 |
| SIM VALLEY CHRYSLER JEEP DODG | 2350 FIRST STREET | Simi Valley | CA | 93065 | 1 | 08700 | T3 Transerve Machine | 0 |
| SOUTH BAY AUTO CENTER | 1930 E ARTESIA BLVD. | LONG BEACH | CA | 90651 | 1 | 9901 | TRANSERVE ADAPTER KIT W/TRAY | 0 |
| SURROU DODGE-CHRY-JEEP | 1511 N HEELEY ST. | Victor | CA | 93231 | 1 | 04010 | MOPAR FUEL TOOL KIT | CONV |
| WHI TONS AUTOMOTIVE | 27905 INDIAN PK RD. | Rolling Hills | CA | 90274 | 1 | 22000 | PWR STEERING FLUSH MACHINE BOX | 020985 |
| WARNERS MOBIL | 5972 WARNER AVE | Huntington Beach | CA | 92649 | 1 | 9920 | BRAKETECH ADAPTER KIT | 0 |

26262240002

1       **NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I.
Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

2             **PROOF OF SERVICE OF DOCUMENT**
I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business

3  address is: 10250 Constellation Boulevard, Suite 1700, Los Angeles, CA 90067

4  A true and correct copy of the foregoing document described as **_DEBTORS' NOTICE OF EMERGENCY_**
**_MOTION AND EMERGENCY MOTION FOR ENTRY OF AN ORDER APPROVING STIPULATION AND_**

5  **_AGREEMENT FOR ORDER AUTHORIZING USE OF CASH COLLATERAL, CONTINUED_**
**_DISCRETIONARY FLOOR PLAN FINANCING AND PROVIDING FOR  ADEQUATE  PROTECTION;_**

6  **_MEMORANDUM OF POINTS AND AUTHORITIES AND DECLARATIONS IN SUPPORT THEREOF_**
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR

7  5005-2(d); and **(b)** in the manner indicated below:

8  I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to
controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be

9  served by the court via NEF and hyperlink to the document. On **_September 23, 2011_**, I checked the
CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following

10  person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es)
indicated below:

11

     •   Todd M Arnold    tma@lnbrb.com

12      •   Martin J Brill    mjb@lnbrb.com
     •   Frank Cadigan    frank.cadigan@usdoj.gov

13      •   Asheley G Dean    asheley.dean@hoganlovells.com
     •   United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

14
                       ☐ Service information continued on attached page

15
 II.  **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):

16  On **_September 23, 2011,_** I served the following person(s) and/or entity(ies) at the last known
address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof

17  in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail
service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge

18  will be completed no later than 24 hours after the document is filed.

19                         ☒ Service information continued on attached page

20  III.  **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method
for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **_September 23,_**

21  **_2011,_** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who
consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing

22  the judge here constitutes a declaration that personal delivery on the judge will be completed no later
than 24 hours after the document is filed.

23
 Via Personal Attorney Service

24  The Hon. Robert N. Kwan
 United States Bankruptcy Court

25  411 West Fourth Street, Room 5165
 Santa Ana, CA 92701

26                        ☒ Service information continued on attached page

27

28

1   I declare under penalty of perjury under the laws of the United States of America that the foregoing is
    true and correct.

2

|  |  |  |
|---|---|---|
| September 23, 2011 | Lourdes Cruz | /s/ Lourdes Cruz |
| *Date* | *Type Name* | *Signature* |

4   This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

5   *August 2010*   **F 9013-3.1.PROOF.SERVICE**

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LRJAH
LRJC
File No. 5121
RSN Consolidated

SERVICE BY NEF and/or E-Mail

Debtor
Townsend Corporation
5425 E. La Palma Avenue
Anaheim, CA 92807-0000
bltown@pacbell.net

Counsel for BMW Financial Services, NA
Jay Selanders
Kutak Rock LLP
1010 Grand Boulevard, Suite 500
Kansas City, MO 64106
Jay.Selanders@KutakRock.com

Debtor
LRJC, Inc.
10861 183rd Street
Cerritos, CA 90703-0000
bltown@pacbell.net

Counsel for Jaguar Land Rover North
America, LLC
Colm A. Moran/Asheley G. Dean *
Hogan Lovells US LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
colm.moran@hoganlovells.com
asheley.dean@hoganlovells.com

Frank Cadigan *
U.S. Trustee - Santa Ana
411 West Fourth Street, Suite 9041
Santa Ana, CA 92701-8000
frank.cadigan@usdoj.gov

Counsel for Jaguar Land Rover North
America, LLC
Scott A. Golden
Hogan Lovells US LLP
875 Third Avenue
New York, NY 10022
scott.golden@hoganlovells.com

LRJAH
LRJC
File No. 5121
Secured Creditors (Consolidated          Service by Overnight Mail and/or E-mail


ADP Commercial Leasing
15 WATERVIEW BOULEVARD-MS
#934
PARSIPPANY, NJ 07054
clientservice@adpcomleasing.com

ADP Dealer Services
PO BOX 88921
Chicago, IL 60695

BMW Financial Services NA LLC
Jeff Burnside/Flooring Interest
Loan Interest
5550 Britton Parkway
Hilliard, OH 43026
**Served through counsel Kutack Rock**


BMW Financial Services NA, LLC
300 Chestnut Ridge Road
Woodcliff Lake, NJ 07677
**Served through counsel Kutack Rock**

BMW Financial Services NA, LLC
Attn: Manager, Ret. Comm. Fin.
5515 Parkcenter Circle
Dublin, OH 43017
**Served through counsel Kutack Rock**

Employment Development Dept.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001


Ford Motor Company
1555 Fairlane Dr., Suite 200
Allen Park, MI 48101

IRS/OHIO
PO Box 145595
Cincinnati, OH 45250-5595

Sterling Savings Bank
5005 SW Meadows Road, Suite 400
Lake Oswego, OR 97035


Wynn's, A Div. of Illinois
Tool Works, Inc.
1050 W. Fifth St.
Azusa, CA 91702
Wynns_marketing@wynnsusa.com

Anthony Rector
13337 South Street # 569
Cerritos, CA 90703

Bank of the West
Trinity Division
475 Sansome Street, 19th Floor
San Francisco, CA 94111

LRJAH
LRJC
File No. 5121
20 Largest (Consolidated

Service by Facsimile, Overnight Mail or
E-mail

Michael Morgan
Land Rover North America
555 MacArthur Blvd.
Mahwah, NJ 07430
**Served through counsel Hogan
Lovells**

Land Rover North America- Parts
PO BOX 674266
Detroit, MI 48267
**Served through counsel Hogan
Lovells**

Enterprise Rent a Car (AH)
22921 SAVI RANCH PKWY
Yorba Linda, CA 92887

LBA/Met Partners
PO BOX 749019
Los Angeles, CA 90074

Unipart North America-Jaguar Parts
PO BOX 651570
Charlotte, NC 28265

American Express
PO BOX 360001
Ft. Lauderdale, FL 33336

Dane Taylor
Sentry Insurance Company
Box 88315
Milwaukee, WI 53288

Blue Shield California
File 55331
Los Angeles, CA 90074

Land Rover North America - Rotunda
555 MacArthur Blvd.
Mahwah, NJ 07430
**Served through counsel Hogan
Lovells**

Thomas McNerney
1314 Anacapa
Irvine, CA 92602

Jerry DeSouza
3288 Stargate Dr.
Corona, CA 92882

Sandy Holguin
836 Bridgewood St.
Corona, CA 92881

Shell
PO BOX 689010
Des Moines, IA 50368

Autotrader.com LLC
P.O. Box 932207
Atlanta, GA 31193

City of Anaheim
201 South Anaheim Blvd.
Anaheim, CA 92805

The Siegmann Family Trust
1780 E MC FADDEN STREET #117
Santa Ana, CA 92705

Jay Allen
28935 Boleada
Mission Viejo, CA 92692

On-Line Administrators Inc.
PO Box 4539
Chatsworth, CA 91311

Christopher Williams
110 N. Limo St., Unit C
Sierra Madre, CA 91024

SKS, Inc.
PO BOX 469110
Escondido, CA 92046
customerservice@sksoil.com;

Fernando Glickman
2934 Candelwood St.
Lakewood, CA 90812

Cerritos Center for the Performing Arts
12700 Center Court Drive
Cerritos, CA 92833

Unipart North America-Jaguar Parts
PO BOX 651570
Charlotte, NC 28265

City of Cerritos
18125 Bloomfield Ave.
Cerritos, CA 90703

Aramark Uniform Services
PO Box 101004
Pasadena, CA 91189

Enterprise Rent a Car (Cerr)
10901 AUTO SQUARE DRIVE
Cerritos, CA 90703

Southern California Edison
PO Box 300
Rosemead, CA 91772

Kenneth Benson
1118 S. Miramar Avenue
Anaheim Hills, CA 92808

Cerritos Auto Square
3349 CAHUENGA BOULVARD WEST
Los Angeles, CA 90068

Robert Giannini
3902 Berenice Pl.
Los Angeles, CA 90031

Justin Ellis
5601 E. Orangethorpe, U107
Anaheim Hills, CA 92807

Christopher Stark
29 Alegria
Irvine, CA 92620

Trinity Financial Services
P.O. BOX 7167
Pasadena, CA 91109

BP Lubricants USA Inc.
PO Box 409383
Atlanta, GA 30384

Eric Moreno
15765 Lashburn St.
Whittier, CA 90603

Vartan Asatryan
17155 Barneston St.
Granada Hills, CA 91344

## FAX LIST (20) LARGEST

| 20 Largest Consolidated Unsecured Creditors | | | |
|---|---|---|---|
| **Creditor:** | **Phone:** | Fax: | Contact: |
| Enterprise Rent a Car (AH) | **714-841-5779** | 714-841-8786 | |
| Unipart North America(Jaguar Parts) | **888-524-3577** | 201-818-9816 | Dealer 5464 |
| American Express | **800-528-2122** | 623-492-3888 | Customer Service |
| Sentry Insurance Company | **800-447-0633** | 888-533-7827 | Dane Taylor |
| Blue Shield California | **916-350-3297** | 916-350-8800 | |
| Shell | **888-376-9575** | 515-226-4045 | |
| Autotrader.com LLC | **800-353-9350** | 404-568-2708 | |
| City of Anaheim | **714-765-3300** | 714-765-5115 | |
| On-Line Administrators Inc. | **818-773-8000** | 818-773-0401 | |
| SKS, Inc. | **714-533-1379** | 760-796-4780 | |
| Unipart North America (Jaguar Parts) | **888-524-3577** | 201-818-9816 | Dealer 5464 |
| Enterprise Rent a Car (Cerr) | **(562) 860-3500** | 562-865-4390 | |
| Cerritos Center for the Performing Arts | **562-916-8510** | 562-916-8514 | Patron No. 10095361 |
| Cerritos Auto Square | **(323) 851-5075** | 323-851-0175 | |
| Southern California Edison | **800-747-8908** | 909-942-8339 | 2-28-733-5020 |
| Aramark Uniform Services | **800-504-0328** | 818-364-8280 | 11768005 |
| BP Lubricants USA Inc. | **630-821-9260** | 713-375-0518 | 150751 |