MARTIN J. BRILL (State Bar No. 53220)
TODD M. ARNOLD (State Bar No. 221868)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: mjb@lnbyb.com, tma@lnbyb.com

Proposed Attorneys for Debtors and Debtors in Possession

**FILED & ENTERED**

**OCT 05 2011**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY kent         DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>TOWNSEND CORPORATION<br>d/b/a Land Rover Jaguar Anaheim Hills,<br><br>      Debtor and Debtor in Possession.<br><br>In re:<br><br>LRJC, INC.<br>d/b/a Land Rover Jaguar Cerritos,<br><br>      Debtor and Debtor in Possession.<br><br>Affects:<br><br>☐ TOWNSEND CORPORATION Only<br><br>☐ LRJC, INC. Only<br><br>☒ BOTH DEBTORS | Lead Case No.: 8:11-bk-22690-RK (jointly administered with Case No.: 8:11-bk-22695-RK)<br><br>Chapter 11<br><br>**INTERIM ORDER RE: DEBTORS' EMERGENCY MOTION FOR ENTRY OF AN ORDER APPROVING STIPULATION AND AGREEMENT FOR ORDER AUTHORIZING USE OF CASH COLLATERAL, CONTINUED DISCRETIONARY FLOOR PLAN FINANCING AND PROVIDING FOR ADEQUATE PROTECTION**<br><br>**Hearing:**<br>  Date:    September 27, 2011<br>  Time:   3:00 p.m.<br>  Place:  Courtroom "5D"<br>            411 West Fourth Street<br>            Santa Ana, CA 92701-4593 |

Upon consideration of the Emergency Motion For Entry Of An Order Approving Stipulation And Agreement For Order Authorizing Use Of Cash Collateral, Continued Discretionary Floor Plan Financing And Providing For Adequate Protection (the "Motion")[1] filed by the Debtors, the Notice of the Motion, the Memorandum of Points and Authorities and declarations in support of the Motion, any oppositions to the Motion, any evidence in support of the foregoing duly admitted into evidence by the Court, the arguments of counsel made at the hearing on the Motion, the record in these cases, and for good cause shown,

**IT IS HEREBY ORDERED**, as follows:

1. Notice of the Motion was appropriate under the circumstances and complied with the requirements of the Bankruptcy Code, Bankruptcy Rules, and Local Bankruptcy Rules, as may have been modified by the Court.

2. The Motion is granted and the Stipulation is approved on an interim basis pending a final hearing, which shall be held on October 11, 2011, at 11:30 a.m., at the above-referenced location (the "Final Hearing").

3. The Debtors are hereby authorized to use cash collateral and to pay the expenses set forth in the Budgets on an interim basis pending a Final Hearing.

4. The Debtors are hereby authorized to obtain postpetition financing from BMW FS in accordance with the terms of the Stipulation on an interim basis pending a Final Hearing.

5. Any further oppositions to the Motion must be filed with the Court and served on the United States Trustee, parties requesting special notice, the 20 largest general unsecured creditors and counsel to the Debtors so that it is received by no later than October 6, 2011, at 5:00 p.m. PDT.

//
//
//

---

[1] All Capitalized terms herein have the same meanings as in the Motion.

6. Any replies to further oppositions to the Motion must be filed with the Court, with a conformed copy delivered to chambers and a copy served on the United States Trustee, parties requesting special notice, and counsel to the objecting party so that any such reply is received by the foregoing parties by no later than the time of the hearing.

**IT IS SO ORDERED.**

### 

DATED: October 5, 2011

_____
United States Bankruptcy Judge

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 10250 Constellation Boulevard, Suite 1700, Los Angeles, CA 90067

A true and correct copy of the foregoing document described as ***INTERIM ORDER RE: DEBTORS' EMERGENCY MOTION FOR ENTRY OF AN ORDER APPROVING STIPULATION AND AGREEMENT FOR ORDER AUTHORIZING USE OF CASH COLLATERAL, CONTINUED DISCRETIONARY FLOOR PLAN FINANCING AND PROVIDING FOR  ADEQUATE  PROTECTION*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On ***September 27, 2011***, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On ***September 27, 2011,*** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Via U.S. Mail
Frank Cadigan
U.S. Trustee - Santa Ana
411 West Fourth Street, Suite 9041
Santa Ana, CA 92701-8000

Via Overnight Mail
The Hon. Robert N. Kwan
United States Bankruptcy Court
411 West Fourth Street, Room 5165
Santa Ana, CA 92701

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ***September 27, 2011,*** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 27, 2011 | Lourdes Cruz | /s/ Lourdes Cruz |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                                                             **F 9013-3.1.PROOF.SERVICE**

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify* **INTERIM ORDER RE: DEBTORS' EMERGENCY MOTION FOR ENTRY OF AN ORDER APPROVING STIPULATION AND AGREEMENT FOR ORDER AUTHORIZING USE OF CASH COLLATERAL, CONTINUED DISCRETIONARY FLOOR PLAN FINANCING AND PROVIDING FOR ADEQUATE PROTECTION** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **October 4, 2011**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Todd M Arnold    tma@lnbyb.com
- Phillip Ashman    mgolod@mcqueenashman.com, pashman@mcqueenashman.com;bkumamoto@mcqueenashman.com
- Martin J Brill    mjb@lnbrb.com
- Frank Cadigan    frank.cadigan@usdoj.gov
- Asheley G Dean    asheley.dean@hoganlovells.com
- Lesley A Hawes    lhawes@mckennalong.com, pcoates@mckennalong.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Debtor
Townsend Corporation
5425 E. La Palma Avenue
Anaheim, CA 92807

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below: